UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST[1]<br><br>Plaintiff,<br><br>-v-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, ET AL.<br><br>Defendants. | Case No.<br><br>**Rule 7.1 Statement** |

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ocean Ridge Capital Advisors, LLC (a private non-governmental party) certifies that Ocean Ridge Capital Advisors, LLC has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

DATED: April 20, 2007

           Respectfully submitted,

           By: /s/
           Attorneys for Plaintiff

           HALPERIN BATTAGLIA RAICHT, LLP
           Alan D. Halperin (AH-8432)
           Neal W. Cohen (NC-3573)
           555 Madison Avenue, 9th Floor
           New York, NY 10022
           Telephone: (212) 765-9100
           Facsimile: (212) 765-0964

           -and-

---

[1] The Debtors are: Meridian Automotive Systems - Composites Operations, Inc. (Tax ID No. xx-xxx4575), Meridian Automotive Systems, Inc. (Tax ID No. xx-xxx2037), Meridian Automotive Systems - Angola Operations, Inc. (Tax ID No. xx-xxx1330), Meridian Automotive Systems - Construction, Inc. (Tax ID No xx-xxx8056), Meridian Automotive Systems - Detroit Operations, Inc (Tax ID No xx-xxx2825), Meridian Automotive Systems - Grand Rapids Operations, Inc. (Tax ID No. xx-xxx0780), Meridian Automotive Systems - Heavy Truck Operations, Inc (Tax ID No. xx-xxx3247), Meridian Automotive Systems - Shreveport Operations, Inc (Tax ID No xx-xxx0613), and Meridian Automotive Systems - Mexico Operations, LLC (Tax ID No xx-xxx2291), each with a mailing address of 999 Republic Drive, Allen Park, MI 48101 (hereinafter "Meridian").

{00037656 1 / 0485-004}

James B. Heaton, III
Steven J. Nachtwey
John D. Byars
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

{00037656 1 / 0485-004}