USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 5/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, THE NORTH WESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING. SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK

Defendants.

Honorable Shira A. Scheindlin

Case No. 07-CV-3213 (SAS)

**STIPULATION AND ORDER TO ENLARGE TIME**
**WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST ("Plaintiff) and Defentants Skoog Family Investments, LLC, Jack Skoog, and Craig Van Ess that:

1. The undersigned defense counsel hereby accepts service of process on behalf of defendants Skoog Family Investments, LLC, Jack Skoog, and Craig Van Ess; and

2. Each of the aforementioned defendants may have until, and including, July 16, 2007 within which to file an answer or other responsive pleading to Plaintiff's Complaint.

Dated: New York, New York
May 23, 2007

HALPERIN BATTAGLIA RAICHT, LLP

By: ______________________
Alan D. Halperin (AH-8432)
Neal W. Cohen (NC-3573)
555 Madison Avenue, 9th Floor
New York, NY 10022
212-765-9100
AHalperin@halperinlaw.net
Ncohen@halperinlaw.net

- and -

BARTLIT BECK HERMAN PALENCHAR & SCOTT
James B. Heaton, III
Steven J. Nachtwey
John D. Byars
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
312-494-4425
jb.heaton@bartlit-beck.com
steven.nachtwey@bartlit-beck.com
john.byars@bartlit-beck.com

Attorneys for Plaintiff

KELLEY DRYE & WARREN LLP

By: ______________________
Nicholas J. Panarella (NP-2890)
Mark E. McGrath (MM-8629)
101 Park Avenue
New York, NY 10178
212-808-7800
npanarella@kelleydrye.com
mmgrath@kelleydrye.com

- and -

VARNUM RIDDERING SCHMIDT & HOWLETT LLP
Ronald G. DeWaard
Aaron M. Phelps
Bridgewater Place - P.O. Box 352
Grand Rapids, MI 49501-0352
616-336-6000
rgdewaard@varnumlaw.com
amphelps@varnumlaw.com

Attorneys for Defendants Skoog Family Investments, LLC, Jack Skoog, and Craig Van Ess

SO ORDERED:

5/23/07 ______________________
Hon. Shira A. Scheindlin, U.S.D.J.

This extension will not affect the initial scheduling conference.