UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST[1],

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY, CAPITAL D'AMERIQUE CDPQ INC.,
CAISSE DE DEPOT ET PLACEMENT DU QUEBEC,
CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS,
LLC, BANCAMERICA CAPITAL INVESTORS II, L.P.,
WINDWARD/PARK AB III, L.L.C., WINDWARD
CAPITAL PARTNERS L.P., WINDWARD CAPITAL
ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II,
L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS,
L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST
BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON,
GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY
A. ANDERSON, JON F. BAKER, JOSE R. GARCIA,
ROBERT H. BARTON, III, H.H. WACASER, PETER S.
MACDONALD, GARY SWENSON, JOHN F. MAYPOLE,
THOMAS GRAHAM, DONALD A. MCKAY, HENRY A.
NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER,
CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS
WALKER, JACK SKOOG AND DEAN VANEK,

    Defendants.

Case No. 07-CV-3213

The Honorable Shira A. Scheindlin

**ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE**

---

[1] The bankruptcy debtors are: Meridian Automotive Systems – Composites Operations, Inc. (Tax ID No. xx-xxx4575), Meridian Automotive Systems, Inc. (Tax ID No. xx-xxx2037), Meridian Automotive Systems – Angola Operations, Inc. (Tax ID No. xx-xxx1330), Meridian Automotive Systems – Construction, Inc. (Tax ID No. xx-xxx8056), Meridian Automotive Systems – Detroit Operations, Inc. (Tax ID No. xx-xxx2825), Meridian Automotive Systems – Grand Rapids Operations, Inc. (Tax ID No. xx-xxx0780), Meridian Automotive Systems – Heavy Truck Operations, Inc. (Tax ID No. xx-xxx3247), Meridian Automotive Systems – Shreveport Operations, Inc. (Tax ID No. xx-xxx0613), and Meridian Automotive Systems – Mexico Operations, LLC (Tax ID No. xx-xxx2291), each with a mailing address of 999 Republic Drive, Allen Park, MI 48101 (hereinafter "Meridian").

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Thomas W. Cranmer and Abdu H. Murray, members in good standing of the bar in the State of Michigan and of the bar of the U.S. District Court for the Eastern District of Michigan, have requested admission, *pro hac vice*, before the Honorable Shira A. Scheindlin, to represent Defendant, Jon F. Baker, in the above-referenced case and

**IT IS HEREBY ORDERED,** that Thomas W. Cranmer, Esq. and Abdu H. Murray, Esq. are admitted to practice, *pro hac vice* counsel for Defendant, Jon F. Baker, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Judge Shira A. Scheindlin
United States District Court Judge

Dated: May 25 2007
New York, New York