MAY 24 2007

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST

           Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY et al.,

           Defendants.
------------------------------------------------------------------X

07 Civ. ~~2514~~ (SAS)
3213

**STIPULATION**

DOC #:
DATE FILED: 5/25/07

    **IT IS HEREBY STIPULATED AND AGREED** to by the undersigned counsel on behalf of the parties named herein that:

    (i) the time for defendants BancAmerica Capital Investors II, L.P., Suez Capital Partners II, L.P., Indosuez Capital Co-Invest Partners, L.P., and SCP II Associates to answer, move, or otherwise respond to the complaint is extended to July 26, 2007; and

    (ii) facsimile signatures shall be deemed to be original signatures for the purposes of this stipulation.

Dated: New York, New York
       May 23, 2007

HALPERIN BATTAGLIA RAICHT LLP

By: _____
Alan D. Halperin (AH-8432)
Neal W. Cohen (NC-3573)
555 Madison Avenue – 9th Floor
New York, NY 10022
Tel. (212) 765-9100
Fax (212) 765-0964

*Attorneys for Plaintiff*

REED SMITH LLP

By: _____
Andrew L. Morrison (AL-1071)
Casey D. Laffey (CL-1483)
599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
Fax (212) 521-5450

*Attorneys for Defendants
BancAmerica Capital Investors II, L.P.,
Suez Capital Partners II, L.P.,
Indosuez Capital Co-Invest Partners, L.P.,
and SCP II Associates*

**SO ORDERED:**
5/24/07 _____
       U.S.D.J.

*This extension will not affect the scheduling of the initial conference*