S/HEINDLIN, S?

5/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, )
As Litigation Trustee of THE MAS LITIGATION TRUST, )
)
                      Plaintiff, )   No. 07 CV 3213 (SAS)
)
v. )
)
METROPOLITAN LIFE INSURANCE COMPANY et al., )
)
                      Defendants. )

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT

WHEREAS, on April 20, 2007, Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS Litigation Trust filed a Complaint alleging violations of various federal and state laws (the "Complaint");

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the time for Defendants CSFB LP Holding, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston and Goldman Sachs Credit Partners L.P. to answer or otherwise respond to the Complaint shall be and is extended to and including July 23, 2007.

Dated: May 22, 2007

| HALPERIN BATTAGLIA RAICHT, LLP | LINKLATERS LLP |
|---|---|
| By: /s/ | By: /s/ |
| Alan D. Halperin (AH 8432)<br>Neal W. Cohen (NC 3573)<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 (fax)<br><br>James B. Heaton, III<br>Steven J. Nachtwey<br>John D. Byars<br>BARTLIT BECK HERMAN<br>PALENCHAR & SCOTT LLP<br>54 West Hubbard Street, 3rd Floor<br>Chicago, IL 60610<br>(312) 494-4400<br>(312) 494-4440 (fax)<br><br>*Attorneys for Plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS Litigation Trust* | R. Paul Wickes (RW 2550)<br>Paul Hessler (PH 4461)<br>Martin S. Bloor (MB 9307)<br>1345 Avenue of the Americas<br>New York, New York 10105<br>(212) 903-9000<br>(212) 903-9100 (fax)<br><br>*Attorneys for Defendants CSFB LP Holding, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston and Goldman Sachs Credit Partners L.P.* |

IT IS SO ORDERED.

Date: 5/25/07

The Honorable Shira A. Scheindlin
U.S.D.J.

This extension will not affect the scheduling of the initial conference.