S/HEINDUMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                                              :
OCEAN RIDGE CAPITAL ADVISORS, LLC, :
as Litigation Trustee of THE MAS        :
LITIGATION TRUST,                           :
                                              :
                        Plaintiff,          :
                                              :
              -against-                     :
                                              :
METROPOLITAN LIFE INSURANCE          :
COMPANY, THE NORTHWESTERN            :
MUTUAL LIFE INSURANCE COMPANY,    :
CAPITAL D'AMERIQUE CDPQ INC.,         :
CAISSE DE DEPOT ET PLACEMENT DU     :
QUEBEC, CSFB LP HOLDING, SKOOG       :
FAMILY INVESTMENTS, LLC,               :
BANCAMERICA CAPITAL INVESTORS II, :
L.P., WINDWARD/PARK AB III, L.L.C.,     :
WINDWARD CAPITAL PARTNERS L.P.,      : No.: 07 CV 3213 (دهز)
WINDWARD CAPITAL ASSOCIATES, L.P., :
SUEZ CAPITAL PARTNERS II, L.P.,          : **STIPULATION AND ORDER**
INDOSUEZ CAPITAL  CO-INVEST           :
PARTNERS, L.P., SCP II ASSOCIATES,      :
CREDIT SUISSE FIRST BOSTON (USA),     :
INC., CREDIT SUISSE FIRST BOSTON,      :
GOLDMAN SACHS CREDIT PARTNERS      :
L.P., JEFFREY A. ANDERSON, JON F.       :
BAKER, JOSE R. GARCIA, ROBERT H.      :
BARTON III, H.H. WACASER, PETER S.     :
MACDONALD, GARY SWENSON, JOHN F. :
MAYPOLE, THOMAS GRAHAM, DONALD :
A. MCKAY, HENRY A. NICHOL, JEFFREY :
HODGMAN, A. KIPP KOESTER, CRAIG     :
VAN ESS, GURMINDER S. BEDI, THOMAS :
WALKER, JACK SKOOG AND DEAN          :
VANEK, ,                                       :
                                              :
                        Defendants.         :
                                              :
-----------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 5/25/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties hereto, that the time for Peter S. Macdonald, Gary L. Swenson, John F.

Maypole, Thomas Graham, and Henry A. Nichol to move, answer, or otherwise respond to

Plaintiff's Complaint is extended to and including July 24, 2007.


Dated:  New York, New York
       May 22, 2007

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By: _____
David S. Versfelt (DV-8935)
Joanna A. Diakos (JD-7269)
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Defendants Peter S.
Macdonald, Gary L. Swenson, John F.
Maypole, Thomas Graham and Henry A.
Nichol

HALPERIN BATTAGLIA RAICHT, LLP

By: _____
Alan D. Halperin (AH-8432)
Neal W. Cohen (NC-3573)
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone: 212.765.9100
Facsimile: 212.765.0964

James B. Heaton, III
Steven J. Nachtwey
John D. Byars
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, 3rd Floor
Chicago, Illinois 60610
Telephone: 312.494.4400
Facsimile: 312.494.4440

*This extension will not affect the scheduling of the initial conference.*

SO ORDERED:

5/25/07 _____
U.S.D.J.