```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
:
OCEAN RIDGE CAPITAL ADVISORS, LLC, as         :    07 CV 3213 (SLS)
Litigation Trustee of THE MAS LITIGATION TRUST, :
:
                    Plaintiff,    :    **STIPULATION**
:
      - against -                                  :
:
METROPOLITAN LIFE INSURANCE COMPANY, et :
al.,                                          :
:
                    Defendants.   :
:
------------------------------------------------------------------ x

**IT IS HEREBY STIPULATED** and agreed by and between the undersigned attorneys for the parties that the time for defendant Dean Vanek to move, answer or otherwise respond to the Complaint in this action is hereby extended to and including July 24, 2007.

Dated: New York, New York
       May    , 2007

TANNENBAUM HELPERN SYRACUSE        HALPERIN BATTAGLIA RAICHT LLP
  & HIRSCHTRITT LLP

By: _____          By: _____
L. Donald Prutzman (LP1327)              Neal W. Cohen (NC-3573)
  *Attorneys for Defendant Dean Vanek*     *Attorneys for Plaintiff*
900 Third Avenue                         555 Madison Avenue – 9th Floor
New York, NY 10022                       New York, NY 10022
(212) 508-6700                           (212) 765-9100

SO ORDERED:

_____
       U.S.D.J.
5/28/07

*This extension will not affect the scheduling of the initial conference.*