USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

OCEAN RIDGE CAPITAL ADVISORS, LLC, :
as Litigation Trustee of THE MAS
LITIGATION TRUST,

                Plaintiff,

        -against-

METROPOLITAN LIFE INSURANCE
COMPANY, THE NORTHWESTERN
MUTUAL LIFE INSURANCE COMPANY,
CAPITAL D'AMERIQUE CDPQ INC.,
CAISSE DE DEPOT ET PLACEMENT DU
QUEBEC, CSFB LP HOLDING, SKOOG
FAMILY INVESTMENTS, LLC,
BANCAMERICA CAPITAL INVESTORS II,
L.P., WINDWARD/PARK AB III, L.L.C.,
WINDWARD CAPITAL PARTNERS L.P.,   : No.: 07 CV 3213
WINDWARD CAPITAL ASSOCIATES, L.P.,
SUEZ CAPITAL PARTNERS II, L.P.,   : **STIPULATION AND ORDER**
INDOSUEZ CAPITAL CO-INVEST
PARTNERS, L.P., SCP II ASSOCIATES,
CREDIT SUISSE FIRST BOSTON (USA),
INC., CREDIT SUISSE FIRST BOSTON,
GOLDMAN SACHS CREDIT PARTNERS
L.P., JEFFREY A. ANDERSON, JON F.
BAKER, JOSE R. GARCIA, ROBERT H.
BARTON III, H.H. WACASER, PETER S.
MACDONALD, GARY SWENSON, JOHN F.
MAYPOLE, THOMAS GRAHAM, DONALD
A. MCKAY, HENRY A. NICHOL, JEFFREY
HODGMAN, A. KIPP KOESTER, CRAIG
VAN ESS, GURMINDER S. BEDI, THOMAS
WALKER, JACK SKOOG AND DEAN
VANEK, ,

                Defendants.

-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned hereto, that the time for Jeffrey J Hodgman to move, answer, or otherwise respond to Plaintiff's Complaint is extended to and including July 24, 2007

Dated. New York, New York
May 25, 2007

JEFFREY J HODGMAN

By. *[signature]*

Jeffrey J Hodgman
24 Hoyt Farm Drive
New Canaan, CT 06840
*Pro Se*

HALPERIN BATTAGLIA RAICHT, LLP

By: *[signature]*

Alan D Halperin (AH-8432)
Neal W Cohen (NC-3573)
555 Madison Avenue. 9th Floor
New York, New York 10022
Telephone: 212 765 9100
Facsimile: 212 765 0964

James B. Heaton, III
Steven J Nachtwey
John D Byars
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street. 3rd Floor
Chicago, Illinois 60610
Telephone. 312 494 4400
Facsimile: 312 494 4440

SO ORDERED

*[signature]*

Shira A Scheindlin
U S D J

Date. 5/30/07