Nicholas J. Panarella (NP-2890)
Mark E. McGrath (MM-8629)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800

Ronald G. DeWaard
Aaron M. Phelps
VARNUM RIDDERING SCHMIDT & HOWLETT LLP
Bridgewater Place - P.O. Box 352
Grand Rapids, MI 49501-0352
Telephone: (616) 336-6000

*Attorneys for Attorneys for Defendants Skoog*
   *Family Investments, LLC, Jack Skoog, and Craig Van Ess*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,

  Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, *et al.*,

  Defendants.

Case No. 07-CV-3213 (SAS)

**FED. R. CIV. P. 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Skoog Family Investments, LLC, a nongovernmental corporate party, certifies that there is no corporation that is a parent corporation of Skoog Family Investments,

LLC, nor does any publicly held corporation own any interest in Skoog Family Investments, LLC.

DATED: May 31, 2007

KELLEY DRYE & WARREN LLP

By: _____
    Nicholas J. Panarella (NP-2890)
    Mark E. McGrath (MM-8629)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800

- and -

VARNUM RIDDERING SCHMIDT &
  HOWLETT LLP
Ronald G. DeWaard
Aaron M. Phelps
Bridgewater Place - P.O. Box 352
Grand Rapids, MI 49501-0352
Telephone: (616) 336-6000

*Attorneys for Defendants Skoog Family*
  *Investments, LLC, Jack Skoog, and Craig Van Ess*