UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST[1],

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY, CAPITAL D'AMERIQUE CDPQ INC.,
CAISSE DE DEPOT ET PLACEMENT DU QUEBEC,
CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS,
LLC, BANCAMERICA CAPITAL INVESTORS II, L.P.,
WINDWARD/PARK AB III, L.L.C., WINDWARD
CAPITAL PARTNERS L.P., WINDWARD CAPITAL
ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II,
L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS,
L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST
BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON,
GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY
A. ANDERSON, JON F. BAKER, JOSE R. GARCIA,
ROBERT H. BARTON, III, H.H. WACASER, PETER S.
MACDONALD, GARY SWENSON, JOHN F. MAYPOLE,
THOMAS GRAHAM, DONALD A. MCKAY, HENRY A.
NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER,
CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS
WALKER, JACK SKOOG AND DEAN VANEK,

    Defendants.

Case No. 07-CV-3213

The Honorable Shira A. Scheindlin

/

**APPEARANCE**

---

[1] The bankruptcy debtors are: Meridian Automotive Systems – Composites Operations, Inc. (Tax ID No. xx-xxx4575), Meridian Automotive Systems, Inc. (Tax ID No. xx-xxx2037), Meridian Automotive Systems – Angola Operations, Inc. (Tax ID No. xx-xxx1330), Meridian Automotive Systems – Construction, Inc. (Tax ID No. xx-xxx8056), Meridian Automotive Systems – Detroit Operations, Inc. (Tax ID No. xx-xxx2825), Meridian Automotive Systems – Grand Rapids Operations, Inc. (Tax ID No. xx-xxx0780), Meridian Automotive Systems – Heavy Truck Operations, Inc. (Tax ID No. xx-xxx3247), Meridian Automotive Systems – Shreveport Operations, Inc. (Tax ID No. xx-xxx0613), and Meridian Automotive Systems – Mexico Operations, LLC (Tax ID No. xx-xxx2291), each with a mailing address of 999 Republic Drive, Allen Park, MI 48101 (hereinafter "Meridian").

BHLIB:546280.1\134304-00001

## **APPEARANCE**

To:  The Clerk of the Above-Named Court:

Please enter my appearance as counsel for the Defendant, Jon F. Baker in the above-entitled matter.

By:  s/Thomas W. Cranmer
Counsel for Jon F. Baker
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098-6358
Telephone: (248) 267-3381
E-mail:  cranmer@millercanfield.com
Bar Number:  P25252

Dated:  June 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to the following:

- Neal W. Cohen            ncohen@halperinlaw.net

- Abdu H. Murray          murray@millercanfield.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

John D. Byars, Esq.
Barlit Beck Herman Palenchar & Scott, LLP
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610

Alan Halperin, Esq.
Halperin & Associates
555 Madison Avenue, 9th Floor
New York, NY 10022

James B. Heaton, III, Esq.
Barlit Beck Herman Palenchar & Scott, LLP
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610

Steven J. Nachtwey, Esq.
Barlit Beck Herman Palenchar & Scott, LLP
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610

|     |     |
| --- | --- |
| By: | s/Thomas W. Cranmer |
|     | Miller, Canfield, Paddock and Stone, P.L.C. |
|     | 840 West Long Lake Road, Suite 200 |
|     | Troy, MI  48098-6358 |
|     | Telephone: (248) 267-3381 |
|     | E-mail: cranmer@millercanfield.com |
|     | Bar Number: P25252 |

BHLIB:546280.1\134304-00001