SIGNACINS

6/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST

        Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY et al.,

        Defendants.
------------------------------------------------------------X

07 Civ. 2514 (SAS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED to by the undersigned counsel on behalf of the parties named herein that:

(i) the time for defendant Jeffrey A. Anderson to answer, move, or otherwise respond to the complaint is extended to July 24, 2007; and

(ii) facsimile signatures shall be deemed to be original signatures for the purposes of this stipulation.

Dated: New York, New York
       May 30, 2007

HALPERIN BATTAGLIA RAICHT LLP

By: _____
Alan D. Halperin (AH-8432)
Neal W. Cohen (NC-3573)
555 Madison Avenue – 9th Floor
New York, NY 10022
Tel. (212) 765-9100
Fax (212) 765-0964

*Attorneys for Plaintiff*

CLARK HILL PLC

By: _____
Thomas M. Dixon (MI P41870)
212 E. Grand River Ave.
Lansing, MI 48906
Tel. (517) 318-3100
Fax. (517) 318-3099

*Attorneys for Defendant
Jeffrey A. Anderson*

SO ORDERED:

_____
U.S.D.J.    6/5/07

5447893.1 26024/103853