SCHEINDLIN, J

6/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
OCEAN RIDGE CAPITAL ADVISORS, LLC,
as Litigation Trustee of THE MAS LITIGATION
TRUST,

           Plaintiff,

- against -

METROPOLITAN LIFE INSURANCE
COMPANY, *et. al*,

           Defendants.
-----------------------------------------------------------x

Case No. 07-CV-3213 (SAS)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. The time within which defendants Windward/Park AB III, LLC, Windward Capital Partners, L.P., and Windward Capital Associates, L.P. (the "Windward Defendants") must answer, move or otherwise respond to the complaint is hereby extended to July 26, 2007. This is the first extension of time requested by the Windward Defendants.

2. A facsimile signature affixed to this Stipulation shall be deemed to be an original signature for purposes of this Stipulation and the Clerk of the Court is requested to honor any such facsimile signature.

Dated: New York, New York
       May 29, 2007

HALPERIN BATTAGLIA RAICHT, LLP

By: _____
   Alan D. Halperin (AH8432)
   Neal W. Cohen (NC3573)
   555 Madison Avenue, 9th Floor
   New York, NY 10022
   (212) 765-9100

Attorneys for Plaintiff

LEVIN & GLASSER, P.C.

By: _____
   Steven I. Levin (SL0217)
   David J. Nathan (DN7132)
   Rosemary B. Boller (RB6876)
   420 Lexington Avenue, Suite 805
   New York, NY 10170
   (212) 867-3636

Attorneys for the Windward Defendants

SO ORDERED:
_____
Hon. Shira A. Scheindlin, U.S.D.J.

6/5/07