Sotindlin, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST,

                         Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY, THE
NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY, CAPITAL D'AMERIQUE CDPQ INC.,
CAISSE DE DEPOT ET PLACEMENT DU QUEBEC,
CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS,
LLC, BANCAMERICA CAPITAL INVESTORS II, L.P.,
WINDWARD/PARK AB III, L.L.C., WINDWARD
CAPITAL PARTNERS L.P., WINDWARD CAPITAL
ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II,
L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS,
L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST
BOSTON (USA), INC., CREDIT SUISSE FIRST
BOSTON, GOLDMAN SACHS CREDIT PARTNERS
L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R.
GARCIA, ROBERT H. BARTON III, H.H. WACASER,
PETER S. MACDONALD, GARY SWENSON, JOHN F.
MAYPOLE, THOMAS GRAHAM, DONALD A.
MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN,
A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S.
BEDI, THOMAS WALKER, JACK SKOOG AND DEAN
VANEK,

                         Defendants.

---

Case No. 07 CV 3213 (SAS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Defendants Metropolitan Life Insurance Company and The Northwestern Mutual Life Insurance Company to answer, move or otherwise respond to the Complaint in this action is extended to and including July 30, 2007.

Dated: New York, New York
May 30, 2007

        HALPERIN BATTAGLIA RAICHT, LLP

By: *[signature]*
    Alan D. Halperin (AH-8432)
    Neal W. Cohen (NC-3573)
    555 Madison Avenue, 9th Floor
    New York, NY 10022
    Telephone: (212) 765-9100
    Facsimile: (212) 765-0964

*Attorneys for Plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS Litigation Trust*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: *Reid L. Ashinoff [signature]*
    Reid L. Ashinoff (RA-0281)
    Gary Meyerhoff (GM-8267)
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 768-6700
    Facsimile: (212) 768-6800

*Attorneys for Defendants Metropolitan Life Insurance Company and The Northwestern Mutual Life Insurance Company*

SO ORDERED

*[signature]*
U.S.D.J.   6/5/07

9994810\V-2