SCHEINDLIN, 5.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS,
LLC, as Litigation Trustee of THE
MAS LITIGATION TRUST,

       Plaintiff,

       v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.

       Defendants.

Case No. 07-CV-3213 (SAS)

Honorable Shira A. Scheindlin

## STIPULATED ORDER EXTENDING RESPONSE TIME TO COMPLAINT

IT IS HERBY STIPULATED AND AGREED by and between the undersigned counsel

that the time for Defendant Jon F. Baker to answer, move, or otherwise respond to the Complaint

is extended to and includes July 20, 2007.

Dated: June 7, 2007

Alan D. Halperin (AH3842)
Neal W. Cohen (NC3573)
Halperin Battaglia Raicht, LLP
555 Madison Avenue - 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
*Co-counsel for Plaintiff*

Thomas W. _____ (P25252)
Aaron H. Murray (P61032)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098-6358
Telephone: (248) 267-3255
*Attorneys for Defendant Jon F. Baker*

SO ORDERED:

Shira A. Scheindlin, U.S.D.J.          6/11/07

{00044570.1 / 0485-005}