UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST<br><br>Plaintiff,<br><br>-v-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, ET AL.<br><br>Defendants. | Case No. 07 CV 3213<br><br>Judge Scheindlin<br><br>MOTION TO ADMIT COUNSEL<br><br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alan D. Halperin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | John D. Byars |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 West Hubbard, Suite 300 |
| City/State/Zip: | Chicago, IL 60610 |
| Phone Number: | (312) 494-4400 |
| Fax Number: | (312) 494-4440 |

John D. Byars is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against John D. Byars in any State or Federal court.

Dated:       May 17, 2007
City, State: New York, NY

Respectfully submitted,

_____
Alan D. Halperin
(AH8432)
Halperin Battaglia Raicht, LLP
555 Madison Avenue – 9th Floor
New York, NY 10022
Phone Number: (212) 765-9100
Facsimile Number: (212) 765-0964

{00043931.1 / 0485-005}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST<br><br>Plaintiff,<br><br>-v-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, ET AL.<br><br>Defendants. | Case No. 07 CV 3213<br><br>Judge Scheindlin<br><br>AFFIDAVIT OF<br>ALAN D. HALPERIN<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

Alan D. Halperin, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Halperin Battaglia Raicht, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit John D. Byars as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January of 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John D. Byars since April of 2007.

4. Mr. Byars is an associate at Bartlit Beck Herman Palenchar & Scott LLP in Chicago, Illinois.

5. I have found Mr. Byars to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of John D. Byars, pro hac vice.

7. I respectfully submit a proposed order granting the admission of John D. Byars, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit John D. Byars, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: May 17, 2007

City, State: New York, NY

Notarized: *[signature]*
5/17/07

Respectfully submitted,

*[signature]*

Name of Movant: Alan D. Halperin
SDNY Attorney Bar Code: AH8432

**CARRIE E. MITCHELL**
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires Octoer 31, 20__

{00043928.1 / 0485-005}2



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

John D. Byars
Bartlit Beck Herman Palenchar LLP
54 W Hubbard, Suite 300
Chicago, IL 60610-4697

Chicago
Monday, June 11, 2007

In re: John D. Byars
Admitted: 11/10/2005
Attorney No. 6285852

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST<br><br>Plaintiff,<br><br>-v-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, ET AL.<br><br>Defendants. | Case No. 07 CV 3213 |

State of New York   )
                    )  ss.:
County of New York  )

### AFFIDAVIT OF SERVICE

Ligee Gu, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On May 29, 2007, I served copies of the following documents: <u>Motion for Admission Pro Hac Vice</u>, <u>Affidavit of Alan H. Halperin in Support of Motion to Admit Counsel Pro Hac Vice, Certificate(s) of Good Standing, and Order for Admission Pro Hac Vice</u> for Steven J. Nachtwey, James B. Heaton, and John D. Byars by causing true and correct copies of the same to be sent by first-class mail on the attached list to the parties on the attached service list.

_____
Ligee Gu

Sworn to before me this 29th
day of May, 2007.

_____
NOTARY PUBLIC
Carrie E. Mitchell
State of New York
No. 026136082
Qualified in New York County
Commission Expires 10/31/2009

{00044230.1 / 0485-005}

## Service List

Metropolitan Life Insurance Company
One Madison Avenue
New York, New York 10010

Ronald DeWaald
Aaron M. Phelps
Varnum Riddering Schmidt & Howlett
Bridgewater Place
PO BOX 352
Grand Rapids, MI 49501

Aaron O. Matthews
Clark Hill PLC
212 East Grand River Avenue
Lansing, MI 48906

Capital D'amerique CDPQ Inc.
1000 Place Jean Paul Riopelle
Montreal, Canada Quebec H2z 2b3

Joanna A. Diakos, Esq.
K&L Gates
599 Lexington Avenue
New York, New York 10022

Gurminder S. Bedi
6455 N. Sheridan Road
Chicago, Illinois 60626

Thomas Walker
7501 S. Dixie Hwy.
West Palm Beach, FL 33405-4813

The Northwestern Mutual Life
  Insurance Company
720 East Wisconsin Avenue
Milwaukee, Wisconsin 53203

Mary Hackett, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Miller Canfield Paddock & Stone,
  PLLC
840 West Long Lake Road
Suite 200
Troy, Michigan 48098

Caisse de depot et Placement Du
  Quebec
1000 Place Jean Paul Riopelle
Montreal, Canada Quebec H2z 2b3

A. Kipp Koester
5842 N. Maitland Ct.
Milwaukee, Wisconsin 53217

Thomas Walker
10101 SE 30th St.
Bellevue, Washington 98004

R. Paul Wickes
Paul Hessler
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105

Rosemary B. Boller
LEVIN & GLASSER, P.C.
420 Lexington Avenue, Suite 8(
New York, NY 10170

Jose R. Garcia
5319 Willow Highway
Grand Ledge, Michigan 48837

John O'Keefe
Metz Lewis LLC
11 Stanwix Street, 18th Floor
Pittsburgh, Pennsylvania 15222

Jeffrey Hodgman
24 Hoyt Farm Dr.
New Canaan, Ct 06840

L. Donald Prutzman, Esq.
Tannenbaum Helpern Syracuse &
Hirschtritt LLP
900 Third Avenue
New York, NY 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST | Case No. 07 CV 3213 |
| | Judge Scheindlin |
| Plaintiff, | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| -v- | |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL. | |
| Defendants. | |

Upon the motion of Alan D. Halperin, attorney for Plaintiff, Ocean Ridge Capital Advisors, LLC as Litigation Trustee of The Mas Litigation Trust, and said sponsor attorneys' affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | John D. Byars |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 West Hubbard, Suite 300 |
| City/State/Zip: | Chicago, IL  60610 |
| Phone Number: | (312) 494-4400 |
| Fax Number: | (312) 494-4440 |
| Email Address: | john.byars@bartlit-beck.com |

is admitted to practice pro hac vice as counsel for Plaintiff, Ocean Ridge Capital Advisors, LLC as Litigation Trustee of The MAS Litigation Trust, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

{00043929.1 / 0485-005}