UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST

Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE COMPANY, ET AL.

Defendants.

Case No. 07 CV 3213

Judge Scheindlin

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alan D. Halperin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Steven J. Nachtwey |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 West Hubbard, Suite 300 |
| City/State/Zip: | Chicago, IL 60610 |
| Phone Number: | (312) 494-4400 |
| Fax Number: | (312) 494-4440 |

Steven J. Nachtwey is a member in good standing of the Bars of the States of Illinois and Minnesota.

There are no pending disciplinary proceedings against Steven J. Nachtwey in any State or Federal court.

Dated: May 17, 2007
City, State: New York, NY

Respectfully submitted,

Alan D. Halperin
(AH8432)
Halperin Battaglia Raicht, LLP
555 Madison Avenue – 9th Floor
New York, NY 10022
Phone Number: (212) 765-9100
Facsimile Number: (212) 765-0964

{00043933.1 / 0485-005}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST<br><br>Plaintiff,<br><br>-v-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, ET AL.<br><br>Defendants. | Case No. 07 CV 3213<br><br>Judge Scheindlin<br><br>AFFIDAVIT OF<br>ALAN D. HALPERIN<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

Alan D. Halperin, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Halperin Battaglia Raicht, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Steven J. Nachtwey as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January of 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Steven J. Nachtwey since March of 2007.

4. Mr. Nachtwey is a partner at Bartlit Beck Herman Palenchar & Scott LLP in Chicago, Illinois.

5. I have found Mr. Nachtwey to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Steven J. Nachtwey, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Steven J. Nachtwey, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Steven J. Nachtwey, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated:       May 17, 2007

City, State:   New York, NY

Notarized:

*[signature]*
5/17/07

Respectfully submitted,

*[signature]*

Name of Movant: Alan D. Halperin
SDNY Attorney Bar Code: AH8432

CARRIE E. MITCHELL
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires Octoer 31, 20 09

{00043932.1 / 0485-005}2



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Steven James Nachtwey
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, #300
Chicago, IL 60610-4697

Chicago
Monday, June 11, 2007

In re: Steven James Nachtwey
Admitted: 5/8/2003
Attorney No. 6279317

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

OCEAN RIDGE CAPITAL ADVISORS, LLC, as      Case No. 07 CV 3213
Litigation Trustee of THE MAS LITIGATION
TRUST     Judge Scheindlin

Plaintiff,     ORDER FOR ADMISSION
                           -v-     PRO HAC VICE
    ON WRITTEN MOTION

METROPOLITAN LIFE INSURANCE
COMPANY, ET AL.

Defendants.
_____

Upon the motion of Alan D. Halperin, attorney for Plaintiff, Ocean Ridge Capital Advisors, LLC as Litigation Trustee of The Mas Litigation Trust, and said sponsor attorneys' affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Steven J. Nachtwey |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 West Hubbard, Suite 300 |
| City/State/Zip: | Chicago, IL 60610 |
| Phone Number: | (312) 494-4400 |
| Fax Number: | (312) 494-4440 |
| Email Address: | steven.nachtwey@bartlit-beck.com |

is admitted to practice pro hac vice as counsel for Plaintiff, Ocean Ridge Capital Advisors, LLC as Litigation Trustee of The MAS Litigation Trust, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

{00043929.1 / 0485-005}