UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION
TRUST

Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE
COMPANY. ET AL.

Defendants.

Case No. 07 CV 3213 (SAS)

ORDER FOR ADMISSION
PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 6/20/07

Upon the request of Neal W. Cohen, attorney for Plaintiff, Ocean Ridge Capital Advisors, LLC as Litigation Trustee of The MAS Litigation Trust;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Steven J. Nachtwey |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 West Hubbard, Suite 300 |
| City/State/Zip: | Chicago, IL 60610 |
| Phone Number: | (312) 494-4400 |
| Fax Number: | (312) 494-4440 |
| Email Address: | steven.nachtwey@bartlit-beck.com |

| | |
|---|---|
| Applicant's Name: | John D. Byars |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 West Hubbard, Suite 300 |
| City/State/Zip: | Chicago, IL 60610 |
| Phone Number: | (312) 494-4400 |
| Fax Number: | (312) 494-4440 |
| Email Address: | john.byars@bartlit-beck.com |

| | |
|---|---|
| Applicant's Name: | James B. Heaton III |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 West Hubbard, Suite 300 |
| City/State/Zip: | Chicago, IL 60610 |
| Phone Number: | (312) 494-4400 |
| Fax Number: | (312) 494-4440 |
| Email Address: | jb.heaton@bartlit-beck.com |

are admitted to practice *pro hac vice* as counsel for Plaintiff, Ocean Ridge Capital Advisors, LLC as Litigation Trustee of The MAS Litigation Trust, in the above-captioned case in the

{00043929.1 / 0485-005}

United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:   June 20, 2007

_____
United States District Judge

2