UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,

      Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

      Defendants.

Case No. 07-CV-3213 (SAS)

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

---

Upon the June 19, 2007 letter application, pursuant to my Individual Rule and Practice III.C., of Mark E. McGrath, Esq. of the law firm of Kelley Drye & Warren LLP;

IT IS HEREBY ORDERED that, Ronald G. DeWaard, Esq., a member of law firm of Varnum Riddering Schmidt & Howlett LLP, and Aaron M. Phelps, Esq., an associate with the law firm of Varnum Riddering Schmidt & Howlett LLP, are hereby admitted to practice *pro hac vice* as counsel for Defendants Skoog Family Investments, LLC, Jack Skoog, and Craig Van Ess in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing system ("ECF"), Messrs. DeWaard and Phelps shall immediately apply for an ECF password at nysd.uscourts.gov. Messrs. DeWaard and Phelps shall forward the *pro hac vice* fee to the Clerk of the Court.

**IT IS SO ORDERED**.

Dated: June 21, 2007

                                            Hon. Shira A. Scheindlin, U.S.D.J.

NY01/MCGRM/1218490.1