# Halperin Battaglia Raicht, LLP
Law Offices
555 Madison Avenue – 9th Floor
New York, New York 10022

Alan D. Halperin
Christopher J. Battaglia
Robert D. Raicht
♦
Debra J. Cohen
Neal W. Cohen
Ethan D. Ganc
Donna H. Lieberman
Carrie E. Mitchell
♦
Walter Benzija
Andrew P. Saulitis
Of Counsel

Telephone: (212) 765-9100
Facsimile: (212) 765-0964
e-mail: ncohen@halperinlaw.net




June 22, 2007

**_Via Hand Delivery_**
Hon. Shira A. Scheindlin, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

    Re:    ***Ocean Ridge Capital Advisors, LLC v. Metropolitan Life Insurance Co., et al.***
            ***USDC/SDNY Case No. 07 CV 3213(SAS)***
            ***Defendants not yet served with process***

Dear Judge Scheindlin:

       This firm is counsel to Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of the MAS Litigation Trust, plaintiff in the above-referenced matter. Pursuant to the Court's Order for Initial Pretrial Conference, I write to advise the Court that the following defendants have not yet been served with process in this matter: Capital D'Amerique CDPQ Inc., Caisse de Depot et Placement du Quebec, and Gurminder S. Bedi.

       Because they are Canadian entities, Capital D'Amerique CDPQ Inc. and Caisse de Depot et Placement du Quebec must be served through the process set forth by the Hague Convention. This process began in early May and is expected to be complete in approximately 2 weeks. In house counsel for these entities was contacted in May and at that time stated they were aware of the complaint.

       Plaintiff has been unable to serve Gurminder S. Bedi. Attempts have been made to serve Mr. Bedi at 6455 N. Sheridan Road, Chicago, Illinois 60626 and 1010 Seagrove Lane, Beach House 1, Siesta Keys, Florida 34242. Plaintiff's efforts to locate and serve Mr. Bedi are continuing.

{00044973.1 / 0485-005}

*[Handwritten annotation: Conference adjourned to July 17, at 4:30. No further adjournments. So Ordered: S.A.S. USDJ 6/25/07]*

*HALPERIN BATTAGLIA RAICHT, LLP*
*Hon. Shira A. Scheindlin, U.S.D.J.*
*June 22, 2007*
*Page Two*

      After previously attempting without success to serve A. Kipp Koester, Plaintiff served Mr. Koester this morning.

Respectfully,

Neal W. Cohen (NC-3573)

cc:   All defense counsel of record

{00044973.1 / 0485-005}