Scheindlin, J

7/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS,
LLC, as Litigation Trustee of THE
MAS LITIGATION TRUST,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.

    Defendants.
_____/

Case No. 07-CV-3213 (SAS)

Honorable Shira A. Scheindlin

RECEIVED
CHAMBERS OF
JUN 29 2007
JUDGE SCHEINDLIN

### STIPULATED DISCONTINUING ACTION
### AS TO DEFENDANT JEFFREY A. ANDERSON

IT IS HERBY STIPULATED AND AGREED by and between defendant Jeffrey A. Anderson and plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS Litigation Trust, through their undersigned counsel of record, that the above-captioned proceeding is dismissed **with prejudice** as to defendant Jeffrey A. Anderson only, pursuant to Fed. R. Civ. P. 41(a), with each party hereto bearing its own costs.

Dated: June 22, 2007

_/s/ Neal_
Alan D. Halperin (AH3842)
Neal W. Cohen (NC3573)
Halperin Battaglia Raicht, LLP
555 Madison Avenue - 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
*Co-counsel for Plaintiff*

_/s/ TD_
Thomas M. Dixon (MID41870)
Clark Hill PLC
212 E. Grand River Avenue
Lansing, Michigan 48906
Telephone: (517) 318-3100
*Attorneys for Defendant Jeffrey A. Anderson*

SO ORDERED:

_/s/ Shira A. Scheindlin_
Shira A. Scheindlin, U.S.D.J.

7/2/07

{00044972 1 / 0485-005}