UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS,
LLC, as Litigation Trustee of THE
MAS LITIGATION TRUST,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.

    Defendants.

Case No. 07-CV-3213 (SAS)

Honorable Shira A. Scheindlin

## STIPULATED DISCONTINUING ACTION
## AS TO DEFENDANT JON F. BAKER

IT IS HERBY STIPULATED AND AGREED by and between defendant Jon F. Baker and plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS Litigation Trust, through their undersigned counsel of record, that the above-captioned proceeding is dismissed **with prejudice** as to defendant Jon F. Baker only, pursuant to Fed. R. Civ. P. 41(a), with each party hereto bearing its own costs.

Dated: June 22, 2007

_____
Alan D. Halperin (AH3842)
Neal W. Cohen (NC3573)
Halperin Battaglia Raicht, LLP
555 Madison Avenue - 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
*Co-counsel for Plaintiff*

_____
Thomas W. Cranmer (P25252)
Abdu H. Murray (P61032)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098-6358
Telephone: (248) 267-3255
*Attorneys for Defendant Jon F. Baker*

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

7/2/07

{00044971.1 / 0485-005}