UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
OCEAN RIDGE CAPITAL ADVISORS, LLC, as        :   07 CV 3213 (SLS)
Litigation Trustee of THE MAS LITIGATION TRUST, :
:
               Plaintiff,        :   [PROPOSED] ORDER FOR
:   ADMISSION *PRO HAC VICE*
   - against -                                  :
:
METROPOLITAN LIFE INSURANCE COMPANY, *et* :
*al.*,                                        :
:
               Defendants.       :
:
---------------------------------------------------------------- x

7/6/07

     Upon the July 3, 2007 letter application, pursuant to my Individual Rule and Practice III.C., of L. Donald Prutzman, Esq. of the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP;

     **IT IS HEREBY ORDERED** that, Thomas J. Verticchio and Timothy Nickels, members of the firm of Swanson Martin & Bell LLP are hereby admitted to practice *pro hac vice* as counsel for Defendant Dean Vanek in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing system ("ECF"), Messrs. Verticchio and Nickels

shall immediately apply for an ECF password at nysd.uscourts.gov. Messrs. Verticchio and Nickels shall forward the *pro hac vice* fee to the Clerk of the Court.

**IT IS SO ORDERED:**

Dated: July 6, 2007

                                                  Shira A. Scheindlin, U.S.D.J.

SEHAM, SEHAM, MELTZ & PETERSEN, LLP
Lee Seham (LS 3245)
Stanley Silverstone (SS 2150)
Lucas Middlebrook (LM 7111)
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Telephone: (914) 997-1346

PILLSBURY WINTHROP SHAW PITTMAN LLP
Rick B. Antonoff (RBA 4158)
1540 Broadway
New York, New York 10036
Telephone: (212) 858 1000

Counsel to Defendants,
S.A. (Viação Aérea Rio-Grandense) (f/k/a Varig, S.A.),
and Eduardo Zerwes, as Foreign Representative
of S.A. (Viação Aérea Rio-Grandense) (f/k/a Varig, S.A.)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
INTERNATIONAL ASSOCIATION OF       :
MACHINISTS AND AEROSPACE WORKERS,  :
                                   :
           Plaintiff,              :
                                   :
      v.                           :   Case No. 07-cv-00412-SAS
                                   :
VARIG, S.A., and                   :
VINCENTE CERVO AND EDUARDO ZERWES, :   STIPULATION EXTENDING
AS FOREIGN REPRESENTATIVES OF      :   TIME TO ANSWER
VARIG, S.A.,                       :
                                   :
           Defendants.             :
---------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the Defendants' time to answer or otherwise respond to Plaintiff's Complaint is extended to and including July 18, 2007.

Dated: July 5, 2007

_____
Robert S. Clayman
Angela C. Serranzana
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, DC 20036-2243
Tel. (202) 624-7400

Attorneys for Plaintiff

_____
Lee Seham (LS 3245)
Stanley J. Silverstone (SS 2150)
Lucas Middlebrook (LM 7111)
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, Suite 1204
White Plains, NY 10601
Tel. (914) 997-1346

Attorneys for Defendants
S.A. (Viação Aérea Rio-Grandense)
(f/k/a Varig, S.A.), and Eduardo Zerwes, as
Foreign Representative of S.A. (Viação
Aérea Rio-Grandense) (f/k/a Varig, S.A.).

SO ORDERED:

_____    7/6/07
Hon. Shira A. Scheindlin
United States District Judge

2