USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE NORTH WESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING. SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK<br><br>Defendants. | Honorable Shira A. Scheindlin<br><br>Case No. 07-CV-3213 (SAS)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED to by the undersigned counsel on behalf of the parties named herein that the time for Defendants Skoog Family Investments, LLC, Jack Skoog and Craig Van Ess to answer, move, or otherwise respond to the Complaint is extended to and including July 30, 2007.

HALPERIN BATTAGLIA RAICHT, LLP

By: /s/
Alan D. Halperin (AH-8432)
Neal W. Cohen (NC-3573)
555 Madison Avenue, 9th Floor
New York, NY 10022
212-765-9100
AHalperin@halperinlaw.net
Ncohen@halperinlaw.net

- and -

BARTLIT BECK HERMAN PALENCHAR
 & SCOTT
James B. Heaton, III
Steven J. Nachtwey
John D. Byars
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
312-494-4425
jb.heaton@bartlit-beck.com
steven.nachtwey@bartlit-beck.com
john.byars@bartlit-beck.com

Attorneys for Plaintiff

KELLEY DRYE & WARREN LLP

By: /s/
Nicholas J. Panarella (NP-2890)
Mark E. McGrath (MM-8629)
101 Park Avenue
New York, NY 10178
212-808-7889
npanarella@kelleydrye.com
mmcgrath@kelleydrye.com

- and -

VARNUM RIDDERING SCHMIDT &
 HOWLETT LLP
Ronald G. DeWaard
Aaron M. Phelps
Bridgewater Place - P.O. Box 352
Grand Rapids, MI 49501-0352
616-336-6000
rgdewaard@varnumlaw.com
amphelps@varnumlaw.com

Attorneys for Defendants Skoog Family
Investments, LLC, Jack Skoog, and Craig Van Ess

SO ORDERED:

/s/
Hon. Shira A. Scheindlin, U.S.D.J.

7/9/07

1430008_1 DOC

2