UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
OCEAN RIDGE CAPITAL ADVISORS, LLC, as : 
Litigation Trustee of THE MAS LITIGATION TRUST :
:
        Plaintiff, : Case No.  07 CV 3213
-against- :
: Honorable Shira A. Scheindlin
METROPOLITAN LIFE INSURANCE COMPANY; :
THE NORTHWESTERN MUTUAL LIFE INSURANCE :
COMPANY; CAPITAL D'AMERIQUE CDPQ INC.; :
CAISSE DE DEPOT ET PLACEMENT DU QUEBEC; : **NOTICE OF MOTION**
CSFB LP HOLDING; SKOOG FAMILY INVEST- :
MENTS, LLC; BANCAMERICA CAPITAL :
INVESTORS II, L.P.; WINDWARD/PARK AB III, :
L.L.C.; WINDWARD CAPITAL PARTNERS L.P.; :
WINDWARD CAPITAL ASSOCIATES, L.P.; SUEZ :
CAPITAL PARTNERS II, L.P.; INDOSUEZ CAPITAL :
CO-INVEST PARTNERS, L.P.; SCP II ASSOCIATES; :
CREDIT SUISSE FIRST BOSTON (USA), INC.; :
CREDIT SUISSE FIRST BOSTON; GOLDMAN :
SACHS CREDIT PARTNERS L.P.; JEFFREY A. :
ANDERSON; JON F. BAKER; JOSE R. GARCIA; :
ROBERT H. BARTON III; H.H. WACASER; PETER :
S. MACDONALD; GARY SWENSON; JOHN F. :
MAYPOLE; THOMAS GRAHAM; DONALD A. :
MCKAY; HENRY A. NICKOL; JEFFREY HODGMAN; :
A. KIPP KOESTER; CRAIG VAN ESS; GURMINDER :
S. BEDI; THOMAS WALKER; JACK SKOOG; and :
DEAN VANEK, :
:
        Defendants. :
------------------------------------------------------------------x

    PLEASE TAKE NOTICE that, upon the annexed Affirmation of Thomas J. Verticchio, Esq., sworn to on the 13th day of July, 2007, and the accompanying memorandum of law, and upon all prior papers and proceedings, Defendant Dean Vanek shall move this Court on the 25th day of July, 2007, at the United States Courthouse, 500 Pearl Street, New York, New York for an Order granting Defendant Dean Vanek's motion for relief from certain of the requirements under

Rule 12 of the Federal Rules of Civil Procedure, as more fully described in the accompanying memorandum of law in support of this motion, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       July 13, 2007

                              TANNENBAUM HELPERN SYRACUSE
                              & HIRSCHTRITT LLP

By: _____
Ralph A. Siciliano (RS-2511)
*Attorneys for Defendant, Dean Vanek*
900 Third Avenue
New York, New York 10022
(212) 508-6700
       -and-
Timothy G. Nickels, Esq.
Thomas J. Verticchio, Esq.
Kathleen A. Kelley, Esq.
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100

TO:    Alan Halperin, Esq.
Halperin & Associates
555 Madison Avenue
9th Floor
New York, New York 10022
(212) 765-9100
Attorneys for Plaintiff, Ocean Ridge Capital Advisors, LLC

James B. Heaton, III, Esq.
Kleinberg, Kaplan & Wolff & Cohen, P.C.
551 Fifth Avenue
New York, New York 10176
(312) 494-4400
Attorneys for Plaintiff, Ocean Ridge Capital Advisors, LLC

John D. Byars, Esq.
Bartlitt Beck Herman Palenchar & Scott LLP
54 West Hubbard
Suite 300
Chicago, IL 60610
(312) 494-4400
Attorneys for Plaintiff, Ocean Ridge Capital Advisors, LLC

Neal W. Cohen, Esq.
Halperin, Battaglia, Raicht, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
Attorneys for Plaintiff, Ocean Ridge Capital Advisors, LLC

Steven James Nachtwey
Bartlitt Beck Herman Palencahr & Scott LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60610
(312) 494-4440
Attorneys for Plaintiff, Ocean Ridge Capital Advisors, LLC

Steven I. Levin, Esq.
Levin & Glasser, P.C.
420 Lexington Avenue, Suite 805
New York, New York 10170
(212) 867-3636
Attorneys for Defendants, Windward/Park AB III, LLC; Windward Capital Partners, L.P.; Windward Capital Associates, L.P.

Ronald G. DeWaard, Esq.
Aaron M. Phelps, Esq.
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-7000
Attorneys for Defendants, Skoog Family Investments, LLC; Jack Skoog; Craig Van Ess

Thomas J. Verticchio, Esq.
Timothy G. Nickels, Esq.
Swanson Martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 923-8271
Attorneys for Defendant, Dean Vanek

L. Donald Prutzman, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700
Attorneys for Defendant, Dean Vanek

Jose R. Garcia
5319 Willow Highway
Grand Ledge, Michigan 48837

A. Kipp Koester
5842 N. Maitland Ct.
Milwaukee, Wisconsin 53217

Thomas Walker
7501 S. Dixie Hwy.
West Palm Beach, FL 33405-4813

Thomas Walker
10101 SE 30th St.
Bellevue, Washington 98004

Nicholas J. Panarella, Esq.
Mark E. McGrath, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Defendants, Skoog Family Investments, LLC; Jack Skoog; Craig Van Ess

Andrew L. Morrison
Casey D. Laffey
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
Attorneys for Defendants BancAmerica Capital Investors II, LP; Suez Capital Partners, LP; Indosuez Capital Co-Invest Partners, LP; and SCP II Associates

R. Paul Wickes, Esq.
Paul Hessler, Esq.
Martin S. Bloor
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000
Attorneys for Defendants CSFB LP Holding; Credit Suisse First Boston; Goldman Sachs Credit Partners, L.P.

David S. Versfelt, Esq.
Joanne A. Diakos, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
Attorneys for Defendants Peter S. Macdonald, Gary L. Swenson, John F. Maypole, Thomas Graham, Henry A. Nichol

Jeffrey J. Hodgman
24 Hoyt Farm Drive
New Canaan, CT 06840
*Pro Se*

Reid L. Ashinoff, Esq.
Gary Meyerhoff, Esq.
1221 Avenue of the Americas
New York, New York 10020
Attorneys Metropolitan Life Insurance Company; The Northwestern Mutual Life Insurance Company

Donald A. McKay
12011 Excelsior Way
Dallas, Texas 75230

Robert H. Barton, III
711 Split Rail Drive
Brentwood, Tennessee 37027

H.H. Wacaser
370 Lower Station Camp Creek Road
Gallatin, Tennessee 37066