UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
OCEAN RIDGE CAPITAL ADVISORS, LLC, as :
Litigation Trustee of THE MAS LITIGATION TRUST :
                                     Plaintiff, : Case No. 07 CV 3213
-against- :
                                        : Honorable Shira A. Scheindlin
METROPOLITAN LIFE INSURANCE COMPANY; :
THE NORTHWESTERN MUTUAL LIFE INSURANCE :
COMPANY; CAPITAL D'AMERIQUE CDPQ INC.; : **AFFIRMATION OF THOMAS J.**
CAISSE DE DEPOT ET PLACEMENT DU QUEBEC; : **VERTICCHIO, ESQ.**
CSFB LP HOLDING; SKOOG FAMILY INVEST- :
MENTS, LLC; BANCAMERICA CAPITAL :
INVESTORS II, L.P.; WINDWARD/PARK AB III, :
L.L.C.; WINDWARD CAPITAL PARTNERS L.P.; :
WINDWARD CAPITAL ASSOCIATES, L.P.; SUEZ :
CAPITAL PARTNERS II, L.P.; INDOSUEZ CAPITAL :
CO-INVEST PARTNERS, L.P.; SCP II ASSOCIATES; :
CREDIT SUISSE FIRST BOSTON (USA), INC.; :
CREDIT SUISSE FIRST BOSTON; GOLDMAN :
SACHS CREDIT PARTNERS L.P.; JEFFREY A. :
ANDERSON; JON F. BAKER; JOSE R. GARCIA; :
ROBERT H. BARTON III; H.H. WACASER; PETER :
S. MACDONALD; GARY SWENSON; JOHN F. :
MAYPOLE; THOMAS GRAHAM; DONALD A. :
MCKAY; HENRY A. NICKOL; JEFFREY HODGMAN; :
A. KIPP KOESTER; CRAIG VAN ESS; GURMINDER :
S. BEDI; THOMAS WALKER; JACK SKOOG; and :
DEAN VANEK, :
                                   Defendants. :
----------------------------------------------------------------x

       **Thomas J. Verticchio,** being an attorney duly admitted to the practice of law in the state of Illinois, hereby affirms under penalty of perjury:

      1.    I am a member of the firm Swanson, Martin & Bell LLP, attorneys for Defendant, Dean Vanek ("Vanek"). As such I am fully familiar with the facts and circumstances herein. I

submit this affirmation in support of Vanek's unopposed motion for certain relief from the requirements of Rule 12 of the Federal Rules of Civil Procedure.

2. On July 13, 2007, I consulted with James B. Heaton, Esq., and Steven J. Nachtwey, Esq., counsel for Plaintiff, concerning the within motion. During this discussion, Mr. Heaton and Mr. Nachtwey consented to the relief requested herein.

WHEREFORE, based upon the foregoing, it is respectfully requested that this Court grant Defendant Dean Vanek's motion.

_____
Thomas J. Verticchio

Dated: Chicago, Illinois
July 13, 2007