UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney. HALPERIN BATTAGLIA RAICHT. LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 3  2007 at 11:10 AM at

SUPERINTENDENT OF INSURANCE
25 BEAVER STREET
4TH FLOOR
NEW YORK. NY 10004

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on METROPOLITAN LIFE INSURANCE COMPANY therein named.

INSURANCE     by service upon the N Y S  Superintendant of Insurance and tendering the required fee  Said documents were accepted by KEIKO OMORI. LEGAL CLERK  AUTHORIZED who is authorized to accept

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | Yellow | WHITE | 60 | 5'3 | 110 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on.  May 3, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No  01SM4997428
Qualified in New York County
Comm. Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No 01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

ANDERSON CHAN
License #. 1220482

Invoice #. 439510

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss.

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 10, 2007 at 10:50 AM at

SUPERINTENDENT OF INSURANCE
25 BEAVER STREET
4TH FLOOR
NEW YORK. NY 10004

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on METROPOLITAN LIFE INSURANCE COMPANY therein named.

INSURANCE    by service upon the N Y S  Superintendant of Insurance and tendering the required fee  Said documents were accepted by KEIKO OMORI. LEGAL CLERK, AUTHORIZED who is authorized to accept

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | Yellow | GRAY | 65 | 5'0 | 110 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on.  May 10, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | |
|---|---|---|---|
| Notary Public. State of New York | Notary Public. State of New York | Notary Public. State of New York | ANDERSON CHAN |
| No 02GR4699723 | No 04SM4997428 | No 01GR6156780 | License #. 1220482 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | Invoice #: 439831 |
| Comm  Expires February 10. 2010 | Comm  Expires June 8. 2010 | Comm  Expires December 4. 2010 | |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney. HALPERIN BATTAGLIA RAICHT. LLP

---

OCEAN RIDGE CAPITAL ADVISORS. LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20. 2007

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 3. 2007 at 11:10 AM at

SUPERINTENDENT OF INSURANCE
25 BEAVER STREET
4TH FLOOR
NEW YORK. NY 10004

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY therein named.

INSURANCE    by service upon the N Y S  Superintendant of Insurance and tendering the required fee  Said documents were accepted by KEIKO OMORI. LEGAL CLERK. AUTHORIZED who is authorized to accept

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|------|-----------|-----------|---------------|------------------|------------------|
| FEMALE | Yellow | WHITE | 60 | 5'3 | 110 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on.  May 3, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | ANDERSON CHAN |
|---|---|---|---|
| Notary Public. State of New York | Notary Public. State of New York | Notary Public. State of New York | License #. 1220482 |
| No 02GR4699723 | No 01SM4995428 | No 01GR6156780 | Invoice #. 439511 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm  Expires February 10. 2010 | Comm  Expires June 8. 2010 | Comm  Expires December 4. 2010 | |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney. HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss.

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 10. 2007 at 10:50 AM at

SUPERINTENDENT OF INSURANCE
25 BEAVER STREET
4TH FLOOR
NEW YORK, NY 10004

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY therein named.

INSURANCE     by service upon the N Y S Superintendant of Insurance and tendering the required fee  Said documents were accepted by KEIKO OMORI, LEGAL CLERK, AUTHORIZED who is authorized to accept

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | Yellow | GRAY | 65 | 5'0 | 110 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on:  May 10, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8  2010

JONATHAN GRABER
Notary Public. State of New York
No 01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

ANDERSON CHAN
License #: 1220482
Invoice #. 439832

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney.  HALPERIN BATTAGLIA RAICHT LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

BYRAN E  MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 2. 2007 at 04:55 PM at

1 MADISON AVENUE
NEW YORK. NY 10010

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on CSFB LP HOLDING therein named.

**SUITABLE AGE**    by delivering thereat a true copy of each to MARY O'RIORDAN a person of suitable age and discretion  Said premises is Defendant's actual place of business within the state  She identified herself as the GENERAL-AGENT of the Defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | WHITE | BROWN | 40 | 5'6 | 165 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

1 MADISON AVENUE
NEW YORK. NY 10010

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 3. 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof  by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on:  May 3. 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No  01SM4997428
Qualified in New York County
Comm  Expires June 8. 2010

JONATHAN GRABER
Notary Public  State of New York
No 01GR6156780
Qualified in New York County
Comm  Expires December 4  2010

BYRAN E. MCELDERRY
License #: 869802
Invoice #. 439519

UNITED PROCESS SERVICE, INC . 3RD FLOOR. 315 BROADWAY, NEW YORK  NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney. HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC. AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK ss.

BYRAN E MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 8, 2007 at 01:38 PM at

1 MADISON AVENUE
GROUND FL
NEW YORK NY 10010

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on CSFB LP HOLDING therein named.

**SUITABLE AGE**    by delivering thereat a true copy of each to MARY O'RIORDAN a person of suitable age and discretion Said premises is Defendant's actual place of business within the state She identified herself as the VICE PRESIDENT of the Defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | WHITE | BROWN | 38 | 5'5 | 170 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

1 MADISON AVENUE
GROUND FL
NEW YORK. NY 10010

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 9, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on.  May 9, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No 01SM4997428
Qualified in New York County
Comm Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No 01GR6156780
Qualified in New York County
Comm Expires December 4. 2010

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 439834

UNITED PROCESS SERVICE, INC , 3RD FLOOR, 315 BROADWAY. NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

                                            Plaintiff(s)        Index # 07 CV 3213 (SCHEINDLIN)

                        - against -

                                                               Purchased April 20 2007
METROPOLITAN LIFE INSURANCE COMPANY, ETAL

                                            Defendant(s)       AFFIDAVIT OF SERVICE

---

STATE OF *Michigan* COUNTY OF *Ingham* ss:

*ARLO E GAREGOOD* BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION  OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT  *4811  Lyncott DR  LANSing, Michigan  48910*

That on May 3, 2007 at 12 45 PM at

C/O 5TH 3RD BANK
111 LYON STREET NW
GRAND RAPIDS, MI 49503

deponent served the within: SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on SKOOG FAMILY INVESTMENTS, LLC therein named

                BY LEAVING A TRUE COPY WITH THOMAS A  DEMEESTER  J D , SEN  V P , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

                Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| MALE | WHITE | DARK BROWN | 41 | 5'11 | 185 |

                That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Subscribed + Sworn to me this
6-11-2007, State of Michigan
County of Ingham

worn to me on:
tary: *[signature]*

my commission expires 2/6/08
Notary Public

                                            Server: *[signature]*
                                            ARLO E GAREGOOD
                                            Invoice #: 439520

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney  HALPERIN BATTAGLIA RAICHT, LLP

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

AFFIDAVIT OF SERVICE

STATE OF *Michigan*: COUNTY OF *Ingham* ss:

*Brandon Earego* BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT *4811 Lymcott Dr Lansing, Mi 48910*

That on May 10, 2007 at 03:08 PM at

C/O 5TH 3RD BANK
111 LYON STREET NW
GRAND RAPIDS, MI 49503

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on SKOOG FAMILY INVESTMENTS, LLC therein, named

BY LEAVING A TRUE COPY WITH THOMAS A. DEMEESTER, J.D., SEN. VICE PRESIDENT, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | DARK BROWN | 41 | 5'11 | 185 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Subscribed & Sworn to me this
June 11, 2007, State of
Michigan, County of Ingham
Notary Public
my commission expires 7/6/08

Server
BRANDON EAREGO

Invoice #: 439835

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney:  HALPERIN BATTAGLIA RAICHT
LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

                                              Plaintiff(s)        Index # 07 CV 3213 (SCHEINDLIN)

                    - against -

                                                                 Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

                                              Defendant(s)

                                                                 AFFIDAVIT OF SERVICE

---

STATE OF Illinois  : COUNTY OF Du Page   ss:

Robert b
 Fairbanks      BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF
EIGHTEEN YEARS AND RESIDES AT 2100 Manchester Rd, Ste 301, Wheaton, IL 60187

That on May 7, 2007 at 11:27 AM at

231 S. LASALLE STREET
7TH FLOOR
CHICAGO, IL 60697

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on BANCAMERICA
CAPITAL INVESTORS II. L P  therein named,

SUITABLE
AGE
by delivering thereat a true copy of each to KEITH HARPER, SENIOR LEGAL ASSISTANT a person of suitable age
and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as being
AUTHORIZED to accept for the Defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| MALE | BLACK | BLACK | 45 | 5'9 | 170 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action.

Sworn to me on: 5-7-07

Notary: Jean C Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

Server: Robert D
            Fairbanks

Invoice #: 439521

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney:  HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

Mail Date May 14, 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 14, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT, CIVIL COVER SHEET, AND RULE 7 1 STATEMENT to BANCAMERICA CAPITAL INVESTORS II. L P  at

231 S  LASALLE STREET
7TH FLOOR
CHICAGO. IL 60697

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on.  May 14, 2007

JOEL GRABER
Notary Public. State of New York
No  02GR4699723
Qualified in New York County
Comm  Expires February 10  2010

MICHAEL SMITH
Notary Public. State of New York
No  01SM4997428
Qualified in New York County
Comm  Expires June 8  2010

JONATHAN GRABER
Notary Public. State of New York
No  01GR6156780
Qualified in New York County
Comm  Expires December 4  2010

JONATHAN GRABER
License #: 1102041

Invoice #. 439521

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

AFFIDAVIT OF SERVICE

---

STATE OF Illinois : COUNTY OF DuPage ss:

Robert D. Fairbanks BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 2100 Manchester Rd, #301, wheaton, IL 60187

That on May 16, 2007 at 11:08 AM at

231 S. LASALLE STREET
7TH FLOOR
CHICAGO, IL 60697

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on BANCAMERICA CAPITAL INVESTORS II. L P therein named.

SUITABLE AGE

by delivering thereat a true copy of each to KEITH HARPER, SENIOR LEGAL ASSISTANT a person of suitable age and discretion  Said premises is Defendant's actual place of business within the state  He identified himself as being AUTHORIZED to accept for the Defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| MALE | BLACK | BLACK | 40 | 5'9 | 165 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: 5-22-07

Notary: Jean C Ahrenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

Server: Robert D. Fairbanks

Invoice #: 439836

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney:  HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS. LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20. 2007

Mail Date May 29, 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 29, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING to BANCAMERICA CAPITAL INVESTORS II. L P  at

231 S  LASALLE STREET
7TH FLOOR
CHICAGO, IL 60697

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on.  May 29, 2007

JOEL GRABER
Notary Public. State of New York
No  02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No  01SM4997428
Qualified in New York County
Comm  Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No  01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

JONATHAN GRABER
License #. 1102041

Invoice #: 439836

UNITED PROCESS SERVICE, INC . 3RD FLOOR. 315 BROADWAY. NEW YORK, NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney. HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

                                                    Plaintiff(s)        Index # 07 CV 3213 (SCHEINDLIN)

                    - against -

                                                                        Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

                                                    Defendant(s)        **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss:

BYRAN E MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 22. 2007 at 01:20 PM at

5 PENN PLAZA
SUITE 2351
NEW YORK. NY 10007

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on WINDWARD/PARK AB III, L L C  therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to PHILLIP LIMERI a person of suitable age and discretion  Said premises is Defendant's actual place of business within the state  He identified himself as the GENERAL-AGENT of the Defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx ) |
|------|-----------|-----------|---------------|------------------|------------------|
| MALE | BROWN | BROWN | 40 | 5'8 | 150 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

5 PENN PLAZA
SUITE 2351
NEW YORK, NY 10007

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 23, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

---

Sworn to me on. May 23, 2007

JOEL GRABER                MICHAEL SMITH              JONATHAN GRABER            BYRAN E. MCELDERRY
Notary Public. State of New York   Notary Public, State of New York   Notary Public, State of New York
No 02GR4699723             No. 01SM4997428           No 01GR6156780             License #. 869802
Qualified in New York County   Qualified in New York County   Qualified in New York County
Comm Expires February 10. 2010   Comm Expires June 8. 2010   Comm Expires December 4. 2010   Invoice #: 439522

UNITED PROCESS SERVICE, INC . 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney:  HALPERIN BATTAGLIA RAICHT, LLP

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss.

BYRAN E MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 22, 2007 at 01:20 PM at

5 PENN PLAZA
SUITE 2351
NEW YORK. NY

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on WINDWARD/PARK AB III. L L C  therein named.

**SUITABLE AGE**    by delivering thereat a true copy of each to PHILLIP LIMERI a person of suitable age and discretion  Said premises is Defendant's actual place of business within the state  He identified himself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx ) |
|------|------------|------------|----------------|-------------------|-------------------|
| MALE | BROWN | BROWN | 40 | 5'8 | 150 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

5 PENN PLAZA
SUITE 2351
NEW YORK. NY

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 23, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on.  May 23, 2007

JOEL GRABER
Notary Public, State of New York
Nc 02GR4699723
Qualified in New York County
Comm Expires February 10. 2010

MICHAEL SMITH
Notary Public, State of New York
No 01SM4997428
Qualified in New York County
Comm Expires June 8. 2010

JONATHAN GRABER
Notary Public, State of New York
No 01GR6156780
Qualified in New York County
Comm Expires December 4. 2010

BYRAN E. MCELDERRY
License #. 869802
Invoice #. 439837

UNITED PROCESS SERVICE, INC, 3RD FLOOR. 315 BROADWAY. NEW YORK, NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS. LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 4. 2007 at 10:10 AM at

SECRETARY OF STATE
ALBANY. NY

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on WINDWARD CAPITAL PARTNERS L P  therein named.

SECRETARY      a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally. deponent knew
OF STATE        said corporation so served to be the corporation described in said summons as said Defendant and knew said
                individual to be AUTHORIZED to accept thereof

Service upon the N Y S  Secretary of State under SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT and tendering the required fee

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx ) |
|-----|------------|------------|---------------|------------------|------------------|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on. May 8. 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No 01SM4997428
Qualified in New York County
Comm. Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No 01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

STEVEN C  AVERY

Invoice #. 439513

UNITED PROCESS SERVICE. INC . 3RD FLOOR, 315 BROADWAY. NEW YORK, NY  10007 - (212) 619-0728

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE
OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 14, 2007 at 12:35 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC
FILING on WINDWARD CAPITAL PARTNERS L P  therein named,

SECRETARY        a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally, deponent knew
OF STATE         said corporation so served to be the corporation described in said summons as said Defendant and knew said
                 individual to be AUTHORIZED to accept thereof

Service upon the N Y S  Secretary of State under SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT and tendering
the required fee

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Sworn to me on.  May 15, 2007

JOEL GRABER                      MICHAEL SMITH                    JONATHAN GRABER
Notary Public, State of New York  Notary Public, State of New York  Notary Public, State of New York          STEVEN C. AVERY
No 02GR4699723                   No 01SM997428                    No 01GR6156780
Qualified in New York County     Qualified in New York County     Qualified in New York County
Comm Expires February 10, 2010   Comm Expires June 8, 2010        Comm Expires December 4, 2010             Invoice #. 439977

UNITED PROCESS SERVICE. INC., 3RD FLOOR. 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney.  HALPERIN BATTAGLIA RAICHT, LLP

OCEAN RIDGE CAPITAL ADVISORS, LLC. AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  COUNTY OF NEW YORK  ss.

STEVEN C  AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 14. 2007 at 12:35 PM at

SECRETARY OF STATE
ALBANY NY

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on WINDWARD CAPITAL ASSOCIATES. L P therein named,

SECRETARY     a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally, deponent knew
OF STATE      said corporation so served to be the corporation described in said summons as said Defendant and knew said
              individual to be AUTHORIZED to accept thereof

Service upon the N Y S  Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx ) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on.  May 15, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No 01SM4997428
Qualified in New York County
Comm Expires June 8 2010

JONATHAN GRABER
Notary Public. State of New York
No 01GR6156780
Qualified in New York County
Comm Expires December 4. 2010

STEVEN C. AVERY

Invoice #. 439978

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney.  HALPERIN BATTAGLIA RAICHT.
LLP

OCEAN RIDGE CAPITAL ADVISORS. LLC  AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)        Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20. 2007

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)        **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE
OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 4  2007 at 10:10 AM at

SECRETARY OF STATE
ALBANY. NY

deponent served the within SUMMONS AND COMPLAINT: CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on WINDWARD
CAPITAL ASSOCIATES. L P  therein named

SECRETARY     a Domestic corporation by delivering two true copies to CAROL VOGT. LEGAL CLERK personally, deponent knew
OF STATE      said corporation so served to be the corporation described in said summons as said Defendant and knew said
              individual to be AUTHORIZED to accept thereof

Service upon the N Y S  Secretary of State under SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT and tendering
· the required fee

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Sworn to me on.  May 8  2007

JOEL GRABER                    MICHAEL SMITH                  JONATHAN GRABER
Notary Public. State of New York   Notary Public. State of New York   Notary Public. State of New York        STEVEN C. AVERY
No 02GR4699723                No 01SM4997428                 No 01GR6156780
Qualified in New York County    Qualified in New York County    Qualified in New York County
Comm  Expires February 10  2010   Comm  Expires June 8  2010     Comm  Expires December 4  2010     Invoice #. 439515

UNITED PROCESS SERVICE. INC. 3RD FLOOR. 315 BROADWAY. NEW YORK. NY  10007 - (212) 619-0728

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK | *Index No.* | 07 CV 3213 |

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE
OF THE MAS LITIGATION TRUST

*Plaintiff(s) Petitioner(s)*

*against*

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

*Defendant)s) Respondent(s)*

Calendar No

*~ AFFIDAVIT*
*OF*
*SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE          Ss.:

The undersigned, being sworn, says: Deponent is not a party herein. is over 18 years of age and resides at  Wilmington, DE

On  5/2/07                                   at 3:17 PM    M., at  C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD  WILMINGTON, DE

deponent served the within
- ☒ summons and complaint
- ☐ subpoena duces tecum
- ☐ citation                  ☒  CIVIL COVER SHEET, & RULE 7.1  STATEMENT

on
SUEZ CAPITAL PARTNERS. II, LP

☒ defendant     ☐ witness        hereinafter called     therein
☐ -espondent                     the recipient         named

**INDIVIDUAL**
1 ☐

by delivering a true copy *of each* to said recipient personally: deponent knew the person so served to be the person described as said recipient therein

**CORPORATION**
2 ☒

a DELAWARE                corporation, by delivering thereat a true *copy of each* to MARY DRUMMOND
personally, deponent knew said corporation so served to be the corporation. described in same as said recipient and knew said individual to be   PROCESS AGENT                                  thereof

**SUITABLE AGE PERSON**
3 ☐

by delivering thereat a true copy *of each* to                                       a person of suitable age and discretion Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state

**AFFIXING TO DOOR, ETC**
4 ☐

by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state  Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat. having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A ☐

Deponent talked to                                at said premises who stated that recipient ☐ lived ☐ worked there
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at                                              and deposited
said envelope in an official depository  under exclusive care and custody of the U S  Postal Service within New York State

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B ☐

Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, in
in an official depository under the exclusive care and custody of the U S  Postal Service
within New York State  The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise. that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**
☐

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100- 130 Lbs |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs | ☒ 5'4"-5'8" | ☒ 131-160 Lbs |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs | [- I Over 6' | ☐ Over 200 Lbs |

☐
Other identifying features:

**WITNESS FEES**
☐

$                      the authorizing traveling expenses      ☐ was paid (tendered) to the recipient
and one days' witness fee:      ☐ was mailed to the witness with subpeona copy

**MILITARY SERVICE**
☐

I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply  Recipient *wore ordinary civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated  Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on   5/2/07

OFF...
NE...O
NOTARY PUBLIC .. :
NEW CASTLE CO...T
My Commission Expires Nov...

License No

JAVIER SANCHEZ

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK          Index No.   07 CV 3213

|  |  |  |
|---|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC , AS LITIGATION TRUSTEE<br>OF THE MAS LITIGATION TRUST   *against* | *Plaintiff(s) Petitioner(s)* | Calendar No<br><br>*~ AFFIDAVIT<br>OF<br>SERVICE* |
| METROPOLITAN LIFE INSURANCE COMPANY , ETAL | *Defendant(s) Respondent(s)* |  |

STATE OF DELAWARE, COUNTY OF: NEW CASTLE                        Ss

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at   Wilmington, DE

On  5/14/07                        at 3:45 PM    M , at  C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD  WILMINGTON, DE

deponent served the within
- ☒ summons and complaint
- ☐ subpoena duces tecum
- ☐ citation

CIVIL COVER SHEET, RULE 7 1 DISCLOSURE STATEMENT, JUDGES RULES,
☒ MAGISTRATE'S RULE'S & RULES REGARDING ELECTRONIC FILING

on   INDOSUEZ CAPITAL CO-INVEST PARTNERS, LP

☒ defendant   ☐ witness      hereinafter called     therein
☐ -espondent               the recipient      lamed

**INDIVIDUAL 1 ☐** — by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

**CORPORATION 2 ☒** — a DELAWARE                   corporation, by delivering thereat a true *copy of each* to MARY DRUMMOND
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be  PROCESS AGENT                              thereof

**SUITABLE AGE PERSON 3 ☐** — by delivering thereat a true copy *of each* to                                    a person of suitable age and discretion Said premises is recipient's ☐  actual place of business ☐ dwelling place ☐ usual place of abode within the state

**AFFIXING TO DOOR, ETC 4 ☐** — by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state  Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A ☐** — Deponent talked to                                    at said premises who stated that recipient ☐ lived ☐ worked there Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at                                    and deposited said envelope in an official depository under exclusive care and custody of the U S Postal Service within New York State

**MAILING TO BUSINESS USE WITH 3 OR 4 5B ☐** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at                                    in an official depository under the exclusive care and custody of the U S Postal Service within New York State  The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient

**DESCRIPTION ☐**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs | ☒ 5'4"-5'8" | ☒ 131-160 Lbs |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs | [- ] Over 6' | ☐ Over 200 Lbs |

Other identifying features:

☐

**WITNESS FEES** — s                the authorizing traveling expenses   ☐ was paid (tendered) to the recipient
                       and one days' witness fee:      ☐ was mailed to the witness with subpeona copy

**MILITARY SERVICE** — I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply  Recipient *wore ordinary civilian clothes and no military* uniform  The source of my information and the grounds of my belief are the conversations and observations above narrated  Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes

Sworn to before me on   5/14/07

OFFICIAL SEAL
NOTARY KEVIN DUNN
PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23,2010

License No

JAVIER SANCHEZ

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK          *Index No.*  07 CV 3213

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION
TRUSTEE OF THE MAS LITIGATION TRUST                    *Plaintiff(s) Petitioner(s)*

                                against                                                                                    *~ AFFIDAVIT*
                                                                                                                              *OF*
METROPOLITAN LIFE INSURANCE COMPANY                   *Defendant)s) Respondent(s)*          *SERVICE*

Calendar No

STATE OF DELAWARE, COUNTY OF: NEW CASTLE          Ss
The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at  Wilmington, DE

On  5/11/07                         at 3:45 PM   M. at C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD  WILMINGTON, DE

deponent served the within
   ☒ summons and complaint
   ☐ subpoena duces tecum          JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC
   ☐ citation                                 ☒ FILING

on                                                                             ☒ defendant    ☐ witness          hereinafter called    therein
   SUEZ CAPITAL PARTNERS, II, LP                    ☐ -espondent                             the recipient    lamed

| | |
|---|---|
| INDIVIDUAL 1 ☐ | by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein |
| CORPORATION 2 ☒ | a DELAWARE          corporation, by delivering thereat a true *copy of each* to MARY DRUMMOND |
| | personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be  PROCESS AGENT                                                 thereof |
| SUITABLE AGE PERSON 3 ☐ | by delivering thereat a true copy *of each* to                                        a person of suitable age and discretion Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state |
| AFFIXING TO DOOR, ETC 4 ☐ | by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state  Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there |

| | |
|---|---|
| MAILING TO RESIDENCE USE WITH 3 OR 4 5A ☐ | Deponent talked to                                        at said premises who stated that recipient ☐ lived ☐ worked there Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at                                        and deposited said envelope in an official depository under exclusive care and custody of the U S Postal Service within New York State |
| MAILING TO BUSINESS USE WITH 3 OR 4 5B ☐ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at                                        in an official depository under the exclusive care and custody of the U S Postal Service within New York State  The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient |

| DESCRIPTION ☐ | ☐ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
|---|---|---|---|---|---|---|---|
| | ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs | ☒ 5'4"-5'8" | ☒ 131-160 Lbs |
| | | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| | | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs | [ ] Over 6' | ☐ Over 200 Lbs |

Other identifying features:

☐

| | |
|---|---|
| WITNESS FEES ☐ | $                  the authorizing traveling expenses          ☐ was paid (tendered) to the recipient and one days' witness fee:                              ☐ was mailed to the witness with subpoena copy |
| MILITARY SERVICE ☐ | I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply  Recipient *wore ordinary civilian clothes and no military* uniform  The source of my information and the grounds of my belief are the conversations and observations above narrated  Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes |

Sworn to before me on  5/11/07



OFFICIAL SEAL
KEVIN DUNH
NOTARY PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 22, 2010

License No

GOLDIE DUNN
UNITED PROCESS SERVICE, INC
800-473-7186

UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK    *Index No.*    07 CV 3213

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE
OF THE MAS LITIGATION TRUST

*Plaintiff(s) Petitioner(s)*

*against*

Calendar No

~ *AFFIDAVIT
OF
SERVICE*

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

*Defendant)s) Respondent(s)*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE                ss.:
The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at  Wilmington, DE

On 5/2/07                                 at 3:17 PM   M , at  C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD  WILMINGTON, DE
deponent served the within
      ☒ summons and complaint
      ☐ subpoena duces tecum
      ☐ citation        ☒ CIVIL COVER SHEET, & RULE 7.1 STATEMENT

on  SCP II ASSOCIATES                          ☒ defendant  ☐ witness   hereinafter called   therein
                                                 ☐ -espondent         the recipient   lamed

**INDIVIDUAL** ☐ 1   by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

**CORPORATION** ☒ 2   a DELAWARE          corporation, by delivering thereat a true *copy of each* to MARY DRUMMOND
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be  PROCESS AGENT                    thereof

**SUITABLE AGE PERSON** ☐ 3   by delivering thereat a true copy *of each*                          a person of suitable age and
discretion  Said premises is recipient's ☐  actual place of business ☐  dwelling place ☐  usual place of abode within the state

**AFFIXING TO DOOR, ETC** ☐ 4   by affixing a true copy of *each* to the door of said premises, which is recipient's ☐  actual place of business ☐  dwelling place
☐  usual place of abode within the state  Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** ☐ 5A   Deponent talked to                          at said premises who stated that recipient ☐ lived ☐ worked there
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at                          and deposited
said envelope in an official depository under exclusive care and custody of the U S  Postal Service within New York State

**MAILING TO BUSINESS USE WITH 3 OR 4** ☐ 5B   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at
in an official depository under the exclusive care and custody of the U S  Postal Service within New York State  The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient

**DESCRIPTION** ☐

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs | ☒ 5'4"-5'8" | ☒ 131-160 Lbs |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs | [-] Over 6' | ☐ Over 200 Lbs |

☐   Other identifying features:

**WITNESS FEES** ☐   $                          the authorizing traveling expenses   ☐ was paid (tendered) to the recipient
and one days' witness fee:                ☐ was mailed to the witness with subpoena copy

**MILITARY SERVICE** ☐   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply  Recipient *wore ordinary civilian clothes and no military* uniform  The source of my information and the grounds of my belief are the conversations and observations above narrated  Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes

Sworn to before me on  5/2/07

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23 20__

License No

JAVIER SANCHEZ

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK | *Index No.* | 07 CV 3213 |

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION
TRUSTEE OF THE MAS LITIGATION TRUST

*Plaintiff(s) Petitioner(s)*

*against*

METROPOLITAN LIFE INSURANCE COMPANY

*Defendant)s) Respondent(s)*

| Calendar No |

*~ AFFIDAVIT
OF
SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE                    ss:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at  Wilmington, DE

On  5/11/07                                 at 3:45 PM   M., at C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD  WILMINGTON, DE

deponent served the within

☒ summons and complaint
☐ subpoena duces tecum          JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC
☐ citation                      ☒ FILING

on    SCP II ASSOCIATES                                    ☒ defendant   ☐ witness      hereinafter called    therein
                                                           ☐ -espondent                 the recipient        lamed

**INDIVIDUAL**
**1**        by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as
             said recipient therein

**CORPORATION**
**2** ☒      a DELAWARE          corporation, by delivering thereat a true copy *of each* to MARY DRUMMOND
             personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
             individual to be  PROCESS AGENT                                                thereof

**SUITABLE**  by delivering thereat a true copy *of each* to                                    a person of suitable age and
**AGE PERSON** discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state
**3** ☐

**AFFIXING TO**  by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place
**DOOR, ETC**    ☐ usual place of abode within the state  Deponent was unable, with due diligence to find recipient or a person of suitable age and
**4** ☐         and discretion, thereat, having called there

**MAILING TO**    Deponent talked to                                at said premises who stated that recipient ☐ lived ☐ worked there
**RESIDENCE**     Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
**USE WITH 3 OR 4** at recipient's last known residence, at                                                    and deposited
**5A** ☐         said envelope in an official depository under exclusive care and custody of the U S Postal Service within New York State

**MAILING TO**    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
**BUSINESS**      addressed to recipient at recipient's actual place of business, at
**USE WITH 3 OR 4**                            in an official depository under the exclusive care and custody of the U S Postal Service
**5B** ☐         within New York State  The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof,
                  by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient

**DESCRIPTION**  ☐ Male      ☒ White Skin    ☒ Black Hair     ☐ White Hair   ☐ 14-20 Yrs   ☐ Under 5'    ☐ Under 100 Lbs
**☐**            ☒ Female    ☐ Black Skin    ☐ Brown Hair     ☐ Balding      ☐ 21-35 Yrs   ☐ 5'0"-5'3"   ☐ 100-130 Lbs
                             ☐ Yellow Skin   ☐ Blonde Hair    ☐ Mustache     ☒ 36-50 Yrs   ☒ 5'4"-5'8"   ☒ 131-160 Lbs
                             ☐ Brown Skin    ☐ Gray Hair      ☐ Beard        ☐ 51-65 Yrs   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
                             ☐ Red Skin      ☐ Red Hair       ☐ Glasses      ☐ Over 65 Yrs ☐ Over 6'     ☐ Over 200 Lbs

**☐**            Other identifying features:

**WITNESS**      $                       the authorizing traveling expenses     ☐ was paid (tendered) to the recipient
**FEES**                                 and one days' witness fee:              ☐ was mailed to the witness with subpoena copy
**☐**

                 I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity
**MILITARY**     whatever and received a negative reply  Recipient *wore ordinary civilian clothes and no military* uniform  The source of my information
**SERVICE**      and the grounds of my belief are the conversations and observations above narrated  Upon information and belief I aver that the recipient is not
**☐**            in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes

Sworn to before me on    5/11/07

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

License No

GOLDIE DUNN
UNITED PROCESS SERVICE, INC
800-473-7186

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  COUNTY OF NEW YORK  ss

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE
OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 4, 2007 at 11:55 AM at

SECRETARY OF STATE
ALBANY  NY

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on CREDIT SUISSE
FIRST BOSTON (USA) INC. therein named

SECRETARY     a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally, deponent knew
OF STATE       said corporation so served to be the corporation described in said summons as said Defendant and knew said
               individual to be AUTHORIZED to accept thereof

Service upon the N Y S  Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee

Deponent further states that ne describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Sworn to me on  May 8, 2007

JOEL GRABER                    MICHAEL SMITH                    JONATHAN GRABER                    STEVEN C. AVERY
Notary Public  State of New York    Notary Public  State of New York    Notary Public  State of New York
No 02GR4699723                 No 01SM4997428                  No 01GR6156780
Qualified in New York County    Qualified in New York County     Qualified in New York County
Comm  Expires February 10  2010    Comm  Expires June 8  2010    Comm  Expires December 4  2010      Invoice #. 439517

UNITED PROCESS SERVICE, INC. 3RD FLOOR  315 BROADWAY  NEW YORK, NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS. LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 15, 2007 at 12:35 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on CREDIT SUISSE FIRST BOSTON (USA), INC  therein named.

SECRETARY    a Domestic corporation by delivering two true copies to CAROL VOGT. LEGAL CLERK personally, deponent knew
OF STATE     said corporation so served to be the corporation described in said summons as said Defendant and knew said
             individual to be AUTHORIZED to accept thereof

Service upon the N Y S  Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on.  May 15, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm Expires February 10. 2010

MICHAEL SMITH
Notary Public, State of New York
No  SM4997428
Qualified in New York County
Comm  Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No  01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

STEVEN C. AVERY

Invoice #. 439981

UNITED PROCESS SERVICE. INC , 3RD FLOOR. 315 BROADWAY. NEW YORK, NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney. HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

                                    Plaintiff(s)

                                                        Index # 07 CV 3213 (SCHEINDLIN)

                  - against -

                                                        Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

                                    Defendant(s)

                                                        **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss:

BYRAN E  MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE
AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 8, 2007 at 01:38 PM at

1 MADISON AVENUE
GROUND FL
NEW YORK. NY10010

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC
FILING on CREDIT SUISSE FIRST BOSTON (USA), INC  therein named.

CORPORATION  a DOMESTIC corporation by delivering thereat a true copy of each to MARY O'RIORDAN personally, deponent
knew said corporation so served to be the corporation described in said SUMMONS & JUDGE'S RULES;
MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING as said Defendant and knew said
individual to be the GENERAL AGENT thereof

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|------|-----------|------------|---------------|------------------|-----------------|
| FEMALE | WHITE | BROWN | 38 | 5'5 | 170 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Sworn to me on. May 9, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | BYRAN E. MCELDERRY |
|---|---|---|---|
| Notary Public. State of New York | Notary Public. State of New York | Notary Public. State of New York | License #. 869802 |
| No  02GR4699723 | No. 01SM4997428 | No  01GR6156780 | Invoice #: 439834 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm  Expires February 10. 2010 | Comm. Expires June 8. 2010 | Comm  Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC , 3RD FLOOR, 315 BROADWAY. NEW YORK. NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney  HALPERIN BATTAGLIA RAICHT,
LLP

---

OCEAN RIDGE CAPITAL ADVISORS. LLC. AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

BYRAN E  MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE
AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 2  2007 at 04:55 PM at

1 MADISON AVENUE
NEW YORK. NY 10010

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on CREDIT SUISSE
FIRST BOSTON therein named.

SUITABLE
AGE

by delivering thereat a true copy of each to MARY O'RIORDAN a person of suitable age and discretion  Said premises
is Defendant's actual place of business within the state  She identified herself as the GENERAL-AGENT of the
Defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|------|-----------|------------|---------------|------------------|-----------------|
| FEMALE | WHITE | BROWN | 40 | 5'6 | 165 |

MAILING

Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual
place of business at

1 MADISON AVENUE
NEW YORK. NY 10010

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
Postal Service within New York State on May 3, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked
PERSONAL & CONFIDENTIAL and not indicating on the outside thereof. by return address or otherwise. that the
communication is from an attorney or concerns an action against the person to be served

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Sworn to me on.  May 3. 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | BYRAN E. MCELDERRY |
|-------------|---------------|-----------------|--------------------|
| Notary Public. State of New York | Notary Public. State of New York | Notary Public. State of New York | License #: 869802 |
| No 02GR4699723 | No 02SM4997428 | No 01GR6156780 | Invoice # 439519 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm  Expires February 10  2010 | Comm  Expires June 8  2010 | Comm  Expires December 4  2010 | |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HALPERIN BATTAGLIA RAICHT,
LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK, COUNTY OF NEW YORK  ss

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE
OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 4, 2007 at 10:20 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, AND RULE 7.1 STATEMENT on GOLDMAN SACHS
CREDIT PARTNERS L.P. therein named.

SECRETARY    a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally, deponent knew
OF STATE     said corporation so served to be the corporation described in said summons as said Defendant and knew said
             individual to be AUTHORIZED to accept thereof

Service upon the N.Y.S. Secretary of State under SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT and tendering
the required fee

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Sworn to me on: May 8, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997476
Qualified in New York County
Comm Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm Expires December 4, 2010

STEVEN C. AVERY

Invoice #. 439518

UNITED PROCESS SERVICE, INC, 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney. HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS. LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20. 2007

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 14. 2007 at 12:35 PM at

SECRETARY OF STATE
ALBANY. NY

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES: AND RULES REGARDING ELECTRONIC FILING on GOLDMAN SACHS CREDIT PARTNERS L P therein named.

SECRETARY     a Domestic corporation by delivering two true copies to CAROL VOGT. LEGAL CLERK personally, deponent knew
OF STATE      said corporation so served to be the corporation described in said summons as said Defendant and knew said
              individual to be AUTHORIZED to accept thereof

Service upon the N Y S  Secretary of State under SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT and tendering the required fee

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|----------------|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on. May 15, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No 03SM4897428
Qualified in New York County
Comm Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No 01GR6156780
Qualified in New York County
Comm Expires December 4. 2010

STEVEN C. AVERY

Invoice #: 439982

UNITED PROCESS SERVICE. INC. 3RD FLOOR, 315 BROADWAY, NEW YORK. NY  10007 - (212) 619-0728

AC 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

OCEAN RIDGE CAPITAL ADVISORS, LLC. as
Litigation Trustee of THE MAS LITIGATION
TRUST

V.

METROPOLITAN LIFE INSURANCE COMPANY,
ET AL (See attached Rider for complete list of
defendants)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CV 3213

JUDGE SCHEINDLIN

TO: (Name and address of defendant)

See attached rider for complete list of defendants and their respective addresses

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan D. Halperin (AH8432)       James B. Heaton, III
Neal W. Cohen (NC-3573)        Steven J. Nachtwey
HALPERIN BATTAGLIA RAICHT, LLP   John D. Byars
555 Madison Avenue - 9th Floor     BARTLIT BECK HERMAN PALENCHAR &
New York, New York 10022           SCOTT LLP
                                 54 West Hubbard Street, 3rd Floor
                                 Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

_____        APR 2 0 2007
CLERK                                  DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Catherine Schmmout_
_resident of Home_ – 185 E Huron Rd.     5'5" W/F  30-40 yrs
_Belleville, Mi_     DARK HAIR - Fuller
_girl friend_

☐ Returned unexecuted _____

☐ Other (specify): _Not in Military Service_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/05/2007___ (9pm)     _Steve Gerlach_
Date     Signature of Server

_1129 Rathbun C. Saline M 48176_
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney.  HALPERIN BATTAGLIA RAICHT, LLP

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

AFFIDAVIT OF MAILING

STATE OF NEW YORK: COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 16, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT, CIVIL COVER SHEET; AND RULE 7 1 STATEMENT to JEFFREY A  ANDERSON at

185 E  HURON DRIVE
BELLEVILLE, MI 48111

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on:  May 16, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No 01SM4997428
Qualified in New York County
Comm  Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No  01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

JONATHAN GRABER
License #: 1102041

Invoice #. 439525

# Affidavit of Process Server

United States District Court Southern District of New York

Ocean Ridge Capital Advisors, LLC,
as Litigation Trustee of the MAS vs Metropolitan Life Insurance
Litigation Trust        Company, et al

PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT          CASE #

6 7CU3213

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _Jeffrey A Anderson_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) _Summons & Judge's Rules, Magistrate's Rules, and Rules Regarding Electronic Filing_

by serving _Catherine Schmmout_          _Girlfriend_
NAME                                    RELATIONSHIP

at ☒ Home _185 E Huron Dr Belleville Mi 48111_
☐ Business

on _Sat 5/19/2007_          at _8:30 AM_
DATE                      TIME

Deponent asked the person spoken to if the defendant is in the military service of either the United States or of New York State and received a negative reply.

**Manner of Service:** ☐ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☒ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading          ☒ Moved, Left no Forwarding          ☐ Other:
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant   ☒ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____
                                              DATE    TIME        DATE    TIME

( ) _____          ( ) _____ , ( ) _____
DATE    TIME         DATE    TIME        DATE    TIME

Description. Age: _25_ Sex: _FM_ Race: _Cac_ Hgt _5'4_ Wgt _170_ Hair _DK_ Glasses:
I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

_____ at _____ _____
DATE        CITY        STATE

_Steve Gerlach_
SIGNATURE OF PROCESS SERVER

State of _Grand_
County of _USA_

subscribed and sworn before me. a notary public. this _19_ day of _MAY - 2007_

WITNESS MY HAND AND OFFICIAL SEAL TO

_Walt John_
NOTARY PUBLIC

OCEAN RIDGE CAPITAL ADVISORS, LLC. AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

Mail Date May 30, 2007

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK. COUNTY OF NEW YORK  ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 30, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS & JUDGE'S RULES, MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING to JEFFREY A. ANDERSON at

185 E. HURON DRIVE
BELLEVILLE, MI 48111

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on. May 30, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | |
|---|---|---|---|
| Notary Public. State of New York | Notary Public, State of New York | Notary Public. State of New York | JONATHAN GRABER |
| No 02GR4699723 | No 01SM4997428 | No 01GR6155780 | License #: 1102041 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | Invoice #. 439983 |
| Comm Expires February 10. 2010 | Comm Expires June 8. 2010 | Comm Expires December 4. 2010 | |

UNITED PROCESS SERVICE. INC , 3RD FLOOR. 315 BROADWAY. NEW YORK. NY 10007 - (212) 619-0728

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

OCEAN RIDGE CAPITAL ADVISORS, LLC. as
Litigation Trustee of THE MAS LITIGATION
TRUST

### SUMMONS IN A CIVIL CASE

V.

METROPOLITAN LIFE INSURANCE COMPANY,
ET AL (See attached Rider for complete list of
defendants)

CASE NUMBER: **07 CV 3213**

**JUDGE SCHEINDLIN**

Jon F. Baxer

TO: (Name and address of defendant)

See attached rider for complete list of defendants and their respective addresses

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan D. Halperin (AH8432)
Neal W. Cohen (NC-3573)
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue - 9th Floor
New York, New York 10022

James B. Heaton, III
Steven J. Nachtwey
John D. Byars
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within ___ 20 ___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

CLERK

Marcos Quintero

(BY) DEPUTY CLERK

DATE     APR 2 0 2007

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me¹ | 5-5-07    1:15 P.M. | |

| NAME OF SERVER (PRINT) Robert K. Andrees | TITLE Process Server |
|---|---|

Check one box below to indicate appropriate method of service

[X]  Served personally upon the defendant  Place where served:  *Home*  724 N. GLENGARRY RD
BLOOMFIELD HILLS, MI. 48301

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: _____

[ ]  Returned unexecuted: _____

[ ]  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-5-07
        Date

Signature of Server    *Robert K. Andrees*
37509 Legends Trail Dr
Farmington Hills, MI 48331
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# Affidavit of Process Server

_United States District Court Southern District of New York_
_____
(NAME OF COURT)

_Ocean Ridge Capital Advisors LLC_ vs _Metropolitan Life Insurance Company Etc_  04-cv-3213
PLAINTIFF/PETITIONER    _Etc_    DEFENDANT/RESPONDENT    CASE

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected I was authorized by law to perform said service.

**Service:**  I served  _JON F. BAKER (M, W, G, 45 5'8, 180)_
_____
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  _Summons & Judges Rules, Magistrates Rules + Rules_
_Regarding Electronic Filing_

by serving _____
NAME

at ☑ Home  _734 N. GLENGARRY ROAD  BLOOMFIELD HILLS MI. 48301_    RELATIONSHIP
☐ Business
on  _5-14-07_ _____  at  _1:05 P.M._
DATE                                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY                          STATE

**Manner of Service:**  ☑ By personally delivering copies to the person/authorized agent of entity being served
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above. I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address            ☐ Evading                        ☐ Moved, Left no Forwarding
☐ Address Does Not Exist        ☐ Service Cancelled by Litigant   ☐ Unable to Serve in a Timely Fashion    ☐ Other:

**Service Attempts:**  Service was attempted on: ( ) _____  ( ) _____
                                                  DATE        TIME              DATE        TIME
( ) _____  ( ) _____  ( ) _____
    DATE        TIME        DATE        TIME        DATE        TIME

Description  Age: _____  Sex: _____  Race: _____  Hgt: _____  Wgt: _____  Hair: _____  Glasses: _____

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on
_____  at _____  _____
DATE                CITY                STATE

                                                                Robert K. Andus
                                                                _____
                                                                SIGNATURE OF PROCESS SERVER

State of _Michigan_
County of _Oakland_

subscribed and sworn before me, a notary public, this _14_ day of _May_ _2007_

WITNESS MY HAND AND OFFICIAL SEAL  O

DAVID DON WATTERS
NOTARY PUBLIC WAYNE COUNTY
MY COMMISSION EXPIRES

                                                                _____
                                                                NOTARY PUBLIC
                                                                4/19/08

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

NITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney   HALPERIN BATTAGLIA RAICHT, LLP

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
HE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

AFFIDAVIT OF SERVICE

TATE OF _Mich_     COUNTY OF _Ingham_  ss:
_ARlo E. EARlcood_ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF
IGHTEEN YEARS AND RESIDES AT _4811 Lymcott DR. Lansing, Mich    48910_

hat on May 3, 2007 at 04:30 PM at

319 WILLOW HIGHWAY
RAND LEDGE MI 48837

eponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET AND RULE 7 1 STATEMENT on JOSE R GARCIA
erein named.

**UITABLE
GE**
by delivering thereat a true copy of each to VIRGINIA GARCIA a person of suitable age and discretion  Said premises
is Defendant's dwelling house within the state  She identified herself as the WIFE of the Defendant

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| FEMALE | WHITE | BROWN | 50 | 5' | 150 |

**ILITARY
ERVICE**
Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
States and received a negative reply  Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action.

Subscribed + Sworn to me
6/11/2007, State of Michigan
Sworn to me on:  County of Ingham
Notary: _____
my commission expires 2/6/08
Notary Public

Server:  E & Earlcood

Invoice #: 439527

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Mail Date May 23, 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE
OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 23, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the
SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT to JOSE R. GARCIA at

5319 WILLOW HIGHWAY
GRAND LEDGE, MI 48837

Copy was mailed REGULAR FIRST CLASS MAIL  and was marked personal & confidential and not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be
served

Sworn to me on: May 23, 2007

| | | | |
|---|---|---|---|
| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | JONATHAN GRABER |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1102041 |
| No 02GR4699723 | No. 01SM4997428 | No 01GR6156780 | Invoice #: 439527 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm  Expires February 10  2010 | Comm  Expires June 8  2010 | Comm  Expires December 4  2010 | |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney   HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC  AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

                                                      Plaintiff(s)          Index # 07 CV 3213 (SCHEINDLIN)

                            - against -

METROPOLITAN LIFE INSURANCE COMPANY ETAL                              Purchased April 20, 2007

                                                      Defendant(s)

                                                                          AFFIDAVIT OF SERVICE

---

STATE OF  _Mich_ . COUNTY OF _Ingham_  ss.

_Arlo Earegood_  BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT  _4811 Lymtuit DR Lansing, M, 48910_

That on May 18, 2007 at 04:08 PM at

5319 WILLOW _e ~ ~ Highway_
GRAND LEDGE  MI 48837

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING
on JOSE R. GARCIA therein named

INDIVIDUAL     by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person
               described as the Defendant therein and he identified himself as such

               Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx) | Weight (Approx) |
|-----|-----------|-----------|--------------|----------------|----------------|
| MALE | WHITE | GRAY/BLACK | 45 | 5'10 | 175 |

MILITARY       Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
SERVICE        States and received a negative reply. Upon information and belief based upon the conversation and observation as
               aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
               that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

               That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
               described as the Defendant in this action

Subscribed + Sworn to me this
6/11/2007. State of Michigan
Sworn to me on  County of Ingham
Notary: _Frank Allen_
Notary Public
My Commission expires 9/6/08

                                                    Server: Arlo Earegood

                                                    Invoice #: 439965