UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF Tennessee COUNTY OF Davidson ss:

Michael Roberts BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT                                    Business Address

That on May 7, 2007 at 06:20 PM at                    LEGAL EAGLES
                                                       4750 McBRIDE RD
370 LOWER STATION CAMP CREEK ROAD                      ANTIOCH, TN 37013
GALLATIN, TN 37066

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING
on H H WACASER therein named

SUITABLE    by delivering thereat a true copy of each to JENNIFER KLAUER a person of suitable age and discretion. Said premises
AGE         is Defendant's dwelling house within the state. She identified herself as the DAUGHTER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| FEMALE | WHITE | BLONDE | 34 | 5'6 | 125 |

MILITARY    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
SERVICE     States and received a negative reply. Upon information and belief based upon the conversation and observation as
            aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
            that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

            That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
            described as the Defendant in this action

Sworn to me on: 6-2-07

Notary:

MY COMMISSION EXPIRES JANUARY 28, 2010

Server: Michael Roberts

Invoice #: 439987

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney. HALPERIN BATTAGLIA RAICHT, LLP

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

                                                                    Plaintiff(s)

                                                                              Index # 07 CV 3213 (SCHEINDLIN)

                         - against -

                                                                              Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

                                                                    Defendant(s)    Mail Date May 25, 2007

                                                                              **AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 25, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS & JUDGE'S RULES, MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING to H H WACASER at

370 LOWER STATION CAMP CREEK ROAD
GALLATIN, TN 37066

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on:  May 25, 2007

JOEL GRABER
Notary Public. State of New York
No  02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No  01SM4997428
Qualified in New York County
Comm  Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No  01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

JONATHAN GRABER
License #. 1102041

Invoice #. 439987

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HALPERIN BATTAGLIA RAICHT. LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20. 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Mail Date June 20, 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on June 20, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT, CIVIL COVER SHEET, AND RULE 7 1 STATEMENT to H H WACASER at

370 LOWER STATION CAMP CREEK ROAD
GALLATIN. TN 37066

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on. June 20, 2007

| | | | |
|---|---|---|---|
| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | JONATHAN GRABER |
| Notary Public. State of New York | Notary Public. State of New York | Notary Public. State of New York | License #. 1102041 |
| No. 02GR4699723 | No. 01SM4997428 | No. 01GR6156780 | Invoice #: 439529 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires February 10. 2010 | Comm. Expires June 8. 2010 | Comm. Expires December 4. 2010 | |

UNITED PROCESS SERVICE. INC. 3RD FLOOR. 315 BROADWAY. NEW YORK. NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney:  HALPERIN BATTAGLIA RAICHT
LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC. AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Purchased April 20, 2007

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF _Tennessee_: COUNTY OF _Davidson_  ss:
_Larry_
_Wozencraft_ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF
EIGHTEEN YEARS AND RESIDES AT _Antioch, TN_

That on May 1 2 2007 at 12:30 PM at

370 LOWER STATION CAMP CREEK ROAD
GALLATIN, TN 37066

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on H H  WACASER
therein named.

SUITABLE    by delivering thereat a true copy of each to JENNIFER KLAUER a person of suitable age and discretion. Said premises
AGE       is Defendant's dwelling house within the state  She identified herself as the DAUGHTER of the Defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 34 | 5'6 | 125 |

MILITARY    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
SERVICE    States and received a negative reply  Upon information and belief based upon the conversation and observation as
          aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
          that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Sworn to me on:  6-28-07

Notary:
Margaret Gilchrist

MARGARET GILCHRIST
STATE
OF
TENNESSEE
NOTARY
PUBLIC
DAVIDSON COUNTY

My Commission Expires Nov. 24, 2007

Server: Larry  Wozencraft

Invoice #: 439529

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT LLP

---

OCEAN RIDGE CAPITAL ADVISORS. LLC. AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

BYRAN E MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 4. 2007 at 12:50 PM at

530 EAST 86TH STREET. 5TH FL
NEW YORK  NY 10028

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET. AND RULE 7 1 STATEMENT on PETER S MACDONALD therein named.

**SUITABLE AGE**  by delivering thereat a true copy of each to LUISA PAREDES a person of suitable age and discretion  Said premises is Defendant's dwelling house within the state  She identified herself as the DOMESTIC EMPLOYEE of the Defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | BROWN | BROWN | 50 | 5'0 | 125 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

530 EAST 86TH STREET. 5TH FL
NEW YORK. NY 10028

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 4. 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof. by return address or otherwise  that the communication is from an attorney or concerns an action against the person to be served

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on. May 4, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No 01SM4997428
Qualified in New York County
Comm Expires June 8 2010

JONATHAN GRABER
Notary Public State of New York
No 01GR6156780
Qualified in New York County
Comm Expires December 4 2010

BYRAN E MCELDERRY
License #. 869802
Invoice #. 439530

UNITED PROCESS SERVICE. INC . 3RD FLOOR. 315 BROADWAY, NEW YORK. NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: 07 CV 3213

Plaintiff/Petitioner:  Ocean Ridge Capital Advisors, LLC  as Litigation Trustee of the Mas Litigation Trust

Defendant/Respondent:  Metropolitan Life Insurance Company, et al

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss :

Kevin Farina, the undersigned, being duly sworn. deposes and says that I was at the time of service over the age of twenty–one and not a party to this action  I reside in the State of Connecticut, County of New Haven

On 05/03/2007 at 7:15 PM, I served the within **Summons and Complaint; Civil Cover Sheet; and Rule 7.1 Statement** on **Gary Swenson** at **36 Game Cock Road , Greenwich, CT 06830** in the manner indicated below:

☑ INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|------|--------|--------|
| Male | White | Gray | 60 | 5'10 | 190 |
| Other features: | | | | | |

☑ MIL. SRVC. Your deponent asked the person spoken to whether defendant was in the active military service and received a negative reply  Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service

Sworn to and subscribed before me this
___8___ day of _Way_, 20 _07_
by an affiant who is personally known to
me or produced identification

_____
NOTARY PUBLIC
My Commission Expires: _12/31/08_

X _Kevin Farina_____
Kevin Farina

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney.  HALPERIN BATTAGLIA RAICHT.
LLP

---

OCEAN RIDGE CAPITAL ADVISORS. LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)            Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)           **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF
EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 4, 2007 at 01:25 PM at

14 SHERWOOD DRIVE
PRIVATE HOUSE
MOUNTAIN LAKES  NJ 07046

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on JOHN F  MAYPOLE
therein named

| | |
|---|---|
| AFFIXING<br>TO DOOR | by affixing a true copy of each to the door of said premises. which is the Defendant's dwelling house/usual place of abode within the state  Deponent was unable. with due diligence to find the Defendant or a person of suitable age and discretion. thereat  having called there on: |

May 1. 2007  AT  8.40 PM                    May 3. 2007  AT  7.15 AM

May 4. 2007  AT  1.25 PM

MAILING          Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's
last known residence at

14 SHERWOOD DRIVE
MOUNTAIN LAKES. NJ 07046

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United
States Postal Service within New York State on May 7. 2007 by REGULAR FIRST CLASS MAIL in an envelope
marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise.
that the communication is from an attorney or concerns an action against the person to be served

Spoke with MS  SMITH. NEIGHBOR. at 12 SHERWOOD DRIVE. MOUNTAIN LAKES, NJ who stated that the
Defendant lives at the afforementioned address but was unable to divulge the Defendant's place of employment

MILITARY          Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
SERVICE          States and received a negative reply  Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Sworn to me on.  May 7. 2007

| | | | |
|---|---|---|---|
| JOEL GRABER<br>Notary Public  State of New York<br>No 02GR4699723<br>Qualified in New York County<br>Comm  Expires February 10  2010 | MICHAEL SMITH<br>Notary Public. State of New York<br>No  01SM4997428<br>Qualified in New York County<br>Comm  Expires June 8  2010 | JONATHAN GRABER<br>Notary Public  State of New York<br>No 01GR6156780<br>Qualified in New York County<br>Comm  Expires December 4. 2010 | DAN KNIGHT<br><br>Invoice #. 439532 |

UNITED PROCESS SERVICE. INC  3RD FLOOR. 315 BROADWAY. NEW YORK. NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney. HALPERIN BATTAGLIA RAICHT. LLP

OCEAN RIDGE CAPITAL ADVISORS, LLC. AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK. COUNTY OF NEW YORK  ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 11. 2007 at 07:50 AM at

14 SHERWOOD DRIVE
PRIVATE HOUSE
MOUNTAIN LAKES. NJ 07046

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on JOHN F  MAYPOLE therein named,

**AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is the Defendant's dwelling house/usual place of abode within the state  Deponent was unable. with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on:

May 7, 2007  AT  6.55 PM          May 10, 2007  AT  12.42 PM
May 11. 2007  AT  7:50 AM

**MAILING**
Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

14 SHERWOOD DRIVE
MOUNTAIN LAKES. NJ 07046

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 14, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served

Spoke with MS  SMITH, NEIGHBOR at 12 SHERWOOD DRIVE MOUNTAIN LAKES. NJ who stated that the Defendant lives at the afforementioned address but was unable to divulge the Defendant's place of employment

**MILITARY SERVICE**
Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on. May 14, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public. State of New York
No 01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

DAN KNIGHT

Invoice #: 439988

UNITED PROCESS SERVICE. INC. 3RD FLOOR. 315 BROADWAY, NEW YORK. NY  10007 - (212) 619-0728

# PROOF OF SERVICE

United States District Court / Southern District of New York

**CASE:** Oceanview Capital Advisors LLC et al. plaintiff(s)    File No. 07-CV-3213

vs

Metropolitan Life Insurance Company et al. defendant(s)

**SERVICE OF PROCESS ON:** Thomas Graham

(NAME OF ENTITY TO BE SERVED)

**NAME OF SERVER:** Richard Amenti _____ undersigned, being duly sworn, deposes and says

that he was at the time of service over the age of twenty-one, was not a party to this action:

**DATE OF SERVICE:** that on the 19 day of May 2007 at 8 : 25 o'clock A M

**PLACE OF SERVICE:** at 2071 Billion Lane in the city of Pittsburgh state of PA

**DOCUMENTS SERVED:** the undersigned served the annexed papers Summons & Judge's Rules,

(LIST OF ALL DOCUMENTS SERVED)

Magistrate's Rules, and Rules Regarding Electronic Filing

**PERSON SERVED AND METHOD OF SERVICE:**

A true and correct copy of the aforesaid papers were served on the above-named party or witness in the following manner:

☑ By personally delivering them into the hands of the person to be served Thomas Graham

☒(Substitute) By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: _____

☐ By delivering them to an officer or managing agent whose name and title is: _____

✳ California law requires 3 attempts before substitute service can be made

Other _____

**DESCRIPTION OF PERSON RECEIVING DOCUMENTS:**

The person receiving documents is described as follows:
Sex Male ; Skin Color White ; Hair Color Bald ; Facial Hair No
Age (prox.) 75 ; Height (prox.) 5'9" ; Weight (prox.) 195
☐ To the best of my knowledge and belief said person was not engaged in the U.S. Military at the time of service. Glasses

**PROOF OF DUE & DILIGENT ATTEMPT:**

☐ AFTER DUE AND DILIGENT EFFORTS, UNDERSIGNED WAS UNABLE TO EFFECT SERVICE
☐ FACTS INDICATING DEFENDENT IS AVOIDING SERVICE ARE _____

✳ California law requires 3 attempts before substitute service can be made

| ✳DATES OF SERVICE ATTEMPTED | TIMES ATTEMPTED | ADDRESS ATTEMPTED | REASON FOR NON SERVICE |
|---|---|---|---|
| _____ | ___:___ o'clock __ M | | |
| _____ | ___:___ o'clock __ M | | |
| _____ | ___:___ o'clock __ M | | |

**SIGNATURE OF SERVER:**

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____ 5/19/07
Name of server    (date)

☐ Notarization
☐ Required
☐ Not Required

Subscribed & sworn to before me this 19 day of May 2007

_____
Notary Public    Comm. Exp.
(SEAL)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member, Pennsylvania Association of Notaries

# PROOF OF SERVICE

| | |
|---|---|
| **CASE:** | _Ocean Ruse Capital Advisors_ et. al. plaintiff(s)  File No. _489533_ <br> vs. <br> _Metropolitan Life Insurance Comp_ et. al. defendant(s) |

**SERVICE OF PROCESS ON:** _Thomas Graham_
(NAME OF ENTITY TO BE SERVED)

**NAME OF SERVER:** _Richard Amato_ _____ undersigned, being duly sworn, deposes and says that he was at the time of service over the age of twenty-one, was not a party to this action;

**DATE OF SERVICE:** that on the _5_ day of _May_ 19 _2007_ at _6_ : _16_ o'clock _P_ M

**PLACE OF SERVICE:** at _30 Trinium Dr_ in the city of _Pittsburgh_ state of _PA_

**DOCUMENTS SERVED:** the undersigned served the annexed papers _Summons + Complaint Civil Cover Sheet_
(LIST OF ALL DOCUMENTS SERVED)

_And Rule 7.1 Statements_

**PERSON SERVED AND METHOD OF SERVICE:**

A true and correct copy of the aforesaid papers were served on the above-named party or witness in the following manner:

☐ By personally delivering them into the hands of the person to be served _____

✳☐ (Substitute) By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein  to wit: _____

☐ By delivering them to an officer or managing agent whose name and title is: _____

✳ California law requires 3 attempts before substitute service can be made

☑ Other _Posted to Front Door_

Deponent asked person spoken to if defendant is in military service of United States or New York Stat and received a negative reply

**DESCRIPTION OF PERSON RECEIVING DOCUMENTS:**

The person receiving documents is described as follows:

Sex _____ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Age (prox.) _____ ; Height (prox.) _____ ; Weight (prox.) _____
☐ To the best of my knowledge and belief said person was not engaged in the U.S. Military at the time of service.

**PROOF OF DUE & DILIGENT ATTEMPT:**

☐ AFTER DUE AND DILIGENT EFFORTS  UNDERSIGNED WAS UNABLE TO EFFECT SERVICE
☐ FACTS INDICATING DEFENDENT IS AVOIDING SERVICE ARE _Not In Service as_ _Marked._

✳ California law requires 3 attempts before substitute service can be made

| ✳ DATES OF SERVICE ATTEMPTED | TIMES ATTEMPTED | ADDRESS | REASON FOR NON SERVICE |
|---|---|---|---|
| _5/7/07_ | _8:11_ o'clock _A_ M | _30 Trinium Dr Apt 10_ | _Not Home_ |
| _5/8/07_ | _7:20_ o'clock _A_ M | _30 Trinium Dr Apt 10_ | _Not Home_ |
| _5/4/07_ | _8:36_ o'clock _A_ M | _30 Trinium Dr Apt 10_ | _No Name_ |
| _Verified by Mr Smith, Neighbor_ | | | |

**SIGNATURE OF SERVER:**

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____ _5/7/07_
Name of server    (date)

Subscribed & sworn to before me this _7_ day of _May_ 19 _2007_

_____
Notary Public    Comm Exp
(SEAL)

Notarization:
☐ Required
☐ Not Required

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb 17, 2011
Member, Pennsylvania Association of Notaries

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

Mail Date May 25, 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 25, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT, CIVIL COVER SHEET, AND RULE 7 1 STATEMENT to THOMAS GRAHAM at

20 TRILLIUM LANE
PITTSBURGH, PA 15238

Copy was mailed REGULAR FIRST CLASS MAIL. and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on.  May 25, 2007

| | | | |
|---|---|---|---|
| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | JONATHAN GRABER |
| Notary Public. State of New York | Notary Public. State of New York | Notary Public. State of New York | License #. 1102041 |
| No 02GR4699723 | No 01SM4997428 | No 01GR6156780 | Invoice #. 439533 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm Expires February 10 2010 | Comm. Expires June 8. 2010 | Comm Expires December 4 2010 | |

UNITED PROCESS SERVICE. INC . 3RD FLOOR. 315 BROADWAY. NEW YORK. NY  10007 - (212) 619-0728

# Affidavit of Process Server

_United States District Court / Southern District of New York_
(NAME OF COURT)

_Ocean Ridge Capital Advisors LLC_ vs _Heritation Life Insurance Corp_ ET AL 07 cv 3213

PLAINTIFF/PETITIONER     ETC.     DEFENDANT/RESPONDENT     CASE

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected. I was authorized by law to perform said service

**Service:** I served _Henry A. Nichol (M, W, G, 68, 5'7", 165)_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) _Summons & Judges Rules, Magistrates Rules & Rules Regarding Electronic Filing_

by serving _____ _Apt 7_

NAME

at ☒ Home _1505 Ashford Lane     Birmingham, Mi.   48009_     RELATIONSHIP

☐ Business

on _5-14-07_                            at _1:17_  _PM_

DATE                                        TIME

Thereafter copies of the documents were mailed by prepaid first class mail on _____

DATE

from _____

CITY                          STATE

**Manner of Service:** ☒ By personally delivering copies to the person/authorized agent of entity being served

☐ By leaving during office hours copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof

☐ By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household 18 or older and explaining the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above. I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Evading     ☐ Moved, Left no Forwarding

☐ Address Does Not Exist   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in a Timely Fashion   ☐ Other:

**Service Attempts:** Service was attempted on: ( ) _____  _____ ( ) _____ _____

DATE     TIME          DATE     TIME

( ) _____ _____ ( ) _____ _____ ( ) _____ _____

DATE     TIME          DATE     TIME          DATE     TIME

Description  Age:        Sex:        Race:        Hgt:        Wgt:        Hair:        Glasses:

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

_____ at _____ _____

DATE          CITY          STATE

State of _Michigan_

County of _Oakland_                              SIGNATURE OF PROCESS SERVER

subscribed and sworn before me, a notary public, this _14_ day of _May 2007_

WITNESS MY HAND AND OFFICIAL SEAL  O

NOTARY PUBLIC

_4/19/08_

FORM 2     NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

OCEAN RIDGE CAPITAL ADVISORS, LLC. as
Litigation Trustee of THE MAS LITIGATION
TRUST

V

METROPOLITAN LIFE INSURANCE COMPANY,
ET AL. (See attached Rider for complete list of
defendants)

SUMMONS IN A CIVIL CASE

CASE NUMBER:

07 CV 3213

JUDGE SCHEINDLIN

Henry A Nickel

TO. (Name and address of defendant)

See attached rider for complete list of defendants and their respective addresses

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan D. Halperin (AH8432)
Neal W. Cohen (NC-3573)
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue - 9th Floor
New York, New York 10022

James B. Heaton, III
Steven J. Nachtwey
John D. Byars
BARTLIT BECK HERMAN PALENCHAR &
  SCOTT LLP
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

J. MICHAEL McMAHON

APR 2 0 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE $5-5-07$ 1:30 P.m |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Robert K. Andrees | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Home 1505 ASHFORD LANE B.A.m. NORTH m. mi.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on $5-5-07$
Date

Signature of Server Robert K. Andrel
37504 Legend Trail Dr.
Farmington Hills. mi. 4833

Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: 07 CV 3213

---

Plaintiff/Petitioner: Ocean Ridge Capital Advisors, LLC. as Litigation Trustee of the Mas Litigation Trust

Defendant/Respondent: Metropolitan Life Insurance Company, et al

---

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss :

Kevin Farina, the undersigned, being duly sworn. deposes and says that I was at the time of service over the age of twenty–one and not a party to this action  I reside in the State of Connecticut. County of New Haven

On 05/11/2007 at 4:39 PM, I served the within Summons and Complaint; Civil Cover Sheet; and Rule 7 1 Statement on Jeffrey Hodgman at 24 Hoyt Farm Drive , New Canaan, CT 06840 in the manner indicated below:

☑ INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|--------|--------|
| Male | White | White | 56 | 5'10 | 180 |
| Other features: | | | | | |

☑ MIL. SRVC  Your deponent asked the person spoken to whether defendant was in the active military service and received a negative reply  Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service

Sworn to and subscribed before me this
_15_ day of _____, 20 _07_
by an affiant who is personally known to
me or produced identification

X _Kevin Farina_____
Kevin Farina

_____
NOTARY PUBLIC
My Commission Expires: _12/3/08_

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: 07 CV 3213 (Scheindlin)

Plaintiff/Petitioner: Ocean Ridge Capital Advisors, LLC  as Litigation Trustee of the Mas Litigation Trust

Defendant/Respondent: Metropolitan Life Insurance Company, etal.

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss :

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty–one and not a party to this action  I reside in the State of Connecticut, County of New Haven

On **05/15/2007 at 6:30 PM.** I served the within **Summons &JUdge's Rules; Magistrate's Rules; and Rules Regarding Electronic Filing** on **Jeffrey Hodgman** at **24 Hoyt Farm Drive , New Canaan, CT 06840** in the manner indicated below:

☑ INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | White | Gray | 62 | 5'9 | 190 |
| Other features: | | | | | |

☑ MIL. SRVC  Your deponent asked the person spoken to whether defendant was in the active military service and received a negative reply  Upon information and belief I have; being based on the conversations and observations above narrated. defendant is not in the military service

Sworn to and subscribed before me this
____ /7_ day of _____, 20_07_
by an affiant who is personally known to
me or produced identification

X _____
   Stuart Perlmutter

_____
NOTARY PUBLIC
My Commission Expires: _____ 12/31/07

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney.  HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

Mail Date May 30, 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 30, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT, CIVIL COVER SHEET, AND RULE 7 1 STATEMENT, CRITICAL INSTRUCTIONS TO ATTORNEYS: INDIVIDUAL RULES &* to CRAIG VAN ESS at

2661 ELMWOOD DRIVE
EAST GRAND RAPIDS, MI 49506

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on.  May 30, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No 01SM4997428
Qualified in New York County
Comm Expires June 8, 2010

JONATHAN GRABER
Notary Public. State of New York
No 01GR6156780
Qualified in New York County
Comm Expires December 4. 2010

JONATHAN GRABER
License #. 1102041

Invoice #: 439825

UNITED PROCESS SERVICE, INC . 3RD FLOOR. 315 BROADWAY. NEW YORK. NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT
LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC. AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)                    Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased Apr 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)                    AFFIDAVIT OF SERVICE

---

STATE OF _Michigan_ COUNTY OF _Ingham_ ss.

_Fred E. Eastwood_ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF
EIGHTEEN YEARS AND RESIDES AT _4811 Lipricott DR. Lansing, Mich. 48910_

That on May 10, 2007 at 04:25 PM at

8661 ELMWOOD DRIVE
EAST GRAND RAPIDS, MI 49506

Deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT; CRITICAL
INSTRUCTIONS TO ATTORNEYS: INDIVIDUAL RULES &* on CRAIG VAN ESS therein named,

**SUITABLE**
**AGE**              by delivering thereat a true copy of each to ALICIA VAN ESS a person of suitable age and discretion. Said premises is
Defendant's dwelling house within the state. She identified herself as the WIFE of the Defendant.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 41 | 5'9 | 127 |

GLASSES

**MILITARY**
**SERVICE**          Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
States and received a negative reply. Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

*PROCEDURES OF JUDGE SCHEINDLIN, INDIVIDUAL PRACTICES OF JUDGE FRANCIS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action

Subscribed & sworn to me
6/11/2007, State of Michigan
County of Ingham
sworn to me on
Notary: _Frankcovell_
my commission expires 2/6/08

Server: _Fred E. Eastwood_

Invoice #: 459825

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney:  HALPERIN BATTAGLIA RAICHT,
LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF *Michigan* COUNTY OF *Ingham*    ss:

*Aldo Empires* BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF
EIGHTEEN YEARS AND RESIDES AT *4811 Lyncott Dr Lansing, Michigan    48910*

That on May 3, 2007 at 02:45 PM at

1221 HUNTINGTON AVE NE
GRAND RAPIDS, MI 49525

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7.1 STATEMENT on CRAIG VAN ESS
herein named.

**SUITABLE
AGE**

by delivering thereat a true copy of each to STACEY MARBLE a person of suitable age and discretion. Said premises
is Defendant's dwelling house within the state. She identified herself as the GIRLFRIEND of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 31 | 5'9 | 135 |

**MILITARY
SERVICE**

Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
States and received a negative reply. Upon information and belief based upon the conversation and observation as
aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action.

Subscribed + sworn to me this
6/11/2007. State of Michigan
Sworn to me on: County of Ingham
Notary: *[signature]*
My Commission expires 2/6/08
Notary Public

Server: *[signature]*

Invoice #: 439538

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST | |
| Plaintiff(s) | Index # 07 CV 3213 (SCHEINDLIN) |
| - against - | Purchased April 20, 2007 |
| METROPOLITAN LIFE INSURANCE COMPANY, ETAL | |
| Defendant(s) | Mail Date May 23, 2007 |
| | **AFFIDAVIT OF MAILING** |

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 23, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT. CIVIL COVER SHEET, AND RULE 7 1 STATEMENT to CRAIG VAN ESS at

4221 HUNTINGTON AVE NE
GRAND RAPIDS, MI 49525

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on.  May 23, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | JONATHAN GRABER |
|---|---|---|---|
| Notary Public. State of New York | Notary Public. State of New York | Notary Public. State of New York | License #. 1102041 |
| No 02GR4699723 | No. 01SM4997428 | No 01GR6156780 | Invoice #. 439538 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm Expires February 10  2010 | Comm Expires June 8  2010 | Comm. Expires December 4. 2010 | |

UNITED PROCESS SERVICE, INC . 3RD FLOOR. 315 BROADWAY. NEW YORK, NY  10007 - (212) 619-0728

# AFFIDAVIT OF SERVICE

IN THE SOUTHERN DISTRICT COURT OF THE STATE OF UNITED STATES D
IN AND FOR THE COUNTY OF

Case Number: 07-CV-3213

Plaintiff:
**OCEAN RIDGE CAPITAL ADVISORS, LLC, as
litigation Trustee of THE MAS LITIGATION
TRUST,**

vs

Defendant.
**METROPOLITAN LIFE INSURANCE
COMPANY, ET AL.,**

Service Documents.
SUMMONS IN A CIVIL CASE: RULE 7 1
STATEMENT, CIVIL COVER SHEET and
COMPLAINT

Received by Gary's Process Service to be served on **THOMAS WALKER, 10101 SOUTHEAST 30TH
STREET, BELLEVUE, WA 98004**

I, Brandon Jacobsen, being duly sworn, depose and say that on the **4th day of May, 2007** at **6:41 pm, I:**

**PERSONALLY** delivered at the time and place set forth above, a true and correct copy of the **SUMMONS
IN A CIVIL CASE; RULE 7.1 STATEMENT; CIVIL COVER SHEET and COMPLAINT** leaving same with
THOMAS WALKER

**Description** of Person Served:  Age: 50s.  Sex: M.  Race/Skin Color: Caucasian,  Height: 5'8.  Weight: 170.
Hair: Brown/Grey,  Glasses: Y

## AFFIDAVIT OF SERVICE for 07-CV-3213

I declare under penalty of perjury under the laws of the State of Washington. That I am now and at all times herein mentioned a citizen of the United States and resident of the State of Washington. over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein

```
I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Return of Service is true and correct
```

Brandon Jacobsen
KING CO #9605781

Subscribed and Sworn to before me on the 8th
day of May. 2007 by the affiant who is personally
known to me

_____
NOTARY PUBLIC

Gary's Process Service
108 Wells Avenue South
Renton, WA 98057
(425) 277-0302

Our Job Serial Number: 2007006911
Ref: 439540

Copyright © 1992 2006 Database Services Inc. - Process Server's Toolbox V5 9t

# RETURN OF SERVICE

### IN THE SOUTHERN DISTRICT COURT OF THE STATE OF UNITED STATES D
### IN AND FOR THE COUNTY OF

Case Number: 07-CH-3213

Plaintiff:
**OCEAN RIDGE CAPITAL ADVISORS,
LLC, as Litigation Trustee of THE MAS
LITIGATION TRUST,**

vs.

Defendant:
**METROPOLITAN LIFE INSURANCE
COMPANY, ET AL.,**

Service Documents:
SUMMONS IN A CIVIL CASE

Received by Gary's Process Service to be served on **THOMAS WALKER, 10101 SOUTHEAST
30TH STREET, BELLEVUE, WA 98004**

I, Brandon Jacobsen. do hereby affirm that on the **21st day of May, 2007** at **7:36 pm, I:**

**SUBSERVED** at the residence and usual place of abode of said person(s) by personally
delivering at the time and place set forth above, a true and correct copy(s) for each of the
**SUMMONS IN A CIVIL CASE** and leaving same with MICHAEL WALKER  SON AND CO-
RESIDENT , being a person of suitable age and discretion then residence therein

**Description** of Person Served. Age: 18+   Sex: M.  Race/Skin Color: Caucasian.  Height: 5'8.
Weight. 185,  Hair. Blonde.  Glasses: ?

## RETURN OF SERVICE for 07-CH-3213

I declare under penalty of perjury under the laws of the State of Washington: That I am now and at all times herein mentioned a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein

Brandon Jacobsen
KING CO #9605781

Gary's Process Service
108 Wells Avenue South
Renton, WA 98057
(425) 277-0302

Our Job Serial Number: 2007007504
Ref: 439995

Copyright © 1992-2006 Database Services Inc - Process Server's Toolbox
V5 9t

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney. HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Mail Date June 8. 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on June 8, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS & JUDGE'S RULES. MAGISTRATE'S RULES, AND RULES REGARDING ELECTRONIC FILING to THOMAS WALKER at

10101 SE 30TH STREET
BELLEVUE, WA 98004

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on:  June 8, 2007

| | | | |
|---|---|---|---|
| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | **JONATHAN GRABER** |
| Notary Public, State of New York | Notary Public. State of New York | Notary Public. State of New York | License #. 1102041 |
| No 02GR4699723 | No 01SM4997428 | No 01GR6156780 | Invoice #: 439995 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm  Expires February 10. 2010 | Comm. Expires June 8. 2010 | Comm  Expires December 4. 2010 | |

UNITED PROCESS SERVICE. INC . 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07-CV-3213                                    Date Filed: _____

Plaintiff:
**OCEAN RIDGE CAPITAL ADVISORS, LLC,** *As Litigation Trustee of the Mes Litigation Trust*

vs.

Defendant:
**METROPOLITAN LIFE INSURANCE COMPANY, ET AL**

For:
Neal W. Cohen
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Av
9th Floor
New York, NY 10022

Received by UNITED PROCESS SERVICE, INC on the **3rd day of May, 2007 at 4:29 pm** to be served on JACK C SKOOG, 326 SEABREEZE DR., MARCO ISLAND, FL. 34145

I, Jan Lowdermilk, being duly sworn, depose and say that on the **3rd day of May, 2007 at 7:30 pm**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this SUMONS & COMPLAINT; CIVIL COVER SHEET; & RULE 7.1* with the date and hour endorsed thereon by me
*STATEMENT

Military Status: Based upon inquiry of parties served, defendant is not in the military service of the united states

**Description** of Person Served:  Age: 70,  Sex: M,  Race/Skin Color: White,  Height: 5'9,  Weight: 160,  Hair: Grey, Glasses: N

I am over the age of eighteen, and have no interest in the above action

Jan Lowdermilk
PROCESS SERVER

Subscribed and Sworn to before me on the 11th day
of June, 2007 by the affiant who is personally known
to me

_____
NOTARY PUBLIC

Teresa Joiner
Commission # DD312603
Expires May 11, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7018

UNITED PROCESS SERVICE, INC.
315 Broadway
3rd Floor
New York, NY 10007-1121
(800) 473-7186
Our Job Serial Number: 2007010969
Ref: 439541

Copyright © 1992-2005 Database Services Inc - Process Server's Toolbox V5 5j

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF Florida: COUNTY OF Collier  ss:

Jan Loudermilk BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Naples, FL

That on May 19, 2007 at 12:50 PM at

326 SEABREEZE DRIVE
MARCO ISLAND, FL 34145

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on JACK SKOOG therein named.

**SUITABLE AGE**  by delivering thereat a true copy of each to DOROTHY SKOOG a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. She identified herself as the WIFE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 85 | 5'5 | 130 |

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on  5 19 07

Notary:

Teresa Joiner
Commission # DD312603
Expires May 11, 2008
Bonded Troy Fain - Insurance Inc  800-385-7019

Server: Jan Loudermilk

Invoice #: 439996

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney. HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

Mail Date May 29, 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 29, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS & JUDGE'S RULES, MAGISTRATE'S RULES: AND RULES REGARDING ELECTRONIC FILING to JACK SKOOG at

326 SEABREEZE DRIVE
MARCO ISLAND, FL 34145

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on. May 29, 2007

JOEL GRABER
Notary Public. State of New York
No 02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997425
Qualified in New York County
Comm  Expires June 8  2010

JONATHAN GRABER
Notary Public, State of New York
No 01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

JONATHAN GRABER
License #: 1102041
Invoice #. 439996

UNITED PROCESS SERVICE. INC., 3RD FLOOR. 315 BROADWAY. NEW YORK. NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney:  HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

AFFIDAVIT OF SERVICE

---

STATE OF Illinois : COUNTY OF DuPage    ss:

Michael C. Unthank  BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 2100 Manchester Rd St 301, Wheaton, IL 60187

That on May 5, 2007 at 06:21 PM at

540 REVERE LANE
PALATINE, IL 60067

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET; AND RULE 7 1 STATEMENT on DEAN VANEK therein named

INDIVIDUAL    by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|------|------------|------------|---------------|------------------|-----------------|
| MALE | WHITE | BLACK | 50 | 6'1 | 210 |

MILITARY
SERVICE    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on: 5-8-07

Notary: Joan C Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

Server: Michael C Unthank

Invoice #: 439542

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

Index # 07 CV 3213 (SCHEINDLIN)

- against -

Purchased April 20, 2007

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

AFFIDAVIT OF SERVICE

---

STATE OF Illinois : COUNTY OF DuPage     ss:

Michael C Unthank BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION. OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 5100 Manchester Rd, #301 Wheaton, IL 60187

That on May 21, 2007 at 10:14 AM at

540 REVERE LANE
PALATINE. IL 60067

deponent served the within SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING on DEAN VANEK therein named.

**AFFIXING TO DOOR**  by affixing a true copy of each to the door of said premises. which is the Defendant's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion. thereat, having called there on:

| | |
|---|---|
| May 16, 2007  AT  4:45 PM | May 18, 2007  AT  7:45 PM |
| May 19, 2007  AT  7:56 PM | May 21. 2007  AT  10:14 AM |

Spoke with MR. "SMITH", NEIGHBOR who stated that the Defendant lives at the afforementioned address but was unable to divulge the Defendant's place of employment.

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on: 5-22-07

Notary: Jean C Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

Server: Michael C. Unthank

Invoice #: 439997

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney. HALPERIN BATTAGLIA RAICHT, LLP

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY. ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

Mail Date May 29, 2007

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK. COUNTY OF NEW YORK  ss.

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on May 29, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS & JUDGE'S RULES, MAGISTRATE'S RULES. AND RULES REGARDING ELECTRONIC FILING to DEAN VANEK at

540 REVERE LANE
PALATINE, IL 60067

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served

Sworn to me on:  May 29, 2007

JOEL GRABER
Notary Public. State of New York
No  02GR4699723
Qualified in New York County
Comm  Expires February 10. 2010

MICHAEL SMITH
Notary Public. State of New York
No  01SM4997428
Qualified in New York County
Comm  Expires June 8. 2010

JONATHAN GRABER
Notary Public. State of New York
No  01GR6156780
Qualified in New York County
Comm  Expires December 4. 2010

JONATHAN GRABER
License #. 1102041
Invoice #: 439997

UNITED PROCESS SERVICE, INC. 3RD FLOOR. 315 BROADWAY. NEW YORK. NY  10007 - (212) 619-0728