USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OCEAN RIDGE CAPITAL ADVISORS, LLC,    :    07 Civ. 3212 (SAS)

                Plaintiff,    :

  - against -    :    **ORDER**

METROPOLITAN LIFE INSURANCE CO.,    :
et al.,

                Defendants.    :
------------------------------------------------------------X

    **IT IS HEREBY ORDERED** that defendants BancAmerica Capital Investors II, LP, Suez Capital Partner II, LP, Indosuez Capital Co-Invest Partners LP, SCP II Associates' time to answer the complaint is hereby adjourned from August 17, 2007 until and including September 7, 2007.

    **IT IS FURTHER ORDERED** that the defendants BancAmerica Capital Investors II, LP, Suez Capital Partner II, LP, Indosuez Capital Co-Invest Partners LP, SCP II Associates shall comply with all other dates and deadlines as set forth in the Amended Scheduling Order dated July 26, 2007.

Dated:   New York, New York
           August _14_, 2007

                                                         Shira A. Scheindlin, U.S.D.J.

NYLIB-445884.1