# Affidavit of Process Server

United States District Court Southern District of New York
_____
(NAME OF COURT)

Ocean Ridge Capital Advisors,LLC as    Metropolitan Life Insurance    07 CV 3213
Litigation Trustee of The Mas Litigation    Company, etal
Trust    PLAINTIFF/PETITIONER    vs    DEFENDANT/RESPONDENT    CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action  And that within the boundaries of the state where service was effected, I was authorized by law to perform said service

**Service:**    I served _____ Robert H. Burton,111 _____
NAME OF PERSON/ENTITY BEING SERVED

Summons; Complaint; Civil Cover Sheet, Rule 7.1 Statement

with the (documents)

by serving _____ Robert H. Barton, 111 _____    RELATIONSHIP
NAME

X□ Home    711 Split Rail Dr. Brentwood Tn.
□ Business _____
or    7-11-07 _____ at ____ 2:30pm _____
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____    Deponent asked the person spoken to if
CITY    STATE    the defendant was in the military service
of New York State or the United States and received a negative reply.

**Manner of Service:**    □ By personally delivering copies to the person/authorized agent of entity being served
□ By leaving. during office hours. copies at the office of the person/entity being served. leaving same with the person apparently in charge thereof
□ By leaving copies at the dwelling house or usual place of abode of the person being served. with a member of the household 18 or older and explaining the general nature of the papers
□ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**    After due search, careful inquiry and diligent attempts at the address(es) listed above. I have been unable to effect process upon the person/entity being served because of the following reason(s):

| □ Unknown at Address | □ Evading | □ Moved, Left no Forwarding | □ Other: |
| □ Address Does Not Exist | □ Service Cancelled by Litigant | □ Unable to Serve in a Timely Fashion | |

**Service Attempts:**    Service was attempted on: ( ) _____ - ( ) _____
DATE    TIME    DATE    TIME

( ) _____    ( ) _____ - ( ) _____
DATE    TIME    DATE    TIME    DATE    TIME

Description    Age: 80    Sex: M    Race: W    Hgt: 5' 10    Wgt: 180    Hair: White    Glasses: NO

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

7-13-07 _____ at Nashville , Tennessee
DATE    CITY    STATE

_Larry Wozencraft_

_signature_
SIGNATURE OF PROCESS SERVER

State of Tennessee
County of Davidson

subscribed and sworn before me. a notary public. this ___ 13 ___ day of ___ July, 2007 ___

WITNESS MY HAND AND OFFICIAL SEAL TO

MARGARET GILCHRIST
STATE OF TENNESSEE NOTARY PUBLIC
DAVIDSON COUNTY

_Margaret Gilchrist_
NOTARY PUBLIC

My Commission Expires Nov. 24, 2007

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HALPERIN BATTAGLIA RAICHT, LLP

OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST

Plaintiff(s)

- against -

METROPOLITAN LIFE INSURANCE COMPANY, ETAL

Defendant(s)

Index # 07 CV 3213 (SCHEINDLIN)

Purchased April 20, 2007

Mail Date July 13, 2007

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 13, 2007 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS & JUDGE'S RULES; MAGISTRATE'S RULES; AND RULES REGARDING ELECTRONIC FILING to ROBERT H BARTON III at

711 SPLIT RAIL DRIVE
BRENTWOOD, TN

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: July 13, 2007

JOEL GRABER
Notary Public, State of New York
No 02GR4699723
Qualified in New York County
Comm Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No 01GR6156780
Qualified in New York County
Comm Expires December 4, 2010

**JONATHAN GRABER**
License #: 1102041
Invoice #: 439986

UNITED PROCESS SERVICE, INC, 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728