UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>METROPOLITAN LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No.:   07 Civ. 3213 (SAS)<br><br>ECF Case |

### RULE 7.1 STATEMENT POF DEFENDANTS CAPITAL D'AMÉRIQUE CDPQ, INC. AND CAISSE DE DÉPÔT ET PLACEMENT DU QUÉBEC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Capital D'Amérique CDPQ, Inc. and Caisse de dépôt et placement du Québec makes the following disclosure statement.

Caisse de dépôt et placement du Québec is the parent corporation of Capital D'Amérique CDPQ, Inc. Caisse de dépôt et placement du Québec does not have a parent corporation. As of August 17, 2007, no publicly held companies own more 10% or more of Capital D'Amérique CDPQ, Inc.'s or Caisse de dépôt et placement du Québec's stock.

Dated:   August 17, 2007
         New York, New York

Respectfully submitted,

*[signature]*

Yosef J. Riemer (YR 5974)
Matthew Solum (MS 1616)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4460

*Counsel for Capital D'Amérique CDPQ, Inc. and Caisse de dépôt et placement du Québec*