UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST,<br><br>               Plaintiff,<br><br>- against -<br><br>METROPOLITAN LIFE INSURANCE COMPANY, *et al.*,<br><br>               Defendants. | Case No.:   07 Civ. 3213 (SAS)<br><br>ECF Case |

To the Clerk of this court and all parties of record:

Please enter the appearance of Yosef J. Riemer, of Kikland & Ellis LLP, as counsel of record for Defendants Capital D'Amérique CDPQ, Inc. and Caisse de dépôt et placement du Québec.

I hereby certify that I am admitted to practice in this court.

Dated:   August 17, 2007
           New York, New York

Respectfully submitted,

                              s/
Yosef J. Riemer(YR 5974)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4460

*Counsel for Capital D'Amérique CDPQ, Inc. and Caisse de dépôt et placement du Québec*