IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,<br><br>                               Plaintiff,<br><br>       -against-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK<br><br>                           Defendants. | Case No. 07 CV 3213 (SAS)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Defendant, Metropolitan Life Insurance Company, is the wholly-owned subsidiary of MetLife, Inc., a publicly-held corporation organized and existing under the laws of the State of Delaware and having its principal place of business in New York, New York. MetLife, Inc., owns more than 10% of the stock of Defendant, Metropolitan Life Insurance Company.

Dated: New York, New York
      August 17, 2007

                                            Respectfully submitted,


                                             /s/D. Farrington Yates

                                            Reid L. Ashinoff (RA-0281)
                                            Gary Meyerhoff (GM-8267)
                                            D. Farrington Yates (DY-8383)
                                            Benito Delfin, Jr. (BD-1216)


                                            Sonnenschein Nath & Rosenthal, LLP
                                            1221 Avenue of the Americas
                                            New York, New York  10020
                                            (Tel).: (212) 768-6700
                                            (Fax).: (212) 768-6800

                                            *Attorneys for Defendants*
                                            *Metropolitan Life Insurance Co.*