IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK<br><br>Defendants. | Case No. 07 CV 3213 (SAS)<br><br>**<u>CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1</u>** |

**CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FED. R. CIV. P. 7.1</u>**

Under the provisions of Fed. R. Civ. P. 7.1, Defendant, The Northwestern Mutual Life Insurance Company, hereby discloses that it is has no parent company, and no publicly-held company owns ten percent (10%) or more of its stock.

- 2 -

Dated:    New York, New York
          August 17, 2007

                                        Respectfully submitted,


                                        /s/D. Farrington Yates
                                        _____

                                        Reid L. Ashinoff (RA-0281)
                                        Gary Meyerhoff (GM-8267)
                                        D. Farrington Yates (DY-8383)
                                        Benito Delfin, Jr. (BD-1216)


                                        Sonnenschein Nath & Rosenthal, LLP
                                        1221 Avenue of the Americas
                                        New York, New York  10020
                                        (Tel).: (212) 768-6700
                                        (Fax).: (212) 768-6800

                                        *Attorneys for Defendants The Northwestern Mutual Life Insurance Co.*