LINKLATERS LLP
R. Paul Wickes
Paul S. Hessler
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903 9000
Facsimile:  (212) 903 9100

*Attorneys for Defendant Goldman Sachs Credit Partners L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,

                        Plaintiff,

                v.

METROPOLITAN LIFE INSURANCE COMPANY, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS. LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C. WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P. SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, R.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK,

                        Defendants.

07 CV 3213 (SAS)

**MOTION TO DISMISS**

------------------------------------------------------------x

Defendant Goldman Sachs Credit Partners L.P. ("GSCP") hereby moves, pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint[1] in its entirety as to GSCP.

GSCP's motion is based on its concurrently filed Memorandum Of Law in Support of its Motion to Dismiss and the Declaration of Paul S. Hessler and the exhibit attached thereto.

Wherefore, GSCP requests that, for the reasons set forth in the accompanying Memorandum Of Law, the Court enter an order dismissing the Complaint in its entirety as to GSCP.

Dated:   New York, New York
         August 17, 2007

                                              Linklaters LLP

                                              By:   /s/ Paul S. Hessler
                                              R. Paul Wickes
                                              Paul S. Hessler
                                              1345 Avenue of the Americas
                                              New York, NY 10105
                                              (212) 903-9000
                                              (212) 903-9100 (fax)

                                              *Attorneys for Defendant Goldman Sachs*
                                              *Credit Partners L.P.*

---

[1] "Complaint" refers to the complaint filed in this action on or about April 20, 2007.