UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS,
LLC, as Litigation Trustee of THE
MAS LITIGATION TRUST,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.

    Defendants.

Case No. 07-CV-3213 (SAS)

Honorable Shira A. Scheindlin

## NOTICE OF DISMISSAL
## AS TO DEFENDANT DEAN P. VANEK

IT IS HERBY AGREED by and between the defendant Dean P. Vanek and plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS Litigation Trust, through their undersigned counsel of record, that the above-captioned proceeding is dismissed **with prejudice** as to defendant Dean P. Vanek only, pursuant to Fed. R. Civ. P. 41(a)(i), with each party hereto bearing its own costs.

Dated: August 14, 2007

_____
Alan D. Halperin (AH3842)
Neal W. Cohen (NC3573)
Halperin Battaglia Raicht, LLP
555 Madison Avenue - 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
*Co-counsel for Plaintiff*

_____
Timothy G. Nickels
Thomas J. Verticchio
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Telephone: (312) 321-9100
*Attorneys for Defendant Dean P. Vanek*

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

8/16/07

{00044971.1 / 0485-005}