Steven I. Levin (SL 0217)
Rosemary B. Boller (RB 6876)
Levin & Glasser, P.C.
420 Lexington Avenue, Suite 805
New York, NY 10170

Attorneys for Defendants Windward/Park AB III, LLC,
Windward Capital Partners, L.P., and
Windward Capital Associates, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
                                               :          Case No. 07-CV-3213 (SAS)
OCEAN RIDGE CAPITAL ADVISORS, :      **ECF CASE**
 LLC,  as Litigation Trustee of THE MAS :
LITIGATION TRUST,                   :
                                               :          <u>RULE 7.1 STATEMENT</u>
                Plaintiff,            :
                                               :
               vs.                     :
                                              :
METROPOLITAN LIFE INSURANCE   :
COMPANY, et al.,                        :
                                              :
                Defendants.         :
-------------------------------------------------- x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Windward/Park AB III, LLC, Windward Capital Partners, L.P., and Windward Capital Associates, L.P., private non-governmental entities, certifies that there are no parent corporations of the aforementioned entities, and that no publicly-traded corporation holds more than 10% stock in the Windward Defendants.

Dated:  New York, New York
          August 17, 2007                     LEVIN & GLASSER, P.C.

                                               By: _/s/ Rosemary B. Boller_
                                               Steven I. Levin (SL 0217)
                                               Rosemary B. Boller (RB 6876)
                                               Levin & Glasser, P.C.
                                               420 Lexington Avenue, Suite 805
                                               New York, New York 10022
                                               (212) 867-3636