UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of the MAS LITIGATION TRUST,

                           Plaintiff,

            v.

METROPOLITAN LIFE INSURANCE COMPANY, et al,

                         Defendants.

1:07-cv-03213 (SAS)

RULE 7.1 DISCLOSURE STATEMENT

------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Goldman Sachs Credit Partners, L.P. discloses that it is a wholly owned subsidiary of The Goldman Sachs Group, Inc., a publicly traded corporation.

Dated:    New York, New York
            August 17, 2007

                              Linklaters LLP

                              /s/ Paul S. Hessler
                              R. Paul Wickes
                              Paul S. Hessler
                              1345 Avenue of the Americas
                              New York, NY 10105
                              (212) 903-9000
                              (212) 903-9100 (fax)

                              *Attorneys for Defendant Goldman Sachs Credit Partners, L.P.*