**CERTIFICATE OF SERVICE**

I, Paul S. Hessler, hereby certify that on August 17, 2007, a true and correct copy of the *Defendant Goldman Sachs Credit Partners, L.P.'s Motion to Dismiss*, the *Memorandum Of Law in Support of Defendant Goldman Sachs Credit Partners, L.P. In Support of Its Motion To Dismiss the Complaint*, the *Declaration of Paul S. Hessler*, and the *Corporate Disclosure Statement* of Defendant Goldman Sachs Credit Partners, L.P. was served via the Court's ECF system upon all counsel registered for ECF in this case. I also caused these documents to be served by hand on August 17, 2007, upon counsel of record for plaintiff, addressed as follows:

>Alan Halperin
>Halperin & Associates
>555 Madison Ave.
>9th Floor
>New York, NY 10022
>(212) 765-9100
>(212) 765-0964 (facsimile)

>/s/ Paul S. Hessler
>Paul S. Hessler