## **CERTIFICATE OF SERVICE**

      I, Paul S. Hessler, hereby certify that on August 17, 2007, a true and correct copy of the *Answer and Affirmative Defenses of Defendants CSFB Holdings L.P., Credit Suisse First Boston (USA) Inc. and Credit Suisse First Boston* and a *Rule 7.1 Disclosure Statement* for Defendants CSFB Holdings L.P., Credit Suisse First Boston (USA) Inc. and Credit Suisse First Boston was served via the Court's ECF system upon all counsel registered for ECF in this case. I also caused these documents to be served by hand on August 17, 2007, upon counsel of record for plaintiff, addressed as follows:

                        Alan Halperin
                        Halperin & Associates
                        555 Madison Ave.
                        9th Floor
                        New York, NY 10022
                        (212) 765-9100
                        (212) 765-0964 (facsimile)

                                              /s/ Paul S. Hessler
                                              Paul S. Hessler