

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OCEAN RIDGE CAPITAL ADVISORS, LLC,    :    07 Civ. 3213 (SAS)

        Plaintiff,    :

  - against -    :    **ORDER**

METROPOLITAN LIFE INSURANCE CO.,    :
et al.,

        Defendants.
------------------------------------------------------------X

    **IT IS HEREBY ORDERED** that defendants Robert H. Barton III and H.H. Wacaser's time to answer the complaint is hereby adjourned from August 17, 2007 until and including August 31, 2007.

    **IT IS FURTHER ORDERED** that the defendants Robert H. Barton III and H.H. Wacaser shall comply with all other dates and deadlines as set forth in the Amended Scheduling Order dated July 26, 2007.

Dated: New York, New York
      August 20, 2007

                                          Shira A. Scheindlin, U.S.D.J.