UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of the MAS LITIGATION
TRUST,

                                        Plaintiff,

            v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al,

                                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:07-cv-03213 (SAS)

Rule 7.1 Disclosure Statement

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC, successor by merger to Credit Suisse First Boston Corporation), Credit Suisse (USA), Inc. (formerly known as Credit Suisse First Boston (USA), Inc.), and CSFB LP Holding make the following disclosures:

Defendant Credit Suisse Securities (USA) LLC is a wholly-owned subsidiary of defendant Credit Suisse (USA), Inc.  Defendant Credit Suisse (USA), Inc., a public reporting company that has certain publicly-traded securities, is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc. (formerly known as Credit Suisse First Boston, Inc.).  Credit Suisse Holdings (USA), Inc. is jointly owned by Credit Suisse (formerly known as Credit Suisse First Boston) and Credit Suisse Group, whose shares are listed on the Swiss Stock Exchange.  Credit Suisse is a wholly-owned subsidiary of Credit Suisse Group, which has no parent corporations.

Defendant CSFB LP Holding is a wholly-owned subsidiary of Credit Suisse Group.

Dated:    New York, New York
          August 17, 2007

                                        Linklaters LLP


                                        /s/ Paul S. Hessler
                                        R. Paul Wickes
                                        Paul S. Hessler
                                        1345 Avenue of the Americas
                                        New York, NY 10105
                                        (212) 903-9000
                                        (212) 903-9100 (fax)

                                        *Attorneys for Defendants CSFB LP Holding,*
                                        *Credit Suisse First Boston (USA) Inc., and Credit*
                                        *Suisse Securities (USA) LLC*