USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/07

RECEIVED
CHAMBERS OF
AUG 2 9 2007
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, *et al.*,

    Defendants.

Case No. 07-CV-3213 (SAS)

**ORDER FOR
ADMISSION *PRO HAC VICE***

---

Upon the August 29, 2007 letter application, pursuant to my Individual Rule and Procedure III.C, of John R. O'Keefe, Jr., Esquire, of the law firm Metz Lewis LLC;

IT IS HEREBY ORDERED that, John R. O'Keefe, Jr., a member of the law firm of Metz Lewis LLC is hereby admitted to practice *pro hac vice* as counsel for Robert H. Barton III and H.H. Wacaser in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing System ("ECF"), Mr. O'Keefe shall immediately apply for an ECF password at nysd.uscourts.gov. Mr. O'Keefe shall also promptly forward the *pro hac vice* fee to the Clerk of Court.

**IT IS SO ORDERED**

Dated: August 29, 2007

                                                          Hon. Shira A. Scheindlin, U.S.D.J.