## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer was served this 7th day of September, 2007 upon the following counsel of record by the Court's electronic filing system:

John D. Byars
James B. Heaton, III
Steven James Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard
Suite 300
Chicago IL, 60610
(312) 494-4400
(312) 494-4400 (fax)
**Representing Plaintiff**
**Ocean Ridge Capital Advisors, LLC**

Neal W. Cohen
Alan Halperin
HALPERIN, BATTAGLIA, RAICHT, LLP
555 Madison Avenue, 9th Flr.
New York, NY 10022
212.765.9100
212.765.0964 (fax)
ncohen@halperinlaw.net
**Representing Plaintiff**
**Ocean Ridge Capital Advisors, LLC**

Steven I. Levin
David J. Nathan
Rosemary B. Boller
LEVIN & GLASSER, P.C.
420 Lexington Avenue, Suite 805
New York, NY 10170
(212) 867-3636
(212) 661-2446 (fax)
**Representing Defendants**
**Windward/Park AB III, LLC**
**Windward Capital Partners, L.P.**
**Windward Capital Associates, L.P.**

Ronald G. DeWaard
Aaron M. Phelps
VARNUM, RIDDERING, SCHMIDT & HOWLETT, L.L.P.
Bridgewater Place
333 Bridge Street, N.W.
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6480

(616) 336-7000 (fax)
rgdewaard@varnumlaw.com
**Representing Defendant
Skoog Family Investments, LLC
Representing Defendant
Craig Van Ess
Representing Defendant
Jack Skoog**

**Nicholas J. Panarella
Mark E. McGrath
KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178
(212) 808-7800
(212) 808-7897 (fax)
**Local Counsel
Representing Defendant
Skoog Family Investments, LLC
Representing Defendant
Craig Van Ess**

**R. Paul Wickes
Paul Hessler
Martin S. Bloor
LINKLATERS LLP**
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)
**Representing Defendants
CSFB LP Holding
Credit Suisse First Boston (USA), Inc.
Credit Suisse First Boston
Goldman Sachs Credit Partners L.P.**

**Reid L. Ashinoff
Gary Meyerhoff
Farrington D. Yates
Ben Delfin
SONNENSCHEIN NATH & ROSENTHAL LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
(212) 768-6800 (fax)
**Representing Defendants
Metropolitan Life Insurance Company
Northwestern Mutual Life Insurance Company**

**David S. Versfelt
Joanna A. Diakos
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, NY 10022-6030

- 20 -

(212) 536-3900
(212) 536-3901 (Fax)
**Representing Defendants
Peter S. MacDonald, Gary L. Swenson, John F. Maypole,
Thomas Graham and Henry A. Nichol**

**Lewis Donald Prutzman, Jr.,
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
900 Third Avenue
New York, NY 10022
(212) 508-6700
(212) 371-1084 (fax)
prutzman@tanhelp.com
**Representing Defendant, Dean Vanek**

**Timothy G. Nickels
Thomas J. Verticchio
SWANSON, MARTIN & BELL, LLP**
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 923-8275
(312) 321-0990 (fax)
**Representing Defendant, Dean Vanek**

**Aaron O. Matthews
CLARK HILL PLC**
212 East Grand Driver Avenue
Lansing, MI 48906
(517) 318-3100
(517) 318-3099 (fax)
**Representing Defendant, Jeffrey Anderson**

**John R. O'Keefe, Jr.
METZ LEWIS LLC**
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
(412) 918-1100
(412) 918-1199 (Fax)
**Representing Defendants, H. H. Wacaser and Robert Barton**

_____/s/ Scott S. McKessy_____
Scott S. McKessy