UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,<br><br>         Plaintiff,<br><br> -against-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE NORTH WESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING. SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK,<br><br>         Defendants. | 07 Civ. 3213 (SAS)<br><br>**NOTICE OF**<br>**WITHDRAWAL**<br>**OF MOTION** |

  PLEASE TAKE NOTICE that the Motion to Admit Livia M. Kiser Pro Hac Vice, entered 9/10/07 as Docket Entry Number 68 in the above captioned matter, is hereby withdrawn without prejudice.

Dated:  September 10, 2007
       New York, New York

                                              LATHAM & WATKINS LLP

                                By:  /s/ Sheri E. Hametz
                                     Sheri E. Hametz (SH-4664)

                                     885 Third Avenue, Suite 1000
                                   New York, New York 10022
                                   (212) 906-1200

                                   *Attorneys for Defendants*
                                   *Skoog Family Investments, LLC,*
                                   *Craig Van Ess, and Jack Skoog*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,<br><br>                Plaintiff,<br><br>  -against-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE NORTH WESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING. SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK,<br><br>                Defendants. | 07 Civ. 3213 (SAS)<br><br>**CERTIFICATE OF SERVICE** |

    I, Jessica L. Bengels, hereby certify that on September 10, 2007, I caused true and correct copies of the Notice of Withdrawal of Motion, dated 9/10/07, to be served via U.S. Mail upon on all counsel listed on the attached service list.

                                            LATHAM & WATKINS LLP

                                            By: _/s/ Jessica L. Bengels_
                                                  Jessica L. Bengels (JB-2290)

885 Third Avenue
New York, NY 10022
(212) 906-1200

## SERVICE LIST

Alan Halperin, Esq.
Neal W. Cohen, Esq.
Halperin & Associates
555 Madison Avenue
9th Floor
New York, New York 10022
(212) 765-9100
*Attorneys for Plaintiff, Ocean Ridge Capital Advisors, LLC*

John D. Byars, Esq.
James B. Heaton, III, Esq.
Bartlitt Beck Herman Palenchar & Scott LLP
54 West Hubbard
Suite 300
Chicago, IL 60610
(312) 494-4400
*Attorneys for Plaintiff, Ocean Ridge Capital Advisors, LLC*

Neal W. Cohen, Esq.
Halperin, Battaglia, Raicht, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022
(212)765-9100
*Attorneys for Plaintiff, Ocean Ridge Capital Advisors, LLC*

Steven James Nachtwey, Esq.
Bartlitt Beck Herman Palenchar & Scott LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60610
(312) 494-4440
*Attorneys for Plaintiff Ocean Ridge Capital Advisors, LLC*

Steven I. Levin, Esq.
David J. Nathan, Esq.
Rosemary B. Boller, Esq.
Levin & Glasser, P.C.
420 Lexington Avenue, Suite 805
New York, New York 10170
(212) 867-3636
*Attorneys for Defendants, Windward/Park AB III, LLC; Windward Capital Partners, L.P.; Windward Capital Associates, L.P.*

John R. O'Keefe, Jr., Esq.
Metz Lewis, LLC
11 Stanwix Street
18th Floor
Pittsburgh, Pennsylvania 15222
*Attorneys for H. H. Wacaser and Robert Barton*

Thomas J. Verticchio, Esq.
Timothy G. Nickels, Esq.
Swanson Martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 923-8271
*Attorneys for Defendant, Dean Vanek*

L. Donald Prutzman, Esq.
George F. du Pont
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700
*Attorneys for Defendant, Dean Vanek*

Jose R. Garcia
5319 Willow Highway
Grand Ledge, Michigan 48837

Andrew L. Morrison, Esq.
Casey D. Laffey, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
Mary Hackett, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Attorneys for Defendants BancAmerica Capital Investors II, LP; Suez Capital Partners, LP; Indosuez Capital Co-Invest Partners, LP; and SCP II Associates*

R. Paul Wickes, Esq.
Paul Hessler, Esq.
Martin S. Bloor
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000
*Attorneys for Defendants CSFB LP Holding; Credit Suisse First Boston; Goldman Sachs Credit Partners. L.P.*

David S. Versfelt, Esq.
Joanne A. Diakos, Esq.
Kirþatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
*Attorneys for Defendants Peter S. Macdonald, Gary L. Swenson, John F. Maypole, Thomas Graham, Henry A. Nichol*

Reid L. Ashinoff, Esq.
Gary Meyerhoff Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020
*Attorneys Metropolitan Life Insurance Company; The Northwestern Mutual Life Insurance Company*

Arthur H. Aufses III, Esq.
Gary P. Naftalis, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Attorneys for Peter S. MacDonald, Gary L. Swenson, John F. Maypole, Thomas Graham, Henry A. Nickol, Jeffrey Hodgman, Kipp Koester, Gurminder Bedi, Donald McKay, and Thomas Walker*

Thomas W. Cranmer, Esq.
Abdu H. Murray, Esq.
Miller, Canfield, Paddock & Stone, PLC
840 West Long Lake Road
Suite 200
Troy, Michigan 48098
*Attorneys for Jon H. Baker*

Yosef J. Riemer, Esq.
Matthew A. Cantor, Esq.
Matthew Solum, Esq.
Ami Sheth, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022
*Attorneys for Capital D'Amerique CDPQ Inc., Caisse De Depot et Placement Du Quebec*