UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST,

                            Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY, THE
NORTH WESTERN MUTUAL LIFE INSURANCE
COMPANY, CAPITAL D'AMERIQUE CDPQ INC.,
CAISSE DE DEPOT ET PLACEMENT DU QUEBEC,
CSFB LP HOLDING, SKOOG FAMILY
INVESTMENTS, LLC, BANCAMERICA CAPITAL
INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C.,
WINDWARD CAPITAL PARTNERS L.P., WINDWARD
CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL
PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST
PARTNERS, L.P., SCP II ASSOCIATES, CREDIT
SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE
FIRST BOSTON, GOLDMAN SACHS CREDIT
PARTNERS L.P., JEFFREY A. ANDERSON, JON F.
BAKER, JOSE R. GARCIA, ROBERT H. BARTON III,
H.H. WACASER, PETER S. MACDONALD, GARY
SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM,
DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY
HODGMAN. A. KIPP KOESTER, CRAIG VAN ESS,
GURMINDER S. BEDI, THOMAS WALKER, JACK
SKOOG AND DEAN VANEK,

                            Defendants.

07-CV-3213 (SAS)

**ORDER FOR ADMISSION PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/07

Upon the September 11, 2007 letter application, pursuant to my Individual Rule
and Procedure III.C, of Sheri E. Hametz, Esq. of the law firm of Latham & Watkins LLP;

IT IS HEREBY ORDERED that Livia M. Kiser of the law firm of Latham &
Watkins LLP, is hereby admitted to practice *pro hac vice* before this Court as counsel for
Defendants Skoog Family Investments, LLC, Craig Van Ess and Jack Skoog in these
proceedings. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. Because this action is assigned to the Electronic Case Filing (ECF) system, Ms. Kiser shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: _____ . __ , 2007

Honorable Shira A. Scheindlin
United States District Judge

2