*[Stamp: CHAMBERS OF OCT 18 2007 JUDGE SCHEINDLIN]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/19/07]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Ocean Ridge Capital Advisors, LLC,

            Plaintiff,

v.

Metropolitan Life Ins. Co., et al.,

            Defendants.

------------------------------------x

07 CV 3213 (SAS)

[PROPOSED] ORDER

IT IS HEREBY ORDERED that defendant Goldman Sachs Credit Partners, L.P.'s time to file its reply memorandum in connection with its Motion to Dismiss is adjourned from October 19, 2007 to and including November 2, 2007.

IT IS FURTHER ORDERED that defendant Goldman Sachs Credit Partners, L.P. shall comply with all other dates and deadlines as set forth in the Amended Scheduling Order dated July 26, 2007.

Dated: New York, New York
       October 19, 2007

*[Signature]*

Shira A. Scheindlin, U.S.D.J.

A08498284/0.0/18 Oct 2007