## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** has been served via first class U.S. mail, postage prepaid, on this 22nd day of October, 2007, upon the following:

Arthur Harlod Aufses, III
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Rosemary Bernadette Boller
Levin and Glasser, P.C.
420 Lexington Avenue
New York, NY 10170

John D. Byars
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard, Suite 300
Chicago, IL 60610

Neal W. Cohen
Halperin, Battaglia, Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Thomas W Cranmer
Miller Canfield Paddock & Stone
840 West Long Lake Road, Suite 200
Troy, MI

Ronald G. DeWaard
Varnum, Riddering, Schmidt & Howlett, L.L.P.
Bridgewater Place, 333 Bridge Street, N.W.
P.O. Box 352
Grand Rapids, MI 49501

Alan Halperin
Halperin & Associates
555 Madison Aveneu, 9th Floor
New York, NY 10022

Sheri Ellyn Hametz
Latham & Watkins LLP (NY)
885 Third Avenue, Suite 1000
New York, NY 10022

James B. Heaton, III
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610

Paul Stephen Hessler
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105

Livia M. Kiser
Latham & Watkins LLP (IL)
233 South Wacker Drive
Suite 5800
Chicago, IL 60606

Scott Stephen McKessy
Reed Smith, LLP (PA)
1650 Market Street
Philadelphia, PA 19103

Abdu H Murray
Miller Canfield Paddock & Stone
840 West Long Lake Road, Suite 200
Troy, MI (248) 879-2001

Steven James Nachtwey
Bartlitt Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610

Timothy G. Nickels
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Aaron M. Phelps
Varnum, Riddering, Schmidt & Howlett, L.L.P.
Bridgewater Place, 333 Bridge Street, N.W.
P.O. Box 352
Grand Rapids, MI 49501

Lewis Donald Prutzman, Jr.,
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022

Yosef J Riemer
Kirkland & Ellis LLP (NYC)
153 East 53rd Street
New York, NY 10022

Matthew Osborn Solum
Kirkland and Ellis LLP
153 East 53rd Street
New York, NY 10022

Thomas J. Verticchio
Swanson martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

David Farrington Yates
Sonnenschein Nath & Rosenthal LLP (NY)
1221 Avenue of the Americas
New York, NY 10020

_____
John R. O'Keefe, Esquire
Pro Hac Vice
Pa. I.D. No.: 36633

METZ LEWIS LLC
11 Stanwix Street
18th Floor
Pittsburgh, PA 15219
Phone: (412) 918-1100
Fax: (412) 918-1199

Attorneys for Defendants:
Robert H. Barton III and H.H. Wacaser