UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 11/9/07
OCEAN RIDGE CAPITAL ADVISORS, LLC, :
et al., :
:
Plaintiffs, : **ORDER**
:
- against - : 07 Civ. 3213 (SAS)
:
METROPOLITAN LIFE INSURANCE :
COMPANY, et al., :
:
Defendants. :
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On July 13, 2007, defendant Dean Vanek filed a motion to stay the requirements of Rule 12. Vanek is no longer a party to this case, and so the Clerk of the Court is directed to close this motion (Document # 29).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
        November 8, 2007

1

- Appearances -

**For Plaintiffs:**

Alan Halperin, Esq.
Halperin & Associates
555 Madison Ave., 9th Floor
New York, New York 10022
(212) 765-9100

James B. Heaton, III, Esq.
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard Street, 3rd Floor
Chicago, Illinois 60610
(312) 494-4400

Neal W. Cohen, Esq.
Halperin, Battaglia, Raicht, LLP
555 Madison Avenue, 9th Flr.
New York, New York 10022
(212) 765-9100

**For Defendants:**

David Farrington Yates, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6878

Lewis Donald Prutzman, Jr., Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700