Scheindlin, J

USDC SDNY
DOCUMENT
ELECTRONIC...
DOC #
DATE 12/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Ocean Ridge Capital Advisors, LLC,

                    Plaintiff,

v.

Metropolitan Life Ins. Co., et al.,

                    Defendants.

------------------------------------------------------------x

07 CV 3213 (SAS)

**STIPULATION**

      **WHEREAS** Defendant Goldman Sachs Credit Partners, L.P. ("GSCP") and Plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of the MAS Litigation Trust (the "Trustee"), entered into a Stipulation dated November 6, 2007 (such Stipulation "So Ordered" by the Court on November 8, 2007) by which GSCP withdrew its Motion to Dismiss without prejudice because the Trustee and GSCP have reached a settlement in principle in this matter; and

      **WHEREAS** the Trustee and GSCP continue to work on the terms of a written settlement agreement; and

      **IT IS HEREBY STIPULATED AND AGREED** that the time in which Defendant GSCP's Motion to Dismiss may be refiled by GSCP if the parties cannot reach a mutually agreeable written settlement agreement is extended from December 6, 2007 to and including January 18, 2008; and

      **IT IS FURTHER STIPULATED AND AGREED** that should GSCP refile its Motion to Dismiss, GSCP's Memorandum of Law in Support of its Motion to Dismiss will be identical to that previously filed on August 18, 2007, that the Trustee's Memorandum of Law in Support of its Response to the Motion to Dismiss will be identical to that previously filed on September

28, 2007 and that GSCP will have an opportunity to file a Reply Memorandum of Law in Further Support of its Motion to Dismiss; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that by withdrawing and refiling its Motion to Dismiss, Defendant GSCP does not waive any defenses or arguments asserted in the original Motion to Dismiss; and

**IT IS FURTHER STIPULATED AND AGREED** that the parties will comply with all other dates and deadlines as set forth in the Amended Scheduling Order dated July 26, 2007.

Dated: New York, New York
December 6, 2007

By: /s/ *[signature]*

HALPERIN BATTAGLIA RAICHT, LLP
Alan D. Halperin (AH-8432)
Neal W. Cohen (NC-3573)
555 Madison Avenue, 9th Floor
New York, NY 10022
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
James B. Heaton, III
Steven J. Nachtwey
John D. Byars
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610
Telephone: (312) 494-4400

Attorney for Plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of the MAS Litigation Trust

By: /s/ *[signature]*

LINKLATERS LLP
R. Paul Wickes
Paul Hessler
Martin S. Bloor
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

Attorneys for Defendant Goldman Sachs Credit Partners, L.P.

SO ORDERED: *[signature]*

12/10/07