UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Ocean Ridge Capital Advisors, LLC,

                          Plaintiff,

    v.

Metropolitan Life Ins. Co., et al.,

                          Defendants.

------------------------------------------------------------x

07 CV 3213 (SAS)

[~~PROPOSED~~] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

       IT IS HEREBY ORDERED that defendant Goldman Sachs Credit Partners, L.P.'s time to refile its motion to dismiss in the event that the parties are unable to come to terms on a written settlement agreement is hereby extended from January 18, 2008 to and including April 17, 2008.

       IT IS FURTHER ORDERED that the parties shall comply with all other dates and deadlines as set forth in the Amended Scheduling Order dated July 26, 2007.

Dated: New York, New York
        January 18, 2008

Shira A. Scheindlin, U.S.D.J.