# LEVIN & GLASSER, P.C.
420 LEXINGTON AVENUE
NEW YORK, NEW YORK 10170
(212) 867-3636
FACSIMILE (212) 661-2446



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

STEVEN I. LEVIN
DAVID G. GLASSER
PAUL G. BURNS
DAVID J. NATHAN
VICTOR COHEN
ROSEMARY B. BOLLER
---------
STEPHEN C. GREENE

OF COUNSEL
WILLIAM H. GREILSHEIMER
SHARON E. JAFFE

January 28, 2008

**BY HAND DELIVERY**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
CHAMBERS OF
JAN 28 2008
JUDGE SCHEINDLIN

  Re:  Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of
       the MAS Litigation Trust v. Metropolitan Life Ins. Co., et al.,
       07-CV-~~2313~~ 3213 (SAS) (S.D.N.Y.).

Dear Judge Scheindlin:

    We represent Windward/Park III, L.L.C., Windward Capital Partners L.P. and Windward Capital Associates, L.P. (the "Windward Defendants"). In December 2007, the Windward Defendants, as well as other defendants, reached a settlement in principle with plaintiff Ocean Ridge Capital Advisors, LLC ("Plaintiff"). The parties are now finalizing the settlement documents.

    The deadline for joining additional parties, as set out in the Court's Amended Scheduling Order, is January 31, 2008. Because the Plaintiff and the Windward Defendants are working on completing their settlement, the Windward Defendants respectfully request that the Court adjourn, until February 29, 2008, the time for the Windward Defendants to join additional parties. We make this request solely on behalf of the Windward Defendants who are named above. We understand Kramer Levin Nuftali & Frankel LLP made a similar request on behalf of the director defendants that they were representing.

*[Handwritten endorsement:]* Defendants' request is granted. The time for defendants to join additional parties is extended to February 29, 2008.

SO ORDERED

Dated: New York, New York
January 29, 2008

Shira A. Scheindlin
U.S.D.J.

The Honorable Shira A. Scheindlin
January 28, 2008
Page 2

We have spoken with Plaintiff's counsel, who do not object to our request.

Thank you for your consideration in this matter.

Respectfully yours,

Steven I. Levin

SIL/cac

cc:   All Counsel of Record (via electronic mail only)