*I already done*

# RedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

**Scott S. McKessy**
Direct Phone: +1 212 521 5421
Email: smckessy@reedsmith.com

January 28, 2008

**BY FAX AND FEDERAL EXPRESS**

The Honorable Shira A. Scheindlin
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 1620
New York, New York 10007-1312

RECEIVED
CHAMBERS OF
JAN 28 2008
JUDGE SCHEINDLIN

Re: Ocean Ridge Capital Advisors, LLC, as Litigation
Trustee of the MAS Litigation Trust v. Metropolitan
Life Insurance Co., *et al.*
07 Civ. 3213 (SAS)

Dear Judge Scheindlin:

We represent defendants BancAmerica Capital Investors II, LP ("BACI"), Suez Capital Partner II, LP ("Suez"), Indosuez Capital Co-Invest Partners LP (Indosuez"), and SCP II Associates ("SCP II") in this action. In December 2007, my clients reached a tentative settlement in principle with plaintiff Ocean Ridge Capital Advisors, LLC ("Plaintiff"). The parties are now finalizing the settlement documents.

The deadline for joining additional parties, as set out in the Court's Amended Scheduling Order, is Thursday, January 31, 2008. Because the Plaintiff and BACI, Suez, Indosuez and SCP II are working on completing their settlement, BACI, Suez, Indosuez and SCP II respectfully request that the Court adjourn, until February 29, 2008, the time for the BACI, Suez, Indosuez and SCP II to join additional parties. We make this request solely on behalf of BACI, Suez, Indosuez and SCP II. My understanding is that certain other defendants have made this same requests.

We have spoken with Plaintiff's counsel, who do not object to our request.

Thank you for your consideration in this matter.

Respectfully submitted,

Scott S. McKessy

SSM/bt
cc: All Counsel of Record (via electronic mail only)

*Defendants' request is granted. The time for defendants to join additional parties is extended to Feb. 29, 2008.*

*SO ORDERED:*
*Date: Jan. 29, 2008*
*Shira A. Scheindlin, USDJ*

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com