# KRAMER LEVIN NAFTALIS & FRANKEL LLP

ARTHUR H. AUFSES III
PARTNER
PHONE 212-715-9234
FAX 212-715-8234
AAUFSES@KRAMERLEVIN.COM

January 25, 2008

BY FAX AND FEDERAL EXPRESS

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

Re:   *Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of the MAS Litigation Trust v. Metropolitan Life Ins. Co., et al.*, 07-CV-2313 (SAS) (S.D.N.Y.)

Dear Judge Scheindlin:

      We represent defendants Gurminder Bedi, Thomas Graham, Jeffrey Hodgman, A. Kipp Koester, John F. Maypole, Peter S. Macdonald, Donald A. McKay, Henry A. Nickol, Gary Swenson, and Thomas K. Walker in this action. All of our clients were members of the board of directors of Meridian Automotive Systems, Inc. We also write on behalf of Robert H. Barton III, Craig Van Ess, and H.H. Wacaser, who also were directors of Meridian and who are defendants in this action (together, with this firm's clients, the "Director Defendants"). In December 2007, all of the Director Defendants reached a settlement in principle with plaintiff Ocean Ridge Capital Advisors, LLC ("Plaintiff"). The parties are now finalizing the settlement documents.

      The deadline for joining additional parties, as set out in the Court's Amended Scheduling Order, is January 31, 2008. Because the Plaintiff and the Director Defendants are working on completing their settlement, the Director Defendants respectfully request that the Court adjourn, until February 29, 2008, the time for the Director Defendants to join additional parties. We make this request solely on behalf of the Director Defendants who are named above.

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

The Honorable Shira A. Scheindlin
January 25, 2008
Page 2

We have spoken with Plaintiff's counsel, who do not object to our request.

Thank you for your consideration in this matter.

Respectfully yours,

*[signature]*

Arthur H. Aufses III

cc:   All Counsel of Record (via electronic mail only)

---

*The Director Defendants' request is granted. The deadline for joining additional parties, pursuant to the Amended Scheduling Order, is extended from Jan 31, 2008 to Feb. 29, 2008. All other deadlines set forth in the Amended Scheduling Order remain in effect.*

Date: Jan 25, 2008

SO ORDERED:

*[signature]*
Shira A. Scheindlin, USDJ

KL3 2636993 3