IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,<br><br>         Plaintiff,<br><br>    -against-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK<br><br>         Defendants. | Case No. 07 CV 3213 (SAS)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Gary Meyerhoff dated January 31, 2008, and the exhibits attached thereto, and the Memorandum of Law of Defendants Metropolitan Life Insurance Company ("MetLife") and The Northwestern Mutual Life Insurance Company ("NM") In Support Of Defendants' Motion For Leave To File Third-Party Complaint, MetLife and NM, through their undersigned counsel, will move this Court before the Honorable Shira A. Scheindlin at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York at the United States Courthouse for the Southern District of

New York, 500 Pearl Street, New York, New York on such date as may be determined by the Court, for an Order granting MetLife and NM leave to file a third-party complaint.

Dated: New York, New York
January 31, 2008

Respectfully submitted,

Reid L. Ashinoff (RA-0281)
Gary Meyerhoff (GM-8267)
D. Farrington Yates (DY-8383)
Benito Delfin, Jr. (BD-1216)

Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, New York  10020
(Tel).: (212) 768-6700
(Fax).: (212) 768-6800

*Attorneys for Defendants  Metropolitan Life Ins. Co. and The Northwestern Mutual Life Ins. Co.*

TO:

Alan D. Halperin, Esq.
Neal W. Cohen, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022


James B. Heaton, III, Esq.
Steven J. Nachtwey, Esq.
John D. Byars, Esq.
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, 3rd Floor
Chicago, Illinois 60610

*Counsel for Plaintiff Ocean Ridge Capital Advisors, LLC*

Steven I. Levin
David J. Nathan
Rosemary B. Boller
LEVIN & GLASSER, P.C.
420 Lexington Avenue, Suite 805
New York, NY 10170

*Counsel for Defendants Windward/Park AB III, LLC, Windward Capital Partners, L.P. and Windward Capital Associates, L.P.*


R. Paul Wickes
Paul Hessler
Martin S. Bloor
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105

*Counsel for Defendants CSFB LP Holding, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston and Goldman Sachs Credit Partners L.P.*


Yosef J. Riemer
Matthew Solum
Ami Sheth
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

*Counsel for Defendants Capital D'Amerique CDPQ Inc. and Caisse De Depot Et Placement Du Quebec*

Ronald G. DeWaard
Aaron M. Phelps
VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352


Thomas Heiden
Livia Kiser
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*Counsel for Defendants Skoog Family Investments, LLC, Jack Skoog and Craig Van Ess*


Mary Hackett
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Scott McKessy
Casey D. Laffey
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

*Counsel for Defendants Bancamerica Capital Investors II, L.P., Suez Capital Partners II, L.P., Indosuez Capital Co-Invest Partners, L.P. and SCP II Associates*


John R. O'Keefe, Jr.
METZ LEWIS LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222

*Counsel for Defendants H.H. Wacaser and Robert Barton*

- 5 -

Arthur H. Aufses III
Gary P. Naftalis
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

*Counsel for Defendants Peter S. Macdonald, Gary L. Swenson, John F. Maypole, Thomas Graham, Henry A. NicKol, Jeffrey Hodgman, Kipp Koester, Gurminder Bedi, Donald McKay and Thomas Walker*