IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,<br><br>                     Plaintiff,<br><br>-against-<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK<br><br>                     Defendants. | Case No. 07 CV 3213 (SAS)<br><br>**DECLARATION OF GARY MEYERHOFF** |

GARY MEYERHOFF, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am a partner at the law firm of Sonnenschein Nath and Rosenthal LLP, counsel for Defendants Metropolitan Life Insurance Company ("MetLife") and The Northwestern Mutual Life Insurance Company ("NM"). I am fully aware of the facts and circumstances of this action and submit this declaration in support of Defendants Motion For Leave To File Third-Party Complaint.

- 2 -

2.  Attached as Exhibit A is the proposed Third-Party Complaint by Defendants and Third-Party Plaintiffs MetLife and NM against Richard Newsted.

3.  Attached as Exhibit B is a true and correct copy of the Court's July 26, 2007 Amended Scheduling Order.

4.  Attached as Exhibit C are true and correct copies of the January 24, 2008 letter from co-defendants counsel Aaron M. Phelps and the January 25, 2008 letter response from John D. Byars to Mr. Phelps.

Dated: New York, New York
       January 31, 2008

_____
Gary Meyerhoff (GM-8267)

17587208