UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,

        Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK

        Defendants.

Case No. 07 CV 3213 (SAS)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

  BEN DELFIN, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age and am employed by Sonnenschein Nath & Rosenthal LLP, attorneys for Defendants Metropolitan Life Insurance Company and The Northwestern Mutual Life Insurance Company (collectively, "Defendants").

2.  On the 31st day of January, 2008, I caused to be served Defendants' Notice of Motion For Leave To File Third-Party Complaint; the Declaration of Gary Meyerhoff; and Memorandum Of Law In Support Of Defendants' Motion For Leave To File Third-Party Complaint; all dated January 31, 2008, upon the following by electronically filing with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system:

Alan D. Halperin
Neal W. Cohen
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022
Phone: (212) 765-9100
Fax:   (212) 765-0964

James B. Heaton, III
Steven J. Nachtwey
John D. Byars
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, 3rd Floor
Chicago, IL 60610
Phone: (312) 494-4400
Fax:   (312) 494-4440

*Counsel for Plaintiff Ocean Ridge Capital Advisors, LLC*

Steven I. Levin
David J. Nathan
Rosemary B. Boller
LEVIN & GLASSER, P.C.
420 Lexington Avenue, Suite 805
New York, NY 10170
Phone: (212) 867-3636
Fax:   (212) 661-2446

*Counsel for Defendants Windward/Park AB III, LLC, Windward Capital Partners, L.P. and Windward Capital Associates, L.P.*

R. Paul Wickes
Paul Hessler
Martin S. Bloor
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
Phone: (212) 903-9000
Fax:    (212) 903-9100

*Counsel for Defendants CSFB LP Holding, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston and Goldman Sachs Credit Partners L.P.*

Yosef J. Riemer
Matthew A. Cantor
Matthew Solum
Ami Sheth
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
Phone: (212) 446-4800
Fax:    (212) 446-4900

*Counsel for Defendants Capital D'Amerique CDPQ Inc. and Caisse De Depot Et Placement Du Quebec*

Ronald G. DeWaard
Aaron M. Phelps
VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
Phone: (616) 336-6000
Fax:    (616) 336-7000

Thomas Heiden
Livia Kiser
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Phone: (312) 876-7700
Fax:    (312) 993-9767

*Counsel for Defendants Skoog Family Investments, LLC, Jack Skoog and Craig Van Ess*

- 4 -

Mary Hackett
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Phone: (412) 288-3131
Fax:    (412) 288-3063

Scott McKessy
Casey D. Laffey
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022
Phone: (212) 521-5400
Fax:    (212) 521-5450

*Counsel for Defendants Bancamerica Capital Investors II, L.P., Suez Capital Partners II, L.P., Indosuez Capital Co-Invest Partners, L.P. and SCP II Associates*

John R. O'Keefe, Jr.
METZ LEWIS LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
Phone: (412) 918-1100
Fax:    (412) 918-1199

*Counsel for Defendants H.H. Wacaser and Robert Barton*

Arthur H. Aufses III
Gary P. Naftalis
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Phone: (212) 715-9100
Fax:    (212) 758-8000

*Counsel for Defendants Peter S. Macdonald, Gary L. Swenson, John F. Maypole, Thomas Graham, Henry A. NicKol, Jeffrey Hodgman, Kipp Koester, Gurminder Bedi , Donald McKay and Thomas Walker*

_____
BEN DELFIN

Sworn to before me this
31st day of January, 2008

_____
NOTARY PUBLIC

KAREN A. OGLE
Notary Public, State of New York
No. 01OG6064230
Qualified in New York County
Commission Expires Sept. 24, 20 10