# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

(212) 446-4800

www.kirkland.com

Matthew Solum
To Call Writer Directly:
(212) 446-4688
msolum@kirkland.com

Facsimile:
(212) 446-4900

Dir. Fax: (212) 446-6460

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/08

January 30, 2008

**By Hand**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
CHAMBERS OF
JAN 3 0 2008
JUDGE SCHEINDLIN

Re: *Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of the MAS Litigation Trust v. Metropolitan Life Ins. Co., et al.* Case No.07-Civ. 3213 (SAS)

Dear Judge Scheindlin:

We represent Capital d'Amérique CDPQ, Inc. and Caisse de dépôt et placement du Québec ("Caisse"). In December 2007, Caisse, as well as other defendants, reached a settlement in principle with plaintiff Ocean Ridge Capital Advisors, LLC ("Plaintiff"). The parties are now finalizing the settlement documents.

The deadline for joining additional parties, as set out in the Court's Amended Scheduling Order, is January 31, 2008. Because the Plaintiff and Caisse are working on completing their settlement, Caisse respectfully requests that the Court adjourn, until February 29, 2008, the time for Caisse to join additional parties. We make this request solely on behalf of the Caisse Defendants who are named above. We understand that Kramer Levin Naftalis & Frankel LLP made a similar request on behalf of the Director Defendants and Levin & Glasser, P.C. made a similar request on behalf of the Windward Defendants.

Chicago          Hong Kong          London          Los Angeles          Munich          San Francisco          Washington, D.C.

KIRKLAND & ELLIS LLP

The Honorable Shira A. Scheindlin
January 30, 2008
Page 2

We have spoken with Plaintiff's counsel, who do not object to our request.

Thank you for your consideration in this matter.

Very truly yours,

Matthew Solum

cc:   All Counsel of Record

Defendant's request is granted. The time for defendants to join additional parties is extended from Jan. 31, 2008 to Feb. 29, 2008.

SO ORDERED.

Date  Jan. 30, 2008

Shira A. Scheindlin, USDJ