

# VARNUM
### RIDDERING SCHMIDT HOWLETT
#### ATTORNEYS AT LAW

BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616/336-6000 • FAX 616/336-7000 • WWW.VARNUMLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08
```

AARON M. PHELPS

DIRECT DIAL 616/336-6257
E-MAIL amphelps@varnumlaw.com

January 31, 2008

```
RECEIVED
CHAMBERS OF
JAN 31 2008
JUDGE SCHEINDLIN
```

*Via Facsimile*

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Ocean Ridge Capital Advisors, LLC, etc. v Metropolitan Life Insurance Company,
et al.*; Case No.: 07-cv-3213 (SAS)

Dear Judge Scheindlin:

    We represents three Defendants in this case, including Craig Van Ess, who is one of the "Director Defendants." Mr. Van Ess is one of the parties who reached a settlement in principal with Plaintiff, Ocean Ridge Capital Advisors, LLC ("Plaintiff") at the December 2007 settlement conference.

    On January 25, 2008, Arthur Aufses, who represents other Director Defendants, wrote to you on behalf of his clients, as well as Mr. Van Ess, and requested that the Court adjourn the time for the Director Defendants to join additional parties from January 31, 2008 until February 29, 2008. You granted that request, as well as similar requests made by other settling Defendants.

    January 31, 2008 is also the deadline to amend pleadings and we ask that this deadline, like the deadline to join parties, be extended for Mr. Van Ess to February 29, 2008. Plaintiff's counsel has no objection to this request.

*The date by which any amended pleading must be filed is extended to and including February 29, 2008.*

*So Ordered:* [signature]
USDJ 2/1/08

GRAND HAVEN • GRAND RAPIDS • KALAMAZOO • LANSING • NOVI



The Honorable Shira A. Scheindlin
January 31, 2008
Page 2

Thank you for your consideration in this matter.

Respectfully yours,

Varnum Riddering Schmidt & Howlett LLP

Aaron M. Phelps

AMP:rmdl

cc: All counsel of record (via electronic mail only)

1683155_1.DOC