DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SCHEINDLIN

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

Defendants,

Honorable Shira A. Scheindlin

Case No. 07-CV-3213 (SAS)

### ORDER GRANTING SKOOG FAMILY INVESTMENTS, LLC AND JACK SKOOG LEAVE OF COURT TO AMEND THEIR ANSWER TO INCLUDE COUNTERCLAIM

IT IS HEREBY ORDERED that Defendants, Skoog Family Investments, LLC and Jack Skoog ("Defendants"), are granted leave of Court to amend their answer to include a counterclaim.

It is further ordered that Plaintiff shall file a response to Defendants' counterclaim by February 20, 2008. In the event Plaintiff responds by filing a motion, Defendants shall file their response to Plaintiff's motion by March 7, 2008 and Plaintiff may file a reply by march 14, 2008.

SO ORDERED.

_____
Shira A. Scheindlin
U.S. District Court Judge

2/1/08

1685794_1.DOC