UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST,

                      Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK

                      Defendants.

Case No. 07 CV 3213 (SAS)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

    BEN DELFIN, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and am employed by Sonnenschein Nath & Rosenthal LLP, attorneys for Defendants Metropolitan Life Insurance Company and The Northwestern Mutual Life Insurance Company (collectively, "Defendants").

2.   On the 31st day of January, 2008, I caused to be served Defendants' Third-Party Summons directed to Richard Newsted, Defendants' Third-Party Complaint, Judge Scheindlin's Individual Practices, and the United States District Court Southern District of New York ECF guidelines upon the following by e-mail and overnight delivery:

>    Scott T. Seabolt
>    Foley & Lardner LLP
>    500 Woodward Ave., Suite 2700
>    Detroit, Michigan 48226-3489
>    sseabolt@foley.com

3.   Attached as Exhibit A is a true and correct copy of e-mails dated January 31, 2008 between Gary Meyerhoff and Scott Seabolt in which Mr. Seabolt advised that he represents Richard Newsted, that Mr. Newsted has authorized Mr. Seabolt to accept service on Mr. Newsted's behalf, and that service by e-mail and overnight mail to Mr. Seabolt's office in Michigan would constitute sufficient personal service on Mr. Newsted.

_____
BEN DELFIN

Sworn to before me this
4th day of February, 2008

_____
NOTARY PUBLIC

KAREN A. OGLE
Notary Public, State of New York
No. 01OG6064230
Qualified in New York County
Commission Expires Sept. 24, 20 10