# Barbera, Gino C.

**To:** Meyerhoff, Gary
**Subject:** FW: Service on Richard Newsted

```
-----Original Message-----
From: Seabolt, Scott T. [mailto:SSeabolt@foley.com]
Sent: Thursday, January 31, 2008 11:49 AM
To: Meyerhoff, Gary
Cc: mparoly@meridianautosystems.com
Subject: Re: Service on Richard Newsted

Gary, confirmed on both counts.
Scott T. Seabolt
Sent from blackberry wireless

----- Original Message -----
From: Meyerhoff, Gary <gmeyerhoff@sonnenschein.com>
To: Seabolt, Scott T.
Cc: MParoly@Meridianautosystems.com <MParoly@Meridianautosystems.com>
Sent: Thu Jan 31 10:45:19 2008
Subject: RE: Service on Richard Newsted
```

Mr. Seabolt:

Thank you for your email. Kindly confirm that service by email and overnight mail to your office in Michigan will constitute sufficient personal service for Mr. Newsted.

Also, please confirm that it is acceptable to send a copy of the papers to Mr. Paroly at Meridian, who has requested a copy.


Sincerely,

Gary Meyerhoff

---

```
From: Seabolt, Scott T. [mailto:SSeabolt@foley.com]
Sent: Thursday, January 31, 2008 11:24 AM
To: Meyerhoff, Gary
Cc: MParoly@Meridianautosystems.com
Subject: RE: Service on Richard Newsted
```

Gary,

Responding to the voicemail message from your associate this morning, this will confirm that my firm represents Richard Newsted and that we are authorized to accept service of process on his behalf in the Ocean Ridge matter. Let me know if you have any questions.

Scott T. Seabolt
Foley & Lardner LLP
500 Woodward Ave., Suite 2700
Detroit, Michigan 48226-3489
(313) 234-7115 [direct]
(313) 234-2800 [facsimile]
www.foley.com <http://www.foley.com/>
sseabolt@foley.com

---

1

```
From: MParoly@Meridianautosystems.com [mailto:MParoly@Meridianautosystems.com]
Sent: Thursday, January 31, 2008 9:58 AM
To: Meyerhoff, Gary
Cc: Seabolt, Scott T.
Subject: Service on Richard Newsted
```

Gary:

As discussed, Scott Seabolt will accept service (via mail) on behalf of Richard Newsted. Mr. Seabolt's contact information is set forth below. I would also appreciate your sending both me and Mr. Seabolt a copy of the filing via email.

Also, please give me a call later today to discuss Meridian's supplemental production of documents responsive to your subpoenas.

Thanks.

Matthew K. Paroly
Senior Vice President and Chief Legal Officer
Meridian Automotive Systems, Inc.
999 Republic Drive
Allen Park, Michigan 48101
Tel:  313-253-4055
Fax: 313-253-4026
Cell: 313-319-0435


Scott T. Seabolt
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226-3489
(313) 234-7115 [direct]
(313) 234-7100 [main]
(313) 234-2800 [facsimile]
www.foley.com <file://www.foley.com/>
sseabolt@foley.com

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.


Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.


------------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any

penalties asserted under the Internal Revenue Code.  If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein.  In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.
------------------------------------------------------------------------

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.


Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.