

**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02-08-08

**Gary Meyerhoff**
212.768.6740
gmeyerhoff@sonnenschein.com

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

January 31, 2008

*Via Hand Delivery*

Hon. Shira Scheindlin
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 1620
New York, New York 10007-1312

    Re:    ***Ocean Ridge Capital Advisors, LLC v. Metropolitan Life Insurance Co., et al.***
            ***07 Civ. 3213 (SAS)***

Dear Judge Scheindlin:

    We represent defendants Metropolitan Life Insurance Company and The Northwestern Mutual Life Insurance Company (collectively, "Defendants") in the above-referenced action.

    Enclosed please find courtesy copies of Defendants' Notice of Motion, the accompanying Declaration of Gary Meyerhoff and exhibits thereto, and Defendants' Motion For Leave To File Third-Party Complaint.

    Pursuant to Your Honor's Individual Rules, enclosed please find a Proposed Order outlining a briefing schedule for Defendants' Motion For Leave To File Third-Party Complaint. The Proposed Order incorporates the periods of time provided under Local Rule 6.1(b) and Fed. R. Civ. P. 6(e).

    Respectfully,

    Gary Meyerhoff

Enclosures

cc: All counsel (via e-mail)

*Handwritten endorsement:* Defendants' motion for leave to file a Third party complaint is granted. The Clerk of the Court is directed to close this motion [Document No. 82]. SO ORDERED: Date: Feb. 8, 2008 — Shira A. Scheindlin, USDJ

Brussels    Charlotte    Chicago    Dallas    Kansas City    Los Angeles    New York    Phoenix    St. Louis
San Francisco    Short Hills, N.J    Silicon Valley    Washington, D.C.    West Palm Beach