UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,

        Plaintiff,

 -against-

METROPOLITAN LIFE INSURANCE COMPANY, THE NORTH WESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING. SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK,

        Defendants.

07-CV-3213 (SAS)

**NOTICE OF APPEARANCE**

---

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Skoog Family Investments, LLC, Craig Van Ess and Jack Skoog, in the above-captioned action:

   Donna Goggin Patel
   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   Telephone: (212) 906-1200
   Facsimile:  (212) 751-4864

Dated: New York, New York
February 14, 2008

                        LATHAM & WATKINS LLP

                By: /s/ Donna Goggin Patel
                   Donna Goggin Patel

                   885 Third Avenue, Suite 1000
                   New York, New York 10022
                   Tel: (212) 906-1200
                   Fax: (212) 751-4864
                   *Attorneys for Defendants*
                   *Skoog Family Investments, LLC,*
                   *Craig Van Ess and Jack Skoog*