_S/HERALLING_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK USDC S N Y

DOCUMENT
ELECT.....
DOC #: _____
DATE FILED: 2/20/08

OCEAN RIDGE CAPITAL ADVISORS,    )
LLC, as Litigation Trustee of THE MAS    )
LITIGAITON TRUST,    )
    )
    Plaintiff,    )
    )
vs.    )    Case No. 07-CV-3213 (SAS)
    )
METROPOLITAN LIFE INSURANCE    )    **STIPULATION AND ORDER**
COMPANY, et al.    )
    )
    Defendants.    )
    )
and    )
    )
METROPOLITAN LIFE INSURANCE    )
COMPANY AND THE NORTHWESTERN    )
MUTUAL LIFE INSURANCE COMPANY,    )
    )
    Third-Party Plaintiffs,    )
    )
v.    )
    )
RICHARD NEWSTED,    )
    )
    Third-Party Defendant.    )
    )

### STIPULATION AND ORDER EXTENDING DEADLINE FOR THIRD-PARTY DEFENDANT RICHARD NEWSTED TO RESPOND TO THIRD-PARTY COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that Third-Party Defendant Richard

Newsted ("Newsted") acknowledged receipt, through his designee, of service of the Summons

and Third-Party Complaint filed by Defendants/Third-Party Plaintiffs Metropolitan Life

Insurance Company and The Northwestern Mutual Life Insurance Company, on January 31,

2008.

DETR_608981.1

IT IS FURTHER STIPULATED AND AGREED that the time for Newsted to answer, move or otherwise respond to the Third-Party Complaint in this action is extended to and including March 11, 2008.

IT IS FURTHER STIPULATED AND AGREED that, with the exception of objections to the sufficiency of service of process, nothing in this Stipulation and Order shall be construed as a waiver of any claims or defenses Newsted may have in this matter, including but not limited to defenses based on lack of jurisdiction over the person or improper venue.


SONNENSCHEIN NATH & ROSENTHAL, LLP        RICHARD NEWSTED

By: _____            By: _____
    Gary Meyerhoff (GM-8267)                 999 Republic Drive
1221 Avenue of the Americas                  Allen Park, Michigan 48101
New York, New York 10020                     (313) 253-4042
(212) 768-6700 [telephone]                   (313) 253-4026 [facsimile]
(212) 768-6800 [facsimile]
*Attorneys for Defendants/Third-Party Plaintiffs*
*Metropolitan Life Insurance Company and The*
*Northwestern Mutual Life Insurance Company*


SO ORDERED.

_____
United States District Judge

_____
Date