UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,<br><br>                    Plaintiff,<br><br>                    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, CAPITAL D'AMERIQUE CDPQ INC., CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, CSFB LP HOLDING, SKOOG FAMILY INVESTMENTS, LLC, BANCAMERICA CAPITAL INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C., WINDWARD CAPITAL PARTNERS L.P., WINDWARD CAPITAL, ASSOCIATES, L.P., SUEZ CAPITAL PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST PARTNERS, L.P., SCP II ASSOCIATES, CREDIT SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE FIRST BOSTON, GOLDMAN SACHS CREDIT PARTNERS L.P., JEFFREY A. ANDERSON, JON F. BAKER, JOSE R. GARCIA, ROBERT H. BARTON III, H.H. WACASER, PETER S. MACDONALD, GARY SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM, DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS, GURMINDER S. BEDI, THOMAS WALKER, JACK SKOOG AND DEAN VANEK,<br><br>                    Defendants. | Case No. 07-CV-3213 (SAS) |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
MEMORANDUM IN SUPPORT OF ITS MOTION
TO DISMISS COUNTERCLAIM OF DEFENDANTS
JACK SKOOG AND SKOOG FAMILY
INVESTMENTS, LLC**

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, 3rd Floor
Chicago, Illinois 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

John D. Byars, being duly sworn, deposes and says:

1. I am a member of the Bar of the State of Illinois, have been admitted *pro hac vice* in the instant action, and am associated with the firm of Bartlit Beck Herman Palenchar & Scott, LLP, attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit in support of plaintiff's motion to dismiss the counterclaim of defendants Jack Skoog and Skoog Family Investments, LLC ("SFI") and to certify compliance with this Court's Individual Rules and Procedures.

3. I certify that I have conferred with counsel for Jack Skoog and SFI concerning plaintiff's motion to dismiss, and that I sent a pre-motion letter on February 14, 2007 to counsel for Jack Skoog and SFI, in accordance with the Individual Rules and Procedures of this Court, prior to filing this motion. In addition, I certify that prior to Jack Skoog and SFI filing their counterclaim, I exchanged correspondence with counsel for Jack Skoog and SFI regarding the merits of their counterclaim and plaintiff's intention to file a motion to dismiss.

3. Exhibit 1 attached hereto is a true and correct copy of the relevant excerpts of the "Fourth Amended Joint Plan of Reorganization Proposed by the Debtors" (Dec. 4, 2006).

4. Exhibit 2 attached hereto is a true and correct copy of the relevant excerpts of the "Notice of (I) Preservation of Certain Causes of Action Pursuant to the Fourth Amended Joint Plan of Reorganization and (II) Extension of Voting Deadline and Objection Deadline for Certain Parties with Respect to the Fourth Amended Joint Plan of Reorganization" which includes a draft of the Litigation Trust Agreement (Nov. 21 2006).

5. Exhibit 3 attached hereto is a true and correct copy of the relevant excerpts of the "Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Plan of Reorganization Proposed by the Debtors" (Dec. 6, 2006).

6. Exhibit 4 attached hereto is a true and correct copy of the relevant excerpts of the executed Litigation Trust Agreement (Dec. 29, 2006).

7. Exhibit 5 attached hereto is a true and correct copy of the relevant excerpts of "Skoog Family Investments, LLC's and Jack Skoog's Answer and Affirmative Defenses to Complaint" (Aug. 17, 2007).

Dated: February 20, 2008

_____
John D. Byars
Attorney for Plaintiff
(admitted *pro hac vice*)

Sworn to before me this 20th
day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
KAREN AHO
Notary Public, State of Illinois
My Commission Expires March 29, 2008