UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST,

                        Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY, THE
NORTH WESTERN MUTUAL LIFE INSURANCE
COMPANY, CAPITAL D'AMERIQUE CDPQ INC.,
CAISSE DE DEPOT ET PLACEMENT DU QUEBEC,
CSFB LP HOLDING. SKOOG FAMILY
INVESTMENTS, LLC, BANCAMERICA CAPITAL
INVESTORS II, L.P., WINDWARD/PARK AB III, L.L.C.,
WINDWARD CAPITAL PARTNERS L.P., WINDWARD
CAPITAL ASSOCIATES, L.P., SUEZ CAPITAL
PARTNERS II, L.P., INDOSUEZ CAPITAL CO-INVEST
PARTNERS, L.P., SCP II ASSOCIATES, CREDIT
SUISSE FIRST BOSTON (USA), INC., CREDIT SUISSE
FIRST BOSTON, GOLDMAN SACHS CREDIT
PARTNERS L.P., JEFFREY A. ANDERSON, JON F.
BAKER, JOSE R. GARCIA, ROBERT H. BARTON III,
H.H. WACASER, PETER S. MACDONALD, GARY
SWENSON, JOHN F. MAYPOLE, THOMAS GRAHAM,
DONALD A. MCKAY, HENRY A. NICKOL, JEFFREY
HODGMAN, A. KIPP KOESTER, CRAIG VAN ESS,
GURMINDER S. BEDI, THOMAS WALKER, JACK
SKOOG AND DEAN VANEK,

                        Defendants.

---

07-CV-3213 (SAS)

(PROPOSED) ORDER

WHEREAS Sheri Hametz had previously appeared and represented Defendants Skoog Family Investments, LLC, Craig Van Ess, and Jack Skoog ("the Skoog Defendants") in the above captioned matter; and

WHEREAS Sheri Hametz is no longer associated with the law firm of Latham & Watkins LLP; and

WHEREAS Donna Goggin Patel and Livia Kiser, both of Latham & Watkins LLP, have previously appeared and continue to represent the Skoog Defendants; and

WHEREAS the withdrawal of Sheri Hametz from this matter will not cause prejudice to any party and will have no material effect on the schedule in this matter,

IT IS HEREBY ORDERED that Sheri Hametz be relieved as counsel for Skoog Family Investments, LLC, Craig Van Ess, and Jack Skoog, and that the official court docket be amended to reflect this change.

SO ORDERED this 21 day of February, 2008:

_____
Hon. Shira A. Scheindlin
United States District Judge