# LEVIN & GLASSER, P.C.
420 LEXINGTON AVENUE
NEW YORK, NEW YORK 10170
(212) 867-3636
FACSIMILE (212) 661-2446

STEVEN I. LEVIN
DAVID G. GLASSER
PAUL G. BURNS
DAVID J. NATHAN
VICTOR COHEN
ROSEMARY B. BOLLER
----------
STEPHEN C. GREENE

OF COUNSEL
WILLIAM H. GREILSHEIMER
SHARON E. JAFFE

February 28, 2008

**BY FAX AND FEDEX**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of
>      the MAS Litigation Trust v. Metropolitan Life Ins. Co., et al.,
>      07-CV-3213 (SAS) (S.D.N.Y.).

Dear Judge Scheindlin:

We represent Windward/Park III, L.L.C., Windward Capital Partners L.P. and Windward Capital Associates, L.P. (the "Windward Defendants") in the above-captioned action. As set forth in Mr. Aufses' February 28, 2008 letter to Your Honor on behalf of the Director Defendants, the Plaintiff and all Defendants are working on completing their respective settlements.

We write on behalf of the Windward Defendants and, for purposes of this letter, Bancamerica Capital Investors II, L.P., Suez Capital Partners II, L.P., Indosuez Capital Co-Invest Partners, L.P., SCP II Associates, Capital d'Amérique CDPQ, Inc., Caisse de dépôt et placement du Québec, and Craig Van Ess to join in the Director Defendants' request that the Court further extend, until March 31, 2008, the time for all such defendants to join additional parties, and in the case of Mr. Van Ess only, to also amend pleadings.

Plaintiff's counsel has confirmed that Plaintiff has no objection to a further extension to March 31, 2008 for those defendants previously granted the February 29, 2008 extension by the Court.

*Request granted. The windward defendants may have until March 31, 2008 to add any additional parties. So Ordered. [signature] USDJ 2/28/08*

The Honorable Shira A. Scheindlin
February 28, 2008
Page 2

Thank you for your consideration in this matter.

Respectfully yours,

Rosemary B. Boller

RBB/cac

cc: All Counsel of Record (via electronic mail only)