# VARNUM
### RIDDERING SCHMIDT HOWLETT LLP
### ATTORNEYS AT LAW

BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352
TELEPHONE 616/336-6000 • FAX 616/336-7000 • WWW.VARNUMLAW.COM

AARON M. PHELPS

DIRECT DIAL 616/336-6257
E-MAIL amphelps@varnumlaw.com

March 3, 2008


JUDGE SCHEINDLIN

*Via Facsimile*

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ocean Ridge Capital Advisors, LLC, etc. v Metropolitan Life Insurance Company, et al.*; Case No.: 07-cv-3213 (SAS)

Dear Judge Scheindlin:

We represent Skoog Family Investments, LLC and Jack Skoog ("Skoog Defendants") in the above-captioned action. As set forth in the February 28, 2008 letters to your Honor on behalf of several of the defendants, the Plaintiff and all Defendants are currently working on completing their respective settlements.

Plaintiff previously filed a Motion to Dismiss the Skoog Defendants' Counterclaim and the Skoog Defendants' response to that motion is due March 7, 2008. In light of the pending settlement, we respectfully request that the Court extend Defendants' deadline to file a response to Plaintiff's Motion to Dismiss to March 31, 2008. The parties anticipate having the settlement finalized by that time. Plaintiff's counsel has confirmed that Plaintiff has no objection to this extension.

Thank you for your consideration.

Respectfully yours,

Varnum Riddering Schmidt & Howlett LLP

Aaron M. Phelps

AMP:rmdl
cc: All counsel of record (via electronic mail only)

1753178_1.DOC

*[Handwritten note: Request granted. Defendants' time in which to respond to the plaintiff's motion to dismiss the counterclaim is extended to March 31, 2008. No further adjournments will be granted for any reason. So Ordered.]*

GRAND HAVEN • GRAND RAPIDS • KALAMAZOO • LANSING • NOVI