ORIGINAL
SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OCEAN RIDGE CAPITAL ADVISORS, LLC, as
Litigation Trustee of THE MAS LITIGATION TRUST,

          Plaintiff,

          v.

METROPOLITAN LIFE INSURANCE COMPANY,
*et al.*,

          Defendants.

and

METROPOLITAN LIFE INSURANCE COMPANY AND
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY,

         Third-Party Plaintiffs,

         v.

RICHARD NEWSTED,

         Third-Party Defendant.

------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

Case No. 07-CV-3213 (SAS)

**STIPULATION AND ORDER**

**STIPULATION AND ORDER EXTENDING DEADLINE FOR THIRD-PARTY
DEFENDANT RICHARD NEWSTED TO RESPOND TO THIRD-PARTY COMPLAINT**

    **IT IS HEREBY STIPULATED AND AGREED** that the time for Third-Party Defendant Richard Newsted ("Newsted") to answer, move or otherwise respond to the Third-Party Complaint in this action is extended to and including April 11, 2008.

    **IT IS FURTHER STIPULATED AND AGREED** that, with the exception of objections to the sufficiency of service of process, nothing in this Stipulation and Order shall be

129375.00601/6622709v.1

construed as a waiver of any claims or defenses Newsted may have in this matter, including but not limited to defenses based on lack of jurisdiction over the person or improper venue.

SONNENSCHEIN NATH &
ROSENTHAL, LLP

By: *Gary Meyerhoff* /BD
Gary Meyerhoff (GM-8267)
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700 (Telephone)
(212) 768-6800 (Facsimile)
*Attorneys for Defendants/Third-Party Plaintiffs Metropolitan Life Insurance Company and The Northwestern Mutual Life Insurance Company*

BLANK ROME LLP

By: *James V. Masella*
James V. Masella, III (JM-5121)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000 (Telephone)
(917) 332-3011 (Facsimile)
*Attorneys for Richard Newsted*

**It is SO ORDERED.**

_____
United States District Judge

3/12/08
_____
Date

129375.00601/6622709v.1