## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS,
LLC, as Litigation Trustee of THE
MAS LITIGATION TRUST,

      Plaintiff,

      v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.

      Defendants.

Case No. 07-CV-3213 (SAS)

Honorable Shira A. Scheindlin

### NOTICE OF DISMISSAL
### AS TO DEFENDANT JOSE R. GARCIA

Plaintiff Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS Litigation Trust, through its undersigned counsel of record, hereby notifies the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(i), that the above-captioned proceeding is dismissed **with prejudice** as to defendant Jose R. Garcia only, who has never filed an answer or a motion to dismiss in this matter.

Dated: March 18, 2008

Alan D. Halperin (AH3842)
Neal W. Cohen (NC3573)
Halperin Battaglia Raicht, LLP
555 Madison Avenue - 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
*Co-counsel for Plaintiff*

{00059613 1 / 0485-005}