UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

OCEAN RIDGE CAPITAL
ADVISORS, LLC as Litigation Trustee
of THE MAS LITIGATION TRUST,

             Plaintiff,

        - against -

METROPOLITAN LIFE INSURANCE
COMPANY, THE NORTHWESTERN
MUTUAL LIFE INSURANCE
COMPANY, CAPITAL D'AMERIQUE
CDPQ, INC., CAISSE DE DEPOT ET
PLACEMENT DU QUEBEC, CSFB
LP HOLDING, SKOOG FAMILY
INVESTMENTS, LLC,
BANCAMERICA CAPITAL
INVESTORS, LP, WINDWARD/PARK
AB II, LLC, WINDWARD CAPITAL
PARTNERS, LP, WINDWARD
CAPITAL ASSOCIATES, LP,
SUEZ CAPITAL PARTNERS II, LP,
INDOSUEZ CAPITAL CO-INVEST
PARTNERS, LP, SCP II ASSOCIATES,
CREDIT SUISSE FIRST BOSTON,
GOLDMAN SACHS CREDIT
PARTNERS, LP, ROBERT H. BARTON,
III, H.H. WACASER, PETER S.
MACDONALD, GARY SWENSON,
JOHN F. MAYPOLE, THOMAS
GRAHAM, DONALD A. MCKAY,
HENRY A. NICKOL, JEFFREY
HODGMAN, A. KIPP KOESTER,
CRAIG VAN ESS, GURMINDER,
S. BEDI, THOMAS WALKER, JACK



## ORDER OF DISMISSAL

07 Civ. 3213 (SAS)

**SKOOG,** :

      **Defendants.** :

              :

-------------------------------------------------------X

-------------------------------------------------------X

**METROPOLITAN LIFE INSURANCE** :
**COMPANY and** :
**THE NORTHWESTERN MUTUAL** :
**LIFE INSURANCE COMPANY,** :

              :

     **Third-Party Plaintiffs,** :

              :

      **- against -** :

              :

**RICHARD NEWSTED,** :

              :

     **Third-Party Defendant.**:

-------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    The parties having notified the Court that they have reached a

resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and

the same hereby is, discontinued with prejudice but without costs; provided,

however, that within 30 days of the date of this Order, counsel for any party may

apply by letter for restoration of the action to the calendar of the undersigned if the

settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            March 31, 2008

## - Appearances -

**For Plaintiff:**

Alan Halperin, Esq.
Neal W. Cohen, Esq.
Halperin, Battaglia, Raicht, LLP
555 Madison Ave., 9th Floor
New York, NY 10022
(212) 765-9100
Fax: (212) 765-0964

James B. Heaton, III, Esq.
John Byars, Esq.
Steven James Nachtwey, Esq.
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard St., 3rd Floor
Chicago, IL 60610
(312) 494-4400
Fax: (312) 494-4440

**For Defendants and Third-Party Plaintiffs Metropolitan Life Insurance Company and the Northwestern Mutual Life Insurance Company:**

David Farrington Yates, Esq.
Benito Delfin, Jr., Esq.
Gary Meyerhoff, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6878
Fax: (212) 768-6800

**For Defendants Capital D'Amerique CDPQ, Inc. and Caisse de Depot et Placement du Quebec:**

Yosef J Riemer, Esq.
Matthew Osborn, Esq.

4

Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4802
Fax: (212) 446-4900

**For Defendants CSFB LP Holding, Credit Suisse First Boston, Goldman Sachs Credit Partners, LP:**

Paul Stephen Hessler, Esq.
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105
(212) 903-9132
Fax: (212) 903-9100

**For Defendants Skoog Family Investments, LLC, Craig Van Ess, and Jack Skoog:**

Donna Goggin Patel, Esq.
Sheri Ellyn Hametz, Esq.
Latham & Watkins LLP
885 Third Avenue, Ste. 1000
New York, NY 10022
(212) 906-1240
Fax: (212) 751-4864

Livia M. Kiser, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Ste. 5800
Chicago, IL 60606
(312) 876-6568
Fax: (312) 993-9767

Aaron M. Phelps, Esq.
Ronald G. DeWaard, Esq.
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
333 Bridge Street, N.W.

P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6257
Fax: (616) 336-7000

**For Defendants Bancamerica Capital Investors II, LP, Suez Capital Partners II, LP, Indosuez Capital Co-Invest Partners, LP, SCP II Associates:**

Scott Stephen McKessy, Esq.
Reed Smith, LLP
1650 Market Street
Philadelphia, PA 19103
(212) 521-5421
Fax: (212) 521-5450

**For Defendants Windward/Park AB II, LLC, Windward Capital Partners, LP, Windward Capital Associates, LP:**

Rosemary Bernadette Boller, Esq.
Levin and Glasser, PC
420 Lexington Avenue
New York, NY 10170
(212) 867-3636
Fax: (212) 661-2446

**For Defendants Robert H. Barton, III and H.H. Wacaser:**

John Richard O'Keefe, Jr., Esq.
Metz Lewis LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
(412) 918-1133
Fax: (412) 918-1199

**For Defendants Peter S. MacDonald, Gary Swenson, John F. Maypole, Thomas Graham, Donald A. McKay, Henry A. Nickol, Jeffrey Hodgman, A. Kipp Koester, Gurminder S. Bedi, Thomas Walker:**

Arthur Harlod Aufses, III, Esq.

Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9234
Fax: (212) 715-8000

**Third-Party Defendant Richard Newsted:**

Richard Newsted
999 Republic Drive
Allen Park, MI 48101
(313) 253-4042
Fax: (313) 253-4026