**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
www.bartlit-beck.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

RECEIVED
CHAMBERS OF
APR 28 2008
JUDGE SCHEINDLIN

CHICAGO OFFICE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610
TELEPHONE: (312) 494-4400
FACSIMILE: (312) 494-4440

DENVER OFFICE
1899 WYNKOOP STREET
8TH FLOOR
DENVER, CO 80202
TELEPHONE: (303) 592-3100
FACSIMILE: (303) 592-3140

WRITER'S DIRECT DIAL:
(312) 494-4443
john.byars@bartlit-beck.com

April 28, 2008

**VIA FAX**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court for the
   Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS
         Litigation Trust v. Metropolitan Life Insurance Company, et. al.
         Case No. 07-CV-3213 (SAS)

Dear Judge Scheindlin,

    We represent Ocean Ridge Capital Advisors, LLC, as litigation trustee of The MAS Litigation Trust, plaintiff in this action. As Your Honor is aware, we reached agreements in principle to settle all of the claims in this action. As a result, on March 31, 2008, you entered a 30-day discontinuance of the case, including the action by defendants Metropolitan Life Insurance Company and The Northwestern Mutual Life Insurance Company against Richard Newsted and the counterclaim against plaintiff by defendants Jack Skoog and Skoog Family Investments LLC.

    We are writing to request that you extend the discontinuance by 30 days. The need for additional time arises because the parties are still working out the final details of the settlements. In addition, once the settlement agreements are signed, the parties will need additional time to comply with the payment provisions.

    We have spoken with defendants' counsel, who join in this request.

Sincerely,

/s/ John D. Byars
John D. Byars

cc: All Counsel of Record (via email)

*[Handwritten order:]* Plaintiff's request is granted. The deadline for plaintiff to request the restoration of the action to the calendar is extended to June 1, 2008.

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       April 28, 2008