**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
www.bartlit-beck.com

CHICAGO OFFICE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610
TELEPHONE: (312) 494-4400
FACSIMILE: (312) 494-4440

DENVER OFFICE
1899 WYNKOOP STREET
8TH FLOOR
DENVER, CO 80202
TELEPHONE: (303) 592-3100
FACSIMILE: (303) 592-3140

WRITER'S DIRECT DIAL:
(312) 494-4443
john.byars@bartlit-beck.com

May 28, 2008

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Ocean Ridge Capital Advisors, LLC, as Litigation Trustee of The MAS
      Litigation Trust v. Metropolitan Life Insurance Company, et. al.
      Case No. 07-CV-3213 (SAS)

Dear Judge Scheindlin,

We represent Ocean Ridge Capital Advisors, LLC, as litigation trustee of The MAS Litigation Trust, plaintiff in this action. As Your Honor is aware, we reached agreements in principle to settle all of the claims in this action. As a result, on March 31, 2008, you entered a 30-day discontinuance of the case, including the action by defendants Metropolitan Life Insurance Company and The Northwestern Mutual Life Insurance Company against Richard Newsted and the counterclaim against plaintiff by defendants Jack Skoog and Skoog Family Investments LLC. You have since extended that discontinuance until June 1, 2008.

We are writing to request that you extend the discontinuance by an additional 30 days. The parties have finalized the settlement agreements and are in the process of collecting and exchanging signatures. Once the parties finishing signing the settlement agreements, they will need additional time to comply with the payment provisions.

We have spoken with defendants' counsel, who join in this request.

Sincerely,

/s/ John D. Byars
John D. Byars

cc: All Counsel of Record (via email)

*Handwritten order:* Plaintiff's request is granted. Time for the parties to request restoration of this action to the calendar is extended to July 1, 2008.

SO ORDERED.

Dated: New York, New York
May 30, 2008

Shira A. Scheindlin
U.S.D.J.