UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCEAN RIDGE CAPITAL ADVISORS, LLC,
AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST,

        Plaintiff,

against

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

        Defendants.

Case No.: 07 Civ. 3213 (SAS)

**Stipulation of Dismissal**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(b), all parties hereto do stipulate to the dismissal of the within action with prejudice to the refiling of the same, including all counterclaims by defendants. Each side shall bear its own attorneys' fees and costs.

Dated: May 28, 2008

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP

By: _____
James B. Heaton, II
Steven J. Nachtwey
John D Byars
54 West Hubbard Street
3rd Floor
Chicago, Illinois 60610
Tel: (312) 494-4400
Fax: (312) 494-4440

*Counsel for Plaintiff*

VARNUM, RIDDERING, SCHMIDT &
HOWLETT LLP

By: _____
Ronald G. DeWaard
Aaron M. Phelps
Bridgewater Place
333 Bridge Street, N.W.
P.O. Box 352
Grand Rapids, MI 49501-0352
Tel: (616) 336-6000
Fax: (616) 336-7000

*Counsel for Defendants SKOOG FAMILY
INVESTMENTS, LLC AND JACK SKOOG*

SO ORDERED:

_____
6/2/08