Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, AS LITIGATION TRUSTEE OF THE MAS LITIGATION TRUST,<br><br>Plaintiff,<br><br>against<br><br>METROPOLITAN LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No.: 07 Civ. 3213 (SAS) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(b), all parties hereto do stipulate to the dismissal of the within action with prejudice to the refiling of the same. Each side shall bear its own attorneys' fees and costs.

Dated: June 10, 2008

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP

By: _____
James B. Heaton, II
Steven J. Nachtwey
John D. Byars
54 West Hubbard Street
3rd Floor
Chicago, Illinois 60610
Tel: (312) 494-4400
Fax: (312) 494-4440

*Counsel for Plaintiff*

REED SMITH LLP

By: _____
Mary J. Hackett
435 Sixth Avenue
Pittsburgh, PA 15219
Tel: (412) 288-3131
Fax: (412) 288-3063

*Counsel for Defendants*
*BancAmerica Capital Investors II, L.P.; Suez Capital Partners II, L.P.; Indosuez Capital Co-Invest Partners, L.P.; and SCP II Associates*

6/11/08