Settlement

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2008

OCEAN RIDGE CAPITAL ADVISORS, LLC,
AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST,

        Plaintiff,

against

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

        Defendants.

Case No.: 07 Civ. 3213 (SAS)

**Stipulation of Dismissal**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(b), all parties hereto do stipulate to the dismissal of the within action with prejudice to the refiling of the same. Each side shall bear its own attorneys' fees and costs.

Dated: ~~May~~ June 12, 2008

| | |
|---|---|
| BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP | SONNENSCHEIN NATH & ROSENTHAL LLP |
| By: /s/ James B. Heaton, III | By: /s/ |
| James B. Heaton, III<br>Steven J. Nachtwey<br>John D. Byars<br>54 West Hubbard Street<br>3rd Floor<br>Chicago, Illinois 60610<br>Tel: (312) 494-4400<br>Fax: (312) 494-4440 | Reid L. Ashinoff<br>Gary Meyerhoff<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 768-6700<br>Fax: (212) 768-6800 |
| *Counsel for Plaintiff* | *Counsel for Defendant THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY* |

KL3 2633884 2

/s/ 6/12/08