SHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



OCEAN RIDGE CAPITAL ADVISORS, LLC,
AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST,

    Plaintiff,

against

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

    Defendants.

Case No.: 07 Civ. 3213 (SAS)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(b), all parties hereto do stipulate to the dismissal of the within action with prejudice to the refiling of the same. Each side shall bear its own attorneys' fees and costs

Dated: June 17, 2008

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP

By: _____
James B. Heaton, II
Steven J. Nachtwey
John D. Byars
54 West Hubbard Street
3rd Floor
Chicago, Illinois 60610
Tel: (312) 494-4400
Fax: (312) 494-4440

*Counsel for Plaintiff*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
Arthur H. Aufses III
Brendan M. Schulman
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

*Counsel for Defendants Gurminder S. Bedi,
Thomas Graham, Jeffrey Hodgman, A. Kipp
Koester, John F. Maypole, Peter S Macdonald,
Donald A McKay, Henry A. Nickol, Gary
Swenson, and Thomas K. Walker*

METZ LEWIS LLC

By: *[signature]*
John R. O'Keefe
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
Tel: (412) 918-1100
Fax: (412) 918-1199

*Counsel for Defendants
Robert H. Barton III and H.H. Wacaser*

VARNUM, RIDDERING, SCHMIDT &
HOWLETT LLP

By: *[signature]*
Ronald G. DeWaard
Aaron M. Phelps
Bridgewater Place
333 Bridge Street, N.W.
P.O. Box 352
Grand Rapids, MI 49501-0352
Tel: (616) 336-6000
Fax: (616) 336-7000

*Counsel for Defendant Craig Van Ess*

SO ORDERED:

*[signature]*
U.S.D.J.

6/18/08