

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC,
AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST,

          Plaintiff,

against

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

          Defendants.

Case No.: 07 Civ. 3213 (SAS)

### Stipulation of Dismissal

Pursuant to Fed. R. Civ. P. 41 (a)(1)(b), all parties hereto do stipulate to the dismissal of the within action with prejudice to the refiling of the same. Each side shall bear its own attorneys' fees and costs.

Dated: ~~May~~ June 12, 2008

| BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP | SONNENSCHEIN NATH & ROSENTHAL LLP |
|---|---|
| By: /s/ James B. Heaton, II | By: /s/ Reid L. Ashinoff |
| James B. Heaton, II<br>Steven J. Nachtwey<br>John D. Byars<br>54 West Hubbard Street<br>3rd Floor<br>Chicago, Illinois 60610<br>Tel: (312) 494-4400<br>Fax: (312) 494-4440 | Reid L. Ashinoff<br>Gary Meyerhoff<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 768-6700<br>Fax: (212) 768-6800 |
| *Counsel for Plaintiff* | *Counsel for Defendant METROPOLITAN LIFE INSURANCE COMPANY* |

KLJ 2633384 2

/s/ [Judge signature]
U.S.D.J.
6/10/08

## \*\* Transmit Confirmation Report \*\*

P.1
JUDGE S. A. SCHEINDLIN  Fax:212-805-7920

Jun 13 2008 11:25am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 913124944440 | Normal | 13, 11:24am | 0'47" | 2 | O K | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHAMBERS OF JUDGE SHIRA A. SCHEINDLIN
NEW YORK, NEW YORK 10007
Telephone (212) 805-0246
Telefax  (212) 805-7920

### FACSIMILE COVER SHEET

The information contained in this facsimile message is intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.

ADDRESSEE: _James B. Heaton, II_

ADDRESSEE FACSIMILE TELEPHONE NUMBER: _312-494-4440_

NAME OF COMPANY: _Bartlit Beck Herman_

COMPANY TELEPHONE NUMBER: _312-494-4400_

CITY AND STATE: _Chicago, Illinois_

DATE TRANSMITTED: _6/13/08_    TIME TRANSMITTED: _11:24_

SENDER/NAME: _JUDGE SHIRA A. SCHEINDLIN_

OPERATOR: _S Jns_

CASE NAME: _Ocean Ridge v. Met Life_

DOCKET NUMBER: _____

NUMBER OF PAGES Including Cover Sheet: _2_

### PLEASE DELIVER IMMEDIATELY!!

MESSAGE: **ORDER ENDORSEMENT**

**\*\*** IT IS ORDERED that counsel to whom this ORDER ENDORSEMENT is faxed is responsible for notifying all parties and retaining verification of such in your case file. Do not fax such verification to chambers.

_X_ Original will **NOT** follow    ____ Original **WILL** follow