Scheindlin, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,<br><br>         Plaintiff,<br><br> v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.<br><br>         Defendants. | Case No. 07 CV 3213 (SAS) |
| METROPOLITAN LIFE INSURANCE COMPANY AND THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>         Third-Party Plaintiffs,<br><br> v.<br><br>RICHARD NEWSTED<br><br>         Third-Party Defendant. |  |

## NOTICE OF DISMISSAL AS TO
## THIRD-PARTY DEFENDANT RICHARD NEWSTED

Defendant and Third-Party Plaintiff The Northwestern Mutual Life Insurance Company, through its undersigned counsel of record, hereby notifies the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(i) that the above-captioned proceeding is dismissed **with prejudice** as to Third-Party Defendant Richard Newsted only, who has never filed an answer or motion to dismiss in this matter.

Dated: New York, New York
~~May~~ June 12, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Gary Meyerhoff (GM-8267)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Defendant and Third-Party Plaintiff
The Northwestern Mutual Life Insurance Company*
17593421\V-1

SO ORDERED

_____
U.S.D.J.

6/10/08