

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC,
AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST,

        Plaintiff,

  against

METROPOLITAN LIFE INSURANCE
COMPANY, et al.,

        Defendants.

---

Case No.: 07 Civ. 3213 (SAS)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(b), all parties hereto do stipulate to the dismissal of the within action with prejudice to the refiling of the same. Each side shall bear its own attorneys' fees and costs.

Dated: June 2Y, 2008

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP

By: _____
James B. Heaton, II
Steven J. Nachtwey
John D. Byars
54 West Hubbard Street
3rd Floor
Chicago, Illinois 60610
Tel: (312) 494-4400
Fax: (312) 494-4440

*Counsel for Plaintiff*

LEVIN & GLASSER, P.C.

By: _____
Steven I. Levin
Rosemary B. Boller
420 Lexington Avenue, Suite 805
New York, NY 10170
Tel: (212) 867-3636
Fax: (212) 661-2446

*Counsel for Defendants
Windward/Park AB III, LLC; Windward Capital
Partners, L.P., and Windward Capital Associates,
L.P.*