SeHeinDling

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC, as Litigation Trustee of THE MAS LITIGATION TRUST,

                    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.

                    Defendants.

METROPOLITAN LIFE INSURANCE COMPANY AND THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

                  Third-Party Plaintiffs,

v.

RICHARD NEWSTED

                  Third-Party Defendant.

Case No. 07 CV 3213 (SAS)



## NOTICE OF DISMISSAL AS TO THIRD-PARTY DEFENDANT RICHARD NEWSTED

Defendant and Third-Party Plaintiff Metropolitan Life Insurance Company, through its undersigned counsel of record, hereby notifies the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(i) that the above-captioned proceeding is dismissed **with prejudice** as to Third-Party Defendant Richard Newsted only, who has never filed an answer or motion to dismiss in this matter.

Dated: New York, New York
June 12, 2008

**SONNENSCHEIN NATH & ROSENTHAL LLP**

By: _/s/_
Gary Meyerhoff (GM-8267)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Defendant and Third-Party Plaintiff*
*Metropolitan Life Insurance Company*

SO ORDERED

_/s/_
U.S.D.J.
6/25/08

17593415\V-1