EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

OCEAN RIDGE CAPITAL ADVISORS, LLC,
AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST,

    Plaintiff,

against

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

    Defendants.

Case No.: 07 Civ. 3213 (SAS)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(b), all parties hereto do stipulate to the dismissal of the within action with prejudice to the refiling of the same. Each side shall bear its own attorneys' fees and costs.

Dated: May ___, 2008

BARTLIT BECK HERMAN
PALENCHAR & SCOTT

By: _____
James B. Heaton, II
Steven J. Nachtwey
John D. Byars
54 West Hubbard Street
3rd Floor
Chicago, Illinois 60610
Tel: (312) 494-4400
Fax: (312) 494-4440

*Counsel for Plaintiff*

LINKLATERS LLP

By: _____
Paul S. Hessler
Martin S. Bloor
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Office:  212-903-9000
Fax:    212-903-9100

*Counsel for Defendant* Goldman Sachs Credit Partners LP

18