UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN RIDGE CAPITAL ADVISORS, LLC,
AS LITIGATION TRUSTEE OF
THE MAS LITIGATION TRUST,

                Plaintiff,

  against

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

                Defendants.

Case No.: 07 Civ. 3213 (SAS)

---

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(b), all parties hereto do stipulate to the dismissal of the within action with prejudice to the refiling of the same. Each side shall bear its own attorneys' fees and costs.

Dated: May 25, 2008

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP

By: _____
James B. Heaton, III
Steven J. Nachtwey
John D. Byars
54 West Hubbard Street
3rd Floor
Chicago, Illinois 60610
Tel: (312) 494-4400
Fax: (312) 494-4440

*Counsel for Plaintiff*

KIRKLAND & ELLIS LLP

By: _____
Yosef J. Riemer
Matthew Solum
153 East 53rd Street
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-6460

*Counsel for Defendants*
*Capital d'Amérique CDPQ Inc. and*
*Caisse de dépôt et placement du Québec*

SO ORDERED

_____
U.S.D.J.

6/27/08